```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: 2/24/2025

JUDGE: STACEY D. ADAMS

DEPUTY CLERK: Jackeline Barco

Title of Case: Silverman vs. McBride, et al
Docket  22-cv-7476(CCC)

Appearances: Michael Adler, Elly Malloy, Kayla Morin, Robin Michaelson, Michael Lupton, Esqs for Plaintiff,

Scott Lichtenstein, for Defendant NGM Insurance
Dorothy McBride Allison McBride, Justine Annucci, Pro-se Defendants

Nature of proceedings:  Settlement conference held in person and virtually

On record 4:12pm to 4:30pm

Settlement place on record between Plaintiff and NGM

Order to be submitted scheduling further processings

Time Commenced   10:00am
Time Adjourned   4:30pm

cc: chambers                                 Jackeline Barco
                                       Jackeline Barco, Deputy
Clerk