COHEN
WEISS
AND
SIMON
LLP

**Michael S. Adler, Partner**
Tel: (212) 563-4100
Fax: (212) 695-5436
madler@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022

February 27, 2025

<u>Via Electronic Case Filing</u>

Honorable Stacey D. Adams
United States Magistrate Judge
United States District Court
for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Silverman, et al. v. McBride, et al.;*
                <u>Case No. 2:22-cv-07476 (CCC)(SDA)</u>

Dear Judge Adams:

      This firm represents the Plaintiffs in the above-referenced action.

      We write to advise that Plaintiffs will not be filing motions for summary judgment.

      We thank the Court for its consideration of this matter.

                                Respectfully Submitted,

                                *Michael S. Adler*

                                Michael S. Adler

cc:    Counsel of Record (via ECF)
        Dorothy McBride (via ECF)

10143145.1