Via Electronic case filing

Honorable Judge Stacey D. Adams

U.S. Magistrate Judge

U.S. District Court for the                       Re: Silverman v. McBride et al.

District of New Jersey

Martin Luther King Building & U.S. Courthouse

50 Walnut Street

Newark, NJ 07102

Dear Honorable Judge Adams:

I, Dorothy McBride, Alison McBride, Justine Annucci-Bonomolo, (Michael McBride) are only asking for my (Dorothy McBride) benefits/contract I have/had with Allied Industries Health & PensionFunds since 1997 that I am entitled to, and as all former employees of the Funds and Union received.   In exchange for my full benefits/contract, my former lawyer, Mr. Gilberti supplied to Mr. Adler, I will not contact any Employers, Participants, Members of the Funds and Local Union regarding this case brought against me and innocent people.   I did hand-deliver my letter to your clerk's office on February 27, 2025 as I did not know the court's procedures on filing.

Thank you, Judge Adams for reading.

Sincerely,

/s Dorothy McBride

Email: dorothymcbride25@yahoo.com

Cell/Text: 862-345-8883

PS. Also, Alex Antoniades, had a disability pension, was taken away by Adler.

cc: Mr. Michael Adler