**Fw: Activity in Case 2:22-cv-07476-CCC-SDA SILVERMAN et al v. MCBRIDE et al Status Report**

From: Dorothy McBride (dorothymcbride25@yahoo.com)

To: slichtenstein@csglaw.com; madler@cwsny.com

Date: Friday, February 28, 2025 at 02:57 PM MST

----- Forwarded Message -----
**From:** Dorothy McBride <dorothymcbride25@yahoo.com>
**To:** njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov>
**Sent:** Friday, February 28, 2025 at 02:54:05 PM MST
**Subject:** Re: Activity in Case 2:22-cv-07476-CCC-SDA SILVERMAN et al v. MCBRIDE et al Status Report

Via Electronic case filing

Honorable Judge Stacey D. Adams
U.S. Magistrate Judge
U.S. District Court for the                    Re: Silverman v. McBride et al.
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Dear Honorable Judge Adams:

I, Dorothy McBride, Alison McBride, Justine Annucci-Bonomolo, (Michael McBride) are only asking for my (Dorothy McBride) benefits/contract I have/had with Allied Industries Health & PensionFunds since 1997 that I am entitled to, and as all former employees of the Funds and Union received.    In exchange for my full benefits/contract, my former lawyer, Mr. Gilberti supplied to Mr. Adler, I will not contact any Employers, Participants, Members of the Funds and Local Union regarding this case brought against me and innocent people.    I did hand-deliver my letter to your clerk's office on February 27, 2025 as I did not know the court's procedures on filing.
Thank you, Judge Adams for reading.

Sincerely,
/s Dorothy McBride
Email: dorothymcbride25@yahoo.com
Cell/Text: 862-345-8883

cc:  Mr. Michael Adler
      NGM Attorney, Mr.Lichtenstein

On Thursday, February 27, 2025 at 08:09:24 PM MST, njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered by ADLER, MICHAEL on 2/27/2025 at 10:08 PM EST and filed on 2/27/2025
**Case Name:**       SILVERMAN et al v. MCBRIDE et al
**Case Number:**    2:22-cv-07476-CCC-SDA
**Filer:**                ANNE AHSANUDDIN
                          PETER MITCHELL
                          DANIEL SILVERMAN
**Document Number:** 106

**Docket Text:**
**STATUS REPORT by All Plaintiffs. (ADLER, MICHAEL)**


**2:22-cv-07476-CCC-SDA Notice has been electronically mailed to:**

ADAM P. FRIEDMAN     afriedman@csglaw.com

DOROTHY MCBRIDE     DOROTHYMCBRIDE25@YAHOO.COM

JONATHAN M. CERRITO     jcerrito@cwsny.com

KELLY L. MALLOY     kmalloy@cwsny.com

MICHAEL C LUPTON     Michael.Lupton@BlankRome.com

MICHAEL SETH ADLER     madler@cwsny.com, ecf@cwsny.com, msciortino@cwsny.com, pdechiara@cwsny.com

NATASHA ROMAGNOLI     Natasha.Romagnoli@BlankRome.com

ROBYN LEIGH MICHAELSON     rmichaelson@blankrome.com, nylitigationdocketing@blankrome.com

SCOTT W LICHTENSTEIN     slichtenstein@csglaw.com

STEPHEN M. ORLOFSKY     STEPHEN.ORLOFSKY@BLANKROME.COM, chrissy.yahr@blankrome.com

**2:22-cv-07476-CCC-SDA Notice has been sent by regular U.S. Mail:**

ALISON MCBRIDE


JUSTINE ANNUCCI


MICHAEL MCBRIDE


The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/27/2025] [FileNumber=19231226-
0] [5797e42fdc9fd13782d9009f8c76c62507f07f073913ef89dc5163499751aa89fd
aa7c7bb5d188a93726cd4519c77662b7b86e9076d7007783460ef0b93bdac6]]