# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*  (212) 885-5138
*Fax:*    (917) 591-1081
*Email:*  robyn.michaelson@blankrome.com

June 16, 2025

**VIA ELECTRONIC CASE FILING**

Honorable Claire C. Cecchi
United States District Judge
United States District Court
For the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re: *Silverman, et al. v. McBride, et al.*;
       Case No. 2:22-cv-07476 (CCC) (SDA)

Dear Judge Cecci:

 We represent the Plaintiffs in the above-referenced action and write jointly on behalf of Plaintiffs and defendant NGM Insurance Company ("NGM") (together with Plaintiffs, the "Settling Parties"), regarding the enclosed stipulation dismissing with prejudice the claims as between the Settling Parties. All of the parties have executed the stipulation except for Michael McBride.

 We are advised that Mr. McBride has been institutionalized for years due to various mental health conditions. We have not been able to contact him and, to our knowledge, he has not participated in this action since the withdrawal of his former counsel in September 2024. (ECF Doc. No. 92).

 We therefore respectfully request that the Court "so order" the attached stipulation.

 We thank the Court for its consideration of this matter.

BLANKROME

Honorable Claire C. Cecchi
June 16, 2025
Page 2

                                       Respectfully submitted,

                                       */s/ Robyn L. Michaelson*
                                       Robyn L. Michaelson

cc:    All Counsel (ECF)
        Dorothy McBride (ECF)

166042.00601/154287857v.1