

**Bruce S. Levine**
Partner
o 212.356.0230
f 646.473.8230
blevine@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022-4731

June 30, 2025

<u>By Electronic Case Filing</u>

Hon. Claire C. Cecchi
United States District Judge
United States District Court
District of New Jersey
40 Walnut Street
Newark, NJ  07102

      Re:    <u>Silverman, *et al.* v. McBride, *et al.*
                2:22-CV-07476 (CCC) (SDA)</u>

Dear Judge Cecchi:

      This office represents the plaintiff Trustees, Daniel Silverman and Peter Mitchell ("Trustees"), in the referenced action.  We respectfully respond to the letter to Your Honor from defendant pro se Dorothy McBride dated June 24, 2025, in which she seeks assistance from the Court in obtaining new counsel.  We are mindful of Ms. McBride's health issues and have and will continue to extend every courtesy to her, but we are uncertain about what Ms. McBride is asking for in terms of assistance from the court.

      The Trustees submit that Ms. McBride's request must be read in light of Magistrate Judge Adams' September 18, 2024 Order: (1) granting Ms. McBride's prior counsel leave to withdraw as counsel because he had not been paid in over a year; and (2) giving Ms. McBride thirty days, until October 16, 2024, to obtain new counsel.

      Ms. McBride does not claim that she is unable to pay for an attorney, and she instead points to non-fee-related reasons for her inability to obtain counsel.  The Trustees are skeptical that the withdrawal of Ms. McBride's prior counsel for her failure to pay fees has not been a substantial factor in her asserted inability to obtain counsel.  We also suspect that the unfounded and irresponsible claim forming the basis of Ms. McBride's defense might dissuade potential new counsel.  This is aptly reflected in Ms. McBride's most recent letter, in which she repeats the bizarre allegation that counsel (presumably the undersigned's partner, Michael Adler) has engineered a conspiracy against her, and has been able to do so without interference from the plaintiff trustees.

10201361.2
10201361.2



Hon. Claire C. Cecchi
June 30, 2025
Page 2

      In any event, the Trustees have no objection to Ms. McBride receiving appropriate assistance in obtaining new counsel, subject to the reservations set forth above.

      Respectfully submitted,

      */s/ Bruce S. Levine*
      Bruce S. Levine

BLS:gtk

10201361.2