| July 2015 ~~2020~~ | mtg | o/s ½ | Conf | travel |
|---|---|---|---|---|
| Health $ 1192.49 | $ 366.56 | 514.58 | | |
| Pension $ 1192.49 | $ 366.56 | 514.58 | — | — |

1,304.[illegible]
007
1,304.66*+
0.*

**Detail Continued** *Indicates posting date

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| [redacted] | KINGS SUPERMKT BOONTBOONTON NJ 973-463-6300 Description GROCERIES/SUNDRIES | 172.21 - H+P o/A | | ~~$260.80~~ 172.21 |
| [redacted] | [redacted] | L - Conf. C.Sv. | | $19.95 |
| 06/16/15 | STAPLES 00566 (800)333-3330 00566000119660 07054 QB PRO PAY BUNDLE 2015 BRECKNELL 25LB DGTL SCALE GREY HP 951XL BLK/STND COLOR 4PK | H+P - 1015.00 - o/A | | ~~$1,115.80~~ 1015.00 |
| 06/19/15 | LUNELLOS CEDAR GROVE NJ RESTAURANT FOOD/BEVERAGE $291.41 TIP $65.00 | H+P - Trustee mtg | | $356.41 |
| [redacted] | [redacted] | | | [redacted] |
| [redacted] | [redacted] | | | [redacted] |
| 06/20/15 | STAPLES 00566 (800)333-3330 00566000608437 07054 HP 88XL MAGENTA INK HP 88XL BLACK INK HP 88 XL YELLOW INK | H+P o/S | | $316.63 |
| 06/20/15 | THE RED BARN RESTAURTOWACO NJ RESTAURANT | H+P - o/o | | $76.42 |
| [redacted] | [redacted] | | | [redacted] |
| [redacted] | [redacted] | | | [redacted] |
| [redacted] | [redacted] | | | [redacted] |
| [redacted] | [redacted] | | | [redacted] |
| [redacted] | [redacted] | | | [redacted] |
| 06/23/15 | LUNELLOS CEDAR GROVE NJ RESTAURANT FOOD/BEVERAGE $692.24 TIP $180.00 | 188.50 / 188.50 / 377.00 H+P Trustee Mtg | | ~~$872.24~~ 377.00 |

| Aug 25 | Trustee Mtg | o/e-o/s | Conf. | Telephone | Postage | Bldg Maint |
| --- | --- | --- | --- | --- | --- | --- |
| 3-pp Health $3779.05 Pd 9/9/15 | Trustee mtg 1748.56<br>mtg 119.83<br>1868.39 | 734.40 | — | 499.53 | 149.65 | 527.08 |
| Pension - $3779.06 Pd 8/9/15 | Trustee mtg 1748.56<br>mtg 119.83<br>$1,868.39 | 734.40 | — | 499.53 | 149.65 | 527.09 |



**Platinum Card®**

DOROTHY M MCBRIDE
Closing Date 08/07/15

Account Ending 1-91003

**Detail Continued** *Indicates posting date

Whole Foods H+P- o/s $158.01

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| [redacted] | [redacted] NJ | | | [redacted] |
| [redacted] | [redacted] | | | [redacted] |
| 07/12/15 | A&P #70610 000000000BOONTON NJ<br>9733949570 | H+P- o/s | | $95.61 |
| 07/12/15 | CONDURSOS GARDEN C 5MONTVILLE NJ<br>9732638814<br>Description: LAWN & GARDEN SUPPL<br>Price: $74.03 | H+P- Bldg mtg. | | $74.03 |
| [redacted] | [redacted] NJ | | | [redacted] |
| 07/13/15 | KINGS SUPERMKT BOONTBOONTON NJ<br>973-463-6300<br>Description: GROCERIES/SUNDRIES | H+P o/s | | $82.14 |
| 07/14/15 | RUTH'S PARSIPPANY 54PARSIPPANY NJ<br>9738891400<br>TIP $31.00 | H+P mtg exp. | | $239.65 |
| 07/14/15 | WHOLEFDS RCM 10157 0MADISON NJ<br>9738228444<br>Description Price | 61.49 H+P | | ~~$76.98~~ 61.49 |
| 08/05/15 | MSFT *MICROSOFTSTO877-696-7786 WA<br>999-999-9999<br>Description: COMPUTER HRDWR/SFTW | H+P - Bldg Maint - office | | $427.99 |
| 08/01/15 | WHOLEFDS MID 10213 07327581688<br>7327581688<br>GROCERY STORES | 74.39 - H+P o/s | | ~~$136.13~~ $74.39 |
| [redacted] | [redacted] | | | [redacted] |
| 08/03/15 | FOODTOWN #380 000000LAKE HIAWATHA NJ<br>9732638290 | H+P Bldg maint. | | $24.72 |

DOROTHY M MCBRIDE Account Ending 1-91003 p. 6/16

**Detail Continued** *Indicates posting date

| Date | Description | | | Handwritten note | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | | [redacted] | [redacted] |
| 07/20/15 | USPS 338490081125105TOWACO<br>800-2758777 | NJ | | H+P postage | | $68.34 |
| 07/21/15 | USPS 336645028121302PINE BROOK<br>800-2758777 | NJ | | H+P " | | $230.95 |
| 07/22/15 | POTTERY BARN 0296 HACKENSACK<br>11797165 07601 | NJ | | H+P Bld. Maint | | $527.44 |
| 07/22/15 | MORTON'S OF CHICAGO HACKENSACK<br>274 RIVERSIDE SQ HACKENS<br>FOOD/BEVERAGE<br>TIP | NJ | <br><br>$289.70<br>$71.00 | H+P. mtg | | $360.70 |
| 07/23/15 | MORTON'S OF CHICAGO HACKENSACK<br>274 RIVERSIDE SQ HACKENS<br>FOOD/BEVERAGE<br>TIP | NJ | <br><br>$2,218.30<br>$100.00 | " Trustees | | $2,318.30 |
| 07/23/15 | MORTON'S OF CHICAGO HACKENSACK<br>274 RIVERSIDE SQ HACKENS<br>FOOD/BEVERAGE<br>TIP | NJ | <br><br>$339.99<br>$68.00 | " | | $407.99 |
| 07/24/15 | WHOLEFDS RCM 10157 09738228444<br>9738228444<br>GROCERY STORES | | | 127.65 F<br>83.75 H+P o/p | | ~~$211.40~~<br>* 83.75 |
| [redacted] | [redacted] | | | | [redacted] | [redacted] |
| 07/25/15 | BEST BUY 473 EAST HANOVER<br>ELECTRONICS STORE | NJ | | H+P off. supplies | | $850.23 |
| 07/27/15 | VZWRLSS BILL PAY VB800-922-0204<br>BILL PAYMENT | GA | | H+P - Telep. | | $539.90 |
| 07/28/15 | CABLEVISION #7876 973-398-5757<br>973-398-5757 | NJ | | Telep | | $269.48 |
| 07/28/15 | CABLEVISION #7876 973-398-5757<br>973-398-5757 | NJ | | " | | $189.68 |
| [redacted] | [redacted] | | | | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] |
| 07/29/15 | HIGHLAWN PAVILION 54WEST ORANGE<br>9737313463<br>TIP | NJ | <br><br>$68.00 | Trustees mtg H+P | | $410.13 |
| 07/29/15 | WHOLE FOODS MARKET WEST ORANGE<br>9736693196<br>GROCERY STORES | NJ | | [redacted] H+P 63.17 o/p | | ~~$81.67~~<br>63.17 |

~~Acct~~ Sept 2015 2 pgs

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Health 2670.94 Pd 9/10/15 | 904.83 | 121.48 | — | 177.73 | 44.60 | 734.80 | 687.50 |
| Pension 2670.93 Pd. 9/11/15 | 904.82 | 121.48 | — | 177.73 | 44.60 | 734.80 | 687.50 |
| Mtg. chgs | ↑ | 0/S-0/E | — | Telep | Postage | Bldg. Maint. supplies | regist Fee — IF Conf for NOV. 2015 |

AX Sept. 2015

Folders all in AX statements —

DOROTHY M MCBRIDE

Account Ending 1-91003

| Date | Description | State | | Annotation | Amount |
|---|---|---|---|---|---|
| 08/31/15 | CELLULAR CONNECTION TUCSON 765-651-2001 | AZ | | H + P - Tel. chgs | $75.64 |
| 09/05/15 | SUPER FOODTOWN #269 OCEAN 7324933360 | NJ | | H + P BM | $48.10 |
| 08/09/15 | BATTELLO RESTAURANT JERSEY CITY 201-798-1798 | NJ | | H + P - M | $129.07 |
| 08/10/15 | [redacted] | | | | [redacted] |
| 08/10/15 | WHOLE FOODS MARKET WEST ORANGE 9736693196 GROCERY STORES | NJ | | L. 74.45 H + P - 92.68 o/s | $167.13 92.68 |
| 08/13/15 | THE HOME DEPOT #0965MONTVILLE 800-654-0688 | NJ | | H + P - BM | $277.38 |
| 08/14/15 | RUTH'S PARSIPPANY 54PARSIPPANY 9738891400 TIP | NJ | $30.00 | H + P mtg | $173.38 |
| 08/26/15 | TLF PETALS OF PINE BPINE BROOK 973-808-2900 | NJ | | H + P - (BM) | $203.09 |
| 08/27/15 | VZWRLSS BILL PAY VB800-922-0204 BILL PAYMENT | GA | | H + P - Tel. chgs | $279.81 |
| 09/02/15 | APPLE STORE 86 TUCSON COMPUTER STORE | AZ | | H + P - o/off | $692.05 |
| 09/02/15 | APPLE STORE 86 TUCSON COMPUTER STORE | AZ | | " " BM | $137.93 |
| 09/02/15 | USPS 038886072807728TUCSON 800-2758777 | AZ | | mailing H + P | $71.30 |
| 09/03/15 | TME*926PKW*VERANDA 877-755-8554 855-226-0429 10019 | | | | $38.00 |
| 09/03/15 | USPS 038888074808486TUCSON 800-2758777 | AZ | | mailing H + P | $17.90 |
| 09/02/15 | IFEBP MILWAUKEE 262-786-6700 CONFERENCE | WI | | Conf reg fee H + P | $1,375.00 |
| 08/24/15 | A&P #70610 000000000BOONTON 9733949570 | NJ | | H + P {BM | $54.42 |
| 08/24/15 | PETSMART INC 1488 E. HANOVER PET SHOP/FOOD/SUPPLY | NJ | | H + P | $56.64 |
| 08/19/15 | MORTON'S OF CHICAGO HACKENSACK 274 RIVERSIDE SQ HACKENS FOOD/BEVERAGE $436.29 TIP $96.00 | NJ | | 177.43 mtg H + P L | $532.29 354.86 |
| 08/20/15 | MORTON'S OF CHICAGO HACKENSACK 274 RIVERSIDE SQ HACKENS FOOD/BEVERAGE $930.10 TIP $219.00 | NJ | | @ 383.03 H P - L mtg | $1,149.10 766.06 |
| 08/21/15 | RUTH'S PARSIPPANY 54PARSIPPANY 9738891400 TIP | NJ | $61.00 | H + P mtg | $386.28 |
| 08/15/15 | WHOLEFDS PAR 10279 02012261244 2012261244 | | | L - 64.94 H + P | $215.21 |

3pgs

| [illegible] 2015 | [illegible] | ofs-o/e | | Bldg maint | Conference |
|---|---|---|---|---|---|
| Health 3pgs 3,810.61 xx | 1015.06 | 241.85 | — | 259.69 | 2,294.09 Nov.'15 1F H+P Conf |
| Pension 3810.62 | 1015.05 | 241.85 | — | 259.69 | 2294.09 reg fee + rm [illegible] 1F Conf, Nov '15 |

86.96

| Date | Description | | Amount | Notes |
|---|---|---|---|---|
| 09/12/15 | WHOLEFDS RCM 10157 09738228444<br>9738228444<br>GROCERY STORES | | ~~$147.80~~ | 104.32 L / H+P 43.48 o/s |
| 09/17/15 | IFEBP MILWAUKEE 262-786-6700 WI<br>CONFERENCE | | $1,375.00 | Conference H+P |
| 09/17/15 | IFEBP MILWAUKEE 262-786-6700 WI<br>CONFERENCE | | $400.00 | |
| 09/17/15 | IFEBP MILWAUKEE 262-786-6700 WI<br>CONFERENCE | | $1,775.00 | |
| 09/17/15 | OCEANAIRE HACKENSACKHACKENSACK NJ<br>RESTAURANT | | $638.01 | Trustees mtg |
| 09/18/15 | IFEBP MILWAUKEE 262-786-6700 WI<br>CONFERENCE | | $400.00 | Conference H+P |
| 09/11/15 | RUTH'S WEEHAWKEN 542WEEHAWKEN NJ<br>2018635100<br>TIP | | $269.75 | H+P mtg @ 134.88 |
| 09/02/15 | APPLE STORE 86 TUCSON AZ<br>COMPUTER STORE | | $692.05 | H+P - o/off |
| 09/02/15 | APPLE STORE 86 TUCSON AZ<br>COMPUTER STORE | | $137.93 | " " BM |
| 09/02/15 | USPS 038886072807728TUCSON AZ<br>800-2758777 | | $71.30 | mailing H+P |
| 09/03/15 | TME*926PKW*VERANDA 877-755-8554<br>855-226-0429 10019 | | $38.00 | |
| 09/03/15 | USPS 038888074808486TUCSON AZ<br>800-2758777 | | $17.90 | mailing H+P |
| 10/03/15 | WHOLE FOODS MARKET WEST ORANGE NJ<br>9736693196<br>GROCERY STORES | | ~~$183.70~~ 119.52 | 59.76 H P / L @ 64.18 o/s |
| 09/27/15 | MORTON'S OF CHICAGO HACKENSACK NJ<br>274 RIVERSIDE SQ HACKENS<br>FOOD/BEVERAGE<br>TIP | $562.02<br>$115.00 | ~~$677.02~~ 451.34 | @ 225.67 H, P, L mtg |
| 09/30/15 | LUNELLOS CEDAR GROVE NJ<br>RESTAURANT<br>FOOD/BEVERAGE<br>TIP | $432.76<br>$86.00 | $518.76 | mtg H+P - |

Closing Date 10/07/15

| Date | Description | Amount | Notes |
|---|---|---|---|
| 09/25/15 | SUPER STOP N SHOP #2W CALDWELL NJ<br>GROCERY STORE | $62.62 | H+P - o/s |
| 09/20/15 | WHOLE FOODS MARKET WEST ORANGE NJ<br>9736693196<br>GROCERY STORES | ~~$284.40~~ 140.87 | 143.53 L - / 140.87 H+P o/s |
| 09/23/15 | THE HOME DEPOT #0965MONTVILLE NJ<br>800-654-0688 | $443.59 | H+P - (BM) |

Card Ending 1-91003

| Date | Description | | Amount |
|---|---|---|---|
| 09/06/15 | RUTH'S PARSIPPANY 54PARSIPPANY NJ<br>9738891400<br>TIP | <br><br>$80.00 | $479.11 |
| 09/08/15 | OCEANAIRE HACKENSACKHACKENSACK NJ<br>RESTAURANT | | $190.43 |
| 09/08/15 | WILLIAMS-SONOMA 0072HACKENSACK NJ<br>14914180 07601 | | $75.79 |
| 09/09/15 | LUNELLOS CEDAR GROVE NJ<br>RESTAURANT<br>FOOD/BEVERAGE<br>TIP | <br><br>$425.87<br>$90.00 | $515.87 |
| 09/09/15 | A&P #70610 000000000BOONTON NJ<br>9733949570 | | $117.21 |

Continued on reverse

Pd. 11/21/15 ~~4 pgs~~

| | Short ~~-24.00~~ Mtg Exp | o/s-o/e | | Conferences | Medical | Telep | Postage | | B/M |
|---|---|---|---|---|---|---|---|---|---|
| Health 8178.24 11/20/15 | 1997.10 $-23.49 short | 652.71 | — | 1490.69 | 1552.50 | 551.07 | 1756.09 | — | ~~201.~~ 201.57 |
| Pension 8178.24 11/19/15 | $ 1997.10 Mtg + Trustees $-23.49 short | 652.71 | — | 1490.69 | 1552.50 | 551.07 | 1756.09 | — | 201.54 |

Nov. 2015

STAPLES

Reference: 32015307030...
Category: Restaurant-Restaurant

Oct 30 2015 LUNELLOS CEDAR GROVE NJ — Dorothy M McBride — $417.22
Doing Business As: LUNELLO'S RESTAURANT
182 STEVENS AVE CEDAR GROVE NJ 07009-1149 UNITED STATES OF AMERICA (THE)
Reference: 320153040250696097
Category: Restaurant-Restaurant
Transaction Details
FOOD/BEVERAGE $347.22
TIP $70.00
H+P Trustee mtg

Oct 29 2015 TARGET FAIRFIELD NJ — Dorothy M McBride — $328.32
Doing Business As: TARGET
632 US HIGHWAY 46 FAIRFIELD NJ 07004-1581 UNITED STATES OF AMERICA (THE)
Additional Information: DISCOUNT STORE
Reference: 320153030243625529
Category: Merchandise & Supplies-Wholesale Stores
H+P o/s

Oct 28 2015 LUNELLOS CEDAR GROVE NJ — Dorothy M McBride — $497.86
Doing Business As: LUNELLO'S RESTAURANT
182 STEVENS AVE CEDAR GROVE NJ 07009-1149 UNITED STATES OF AMERICA (THE)
Reference: 320153020217301971
Category: Restaurant-Restaurant
Transaction Details
FOOD/BEVERAGE $402.86
TIP $95.00
Trustees mtg H+P

Oct 28 2015 VZWRLSS BILL PAY VB (800)922-0204 GA — Dorothy M McBride — $572.95
Doing Business As: VZWRLSS BILL PAY VB
2 VERIZON PL ALPHARETTA GA 30004-8510 UNITED STATES OF AMERICA (THE)
Additional Information: BILL PAYMENT
Reference: 320153020222193633
Category: Communications-Mobile Telecom
Tel. H+P

| Date | Description | Card Member | Amount |
|---|---|---|---|
| Oct 23 2015 | RUTH'S PARSIPPANY 54PARSIPPANY | Dorothy M McBride | $263.28 |

Doing Business As: RUTH'S CHRIS STEAK HOUSE
1 HILTON CT PARSIPPANY NJ 07054-4403 UNITED STATES OF AMERICA (THE)
Reference: 320152970141445580
Category: Restaurant-Restaurant
Transaction Details
TIP $45.00
H+P mtg

Reference: 320152960121573280
Category: Transportation-Fuel

Oct 21 2015 LUNELLOS CEDAR GROVE NJ — Dorothy M McBride — $465.74
Doing Business As: LUNELLO'S RESTAURANT
182 STEVENS AVE CEDAR GROVE NJ 07009-1149 UNITED STATES OF AMERICA (THE)
Reference: 320152950102224638
Category: Restaurant-Restaurant
Transaction Details
FOOD/BEVERAGE $385.74
TIP $80.00
Trustee mtg H+P

Category: Restaurant-Restaurant

Oct 20 2015 OPTICA SHORT HILLS 0SHORT HILLS NJ — Dorothy M McBride — $2,020.00
Doing Business As: OPTICA SHORT HILLS
MALL SHORT HILLS D-229 SHORT HILLS NJ 07078 UNITED STATES OF AMERICA (THE)
Additional Information: 973-376-0647
Reference: 320152940094787580
Category: Business Services-Health Care Services
Transaction Details
EYE EXAMS/EYE WEAR
H+P Medical/is

Oct 16 2015 USPS 334095028105065LAKE HIAWATHA NJ — Dorothy M McBride — $3,432.34
Doing Business As: US POSTAL SERVICE-NORTH NEW JERSEY
494 BROAD ST RM 316 NEWARK NJ 071023217 UNITED STATES OF AMERICA (THE)
Additional Information: 800-2758777
Reference: 320152900032466945
Category: Business Services-Mailing & Shipping
H+P Postage mailing

Oct 13 2015 LUNELLOS CEDAR GROVE NJ — Dorothy M McBride — $395.16
Doing Business As: LUNELLO'S RESTAURANT
182 STEVENS AVE CEDAR GROVE NJ 07009-1149 UNITED STATES OF AMERICA (THE)
Reference: 320152870969370497
Category: Restaurant-Restaurant
Transaction Details
FOOD/BEVERAGE $285.16
TIP $110.00
H+P

Oct 13 2015 ONLINE PAYMENT - THANK YOU — Dorothy M McBride — -$675.53
Reference: 320152860965158686
Payment Details
Your payment was received for $675.53
H+P mtg

Oct 12 2015 LUNELLOS CEDAR GROVE NJ — Dorothy M McBride — $512.65

AMERICAN EXPRESS

# Transaction Details

Prepared for
Dorothy M McBride
Account Number
XXXX-XXXXXX-91003

**Platinum Card® / October 8, 2015 to November 6, 2015**

| Date | Description | Card Member | Amount |
|---|---|---|---|
| Nov 02 2015 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA<br>**Doing Business As:** AMAZON.COM<br>440 TERRY AVE N SEATTLE WA 98109-5210 UNITED STATES OF AMERICA (THE)<br>**Additional Information:** BOOK STORES<br>**Reference:** 320153060281122406<br>**Category:** Merchandise & Supplies-Internet Purchase | Dorothy M McBride | $26.57 |
| Nov 02 2015 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA<br>**Doing Business As:** AMAZON.COM<br>440 TERRY AVE N SEATTLE WA 98109-5210 UNITED STATES OF AMERICA (THE)<br>**Additional Information:** BOOK STORES<br>**Reference:** 320153060279271085<br>**Category:** Merchandise & Supplies-Internet Purchase | Dorothy M McBride | $86.90 |
| Nov 01 2015 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA<br>**Doing Business As:** AMAZON.COM<br>440 TERRY AVE N SEATTLE WA 98109-5210 UNITED STATES OF AMERICA (THE)<br>**Additional Information:** BOOK STORES<br>**Reference:** 320153060291603326<br>**Category:** Merchandise & Supplies-Internet Purchase | Dorothy M McBride | $49.99 |
| Nov 01 2015 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA<br>**Doing Business As:** AMAZON.COM<br>440 TERRY AVE N SEATTLE WA 98109-5210 UNITED STATES OF AMERICA (THE)<br>**Additional Information:** BOOK STORES<br>**Reference:** 320153050275984980<br>**Category:** Merchandise & Supplies-Internet Purchase | Dorothy M McBride | $77.49 |
| Nov 04 2015 | USPS 334095028105065LAKE HIAWATHA NJ<br>**Doing Business As:** US POSTAL SERVICE-NORTH NEW JERSEY<br>494 BROAD ST RM 316 NEWARK NJ 071023217 UNITED STATES OF AMERICA (THE)<br>**Additional Information:** 800-2758777<br>**Reference:** 320153090343100201<br>**Category:** Business Services-Mailing & Shipping | Dorothy M McBride | $19.81 |
| Nov 03 2015 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA<br>**Doing Business As:** AMAZON.COM<br>440 TERRY AVE N SEATTLE WA 98109-5210 UNITED STATES OF AMERICA (THE)<br>**Additional Information:** BOOK STORES<br>**Reference:** 320153080325862307<br>**Category:** Merchandise & Supplies-Internet Purchase | Dorothy M McBride | $73.69 |
| Nov 03 2015 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA<br>**Doing Business As:** AMAZON.COM<br>440 TERRY AVE N SEATTLE WA 98109-5210 UNITED STATES OF AMERICA (THE)<br>**Additional Information:** BOOK STORES<br>**Reference:** 320153080325146663<br>**Category:** Merchandise & Supplies-Internet Purchase | Dorothy M McBride | $78.87 |
| Nov 03 2015 | RUTH'S PARSIPPANY 54PARSIPPANY<br>**Doing Business As:** RUTH'S CHRIS STEAK HOUSE<br>1 HILTON CT PARSIPPANY NJ 07054-4403 UNITED STATES OF AMERICA (THE)<br>**Reference:** 320153080320809016<br>**Category:** Restaurant-Restaurant | Dorothy M McBride<br>**Transaction Details**<br>TIP $96.00 | $560.39 |
| Nov 02 2015 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA<br>**Doing Business As:** AMAZON.COM<br>440 TERRY AVE N SEATTLE WA 98109-5210 UNITED STATES OF AMERICA (THE)<br>**Additional Information:** BOOK STORES<br>**Reference:** 320153060281122177<br>**Category:** Merchandise & Supplies-Internet Purchase | Dorothy M McBride | $9.62 |

H+P B/m

H+P B/m

Postage (andrew) H+P

H+P B/m

B/m

H+P mtg

H+P B/m

Oct 09 2015 PAYMENT RECEIVED - THANK YOU
Reference: 320152830915764114
Dorothy M McBride -$3,810.61
Payment Details
Your payment was received for $3,810.61

Oct 09 2015 TRAVEL INSURANCE POLRICHMOND VA
Doing Business As: AllianzTravelInsurance.com866-884-3556
2805 N PARHAM RD STE 100 RICHMOND VA 23294 UNITED STATES OF AMERICA (THE)
Additional Information: 800-729-6021
Reference: 320152820885239538
Category: Business Services-Insurance Services
Dorothy M McBride Ins H+P Conf. $145.79
Transaction Details
INSURANCE BROKERS/U

Oct 08 2015 LUNELLOS CEDAR GROVE NJ
Doing Business As: LUNELLO'S RESTAURANT
182 STEVENS AVE CEDAR GROVE NJ 07009-1149 UNITED STATES OF AMERICA (THE)
Reference: 320152820887053198
Category: Restaurant-Restaurant
Additional Information: RESTAURANT
Reference: 320152850937714246
Category: Restaurant-Restaurant
Dorothy M McBride H+P - mtg $323.57
Transaction Details
FOOD/BEVERAGE $268.57
TIP $55.00

Oct 11 2015 PAYMENT RECEIVED - THANK YOU
Reference: 320152850946517994
Dorothy M McBride -$1,633.97
Payment Details
Your payment was received for $1,633.97

Oct 10 2015 CABLEVISION #7876 973-398-5757 NJ
Doing Business As: CABLEVISION
683 STATE ROUTE 10 DOVER NJ 07869-2028 UNITED STATES OF AMERICA (THE)
Additional Information: 973-398-5757
Reference: 320152840925280855
Category: Communications-Cable & Internet Comm
Dorothy M McBride H+P Telep. $9.98

Oct 08 2015 STAPLES 00472 PUTNAM CT
Doing Business As: WWW.STAPLES.COM 472
500 STAPLES DR FRAMINGHAM MA 01702-4474 UNITED STATES OF AMERICA (THE)
Additional Information: (800) 333-3330
HAMMERMILL COPY PLUS COPY PAPER 8 1
HP 950XL 951XL COLOR INK CARTRIDGES
Reference: 320152820888726899
Category: Merchandise & Supplies-Internet Purchase
Dorothy M McBride H+P o/s $635.51

Oct 08 2015 UNITED AIRLINES HOUSTON TX
Doing Business As: UNITED ELEC TICKETNG
600 JEFFERSON ST STE 1900 HOUSTON TX 77002-7324 UNITED STATES OF AMERICA (THE)
Additional Information: UNITED AIRLINES
Reference: 320152820887893345
Category: Travel-Airline
Dorothy M McBride Conf. H+P $2,650.69
Flight Details
N.Y. NEWARK INTL A → LOS ANGELES INTERN
LOS ANGELES INTERN → HONOLULU INTERNATI
HONOLULU INTERNATI → SAN FRANCISCO INTL
SAN FRANCISCO INTL → TUCSON INTERNATION
Ticket Number: 01624666141910
Date of Departure: 11/07
Passenger Name: MCBRIDEMS/DOROTHYM
Document Type: PASSENGER TICKET

Oct 07 2015 A&P #70610 000000000BOONTON
Doing Business As: A & P FOOD STORE
550 MYRTLE AVE BOONTON NJ 07005-1914 UNITED STATES OF AMERICA (THE)
Additional Information: 9733949570
Reference: 320152810874670324
Category: Merchandise & Supplies-Groceries
Dorothy M McBride o/s - H+P $144.35

| Dec 2015 3 pgs | Mtgs | ofc/o/s | conference | postage | b/m | Ins | Tel |
|---|---|---|---|---|---|---|---|
| Health & 5310.29 | 708.46 | 208.37 | 2219.17 | 127.90 | 191.52 | Bldg INS 1598.74 | 256.14 |
| Pension & 5310.28 | 708.46 | 208.37 | 2219.17 | 127.90 | 191.52 | Bldg INS 1598.74 | 256.14 |

Dec 2015
[illegible]

| Date | Description | | Amount |
|---|---|---|---|
| | | | $255.80 |
| 11/06/15 | USPS 335400080124868 41833124868<br>MONTVILLE NJ<br>800-2758777 | H/ P mailing postage | |
| | | | $135.92 |
| 11/06/15 | MONTVILLE VETERINARY G MONTVILLE VETER<br>MONTVILLE NJ<br>VETERINARY SERVICE | Cat B/M | |
| | | | **Amount** |
| 11/13/15 | HILTON HOTELS 28746<br>HONOLULU HI<br>Arrival Date 11/07/15 Departure Date 11/12/15<br>00000000<br>LODGING | H+P | $1,590.28 |
| 11/13/15 | HILTON HOTELS 28746<br>HONOLULU HI<br>Arrival Date 11/07/15 Departure Date 11/12/15<br>00000000<br>LODGING | Conf | $1,417.70 |
| 11/13/15 | HILTON HOTELS 28746<br>HONOLULU HI<br>Arrival Date Departure Date | H+P Conf | $1,417.70 |
| 11/16/15 | USPS 038888074808486 41833808486<br>TUCSON AZ<br>...20-2758777 | | $12.65 |
| 11/20/15 | LIBERTY MUTUAL<br>(866)290-2920 NH<br>INSURANCE | P. + H – OFF. Bldg. ins | $3,197.47 |
| 11/19/15 | KINGS SUPERMKT BOONTON 60<br>BOONTON NJ<br>973-463-6300<br>Description<br>GROCERIES/SUNDRIES | L. 45.55 H+P - 107.47 } O/S | ~~$153.02~~ $107.47 |
| 11/20/15* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>PREM CAR RENTAL PROTECTION 800-326-2078<br>CRA125559291 11/12/2015 TUCSON | Conf. | $19.95 |
| | | | **Amount** |
| 11/21/15 | WHOLE FOODS MARKET<br>WEST ORANGE NJ<br>9736693196<br>GROCERY STORES | 211.52 - L 112.08 H+P O/S | ~~$323.60~~ 112.08 |
| 11/23/15 | THE CAPITAL 080457 58400080457<br>PARAMUS NJ<br>201-8457040<br>FOOD/BEVERAGE $338.66<br>TIP $75.00 | Instie mtg H+P | $413.66 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| 11/24/15 | MONTVILLE VETERINARY G MONTVILLE VETER<br>MONTVILLE NJ<br>VETERINARY SERVICE | H+P – Cat B/M | $141.20 |
| 11/28/15 | ... WEEHAW... <br>WEEHAWKEN NJ<br>2018635100<br>TIP $58.00 | A1 mtg | $353.27 |

Continued on next page

| Date | Description | | Amount |
|---|---|---|---|
| 12/03/15 | KINGS SUPERMKT BOONTON 60<br>BOONTON NJ<br>973-463-6300<br>Description<br>GROCERIES/SUNDRIES | 121.83 - 2 -<br>197.18 · H+P } O/S | ~~$319.01~~<br>197.18 |
| 12/04/15 | CABLEVISION<br>(973)398-5757 NJ<br>973-398-5757 | Telephone serv. | $259.70 |
| 12/04/15 | CABLEVISION<br>(973)398-5757 NJ<br>973-398-5757<br>GAS/SERVICES | H+P | $252.57 |
| 11/30/15 | AMAZONPRIME MEMBERSHIP<br>AMZN.COM/PRME NV<br>SHIPPINGCLUB | mo H+P | $105.93 |
| 11/30/15 | LUNELLOS<br>CEDAR GROVE NJ<br>RESTAURANT<br>FOOD/BEVERAGE $239.48<br>TIP $85.00 | | $324.48 |
| 12/01/15 | IL CAPRICCIO RISTORANTE 0704<br>WHIPPANY NJ<br>973-884-9175<br>Description<br>FOOD/BEVERAGE | Trust mtg<br>H+P | $325.50 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| 11/20/15 | LIBERTY MUTUAL<br>(866)290-2920 NH<br>INSURANCE | P. + H -<br>off. Bldg. ins | $3,197.47 |

Continued on reverse