TO:

The Honorable Stacey D. Adams
US Magistrate Judge
US District Court for District of NJ
MLK Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

SILVERMAN v MCBRIDE

CASE NO.   2:22 07476 - CV- (CCC)(SDA)

CC:  The Honorable Claire C. Cecchi

FROM;
Dorothy McBride

July 15, 2025

The Honorable Stacey D. Adams
United States Magistrate Judge
US District Court for the District of N.J.
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Silverman v. McBride
Case No. 2:22-cv-07476-(CCC)(SDA)

RE:  ALEXANDER (Alex) ANTONIADES SS DISABILITY PENSION-

Dear Honorable Judge Adams:

I am writing on behalf of my younger brother, Alexander (Alex) Antoniades who was awarded Social Security Disability Pension in January 2000 and taken away by ADLER with March 1, 2019.

I called Adler's office several times regarding why Alex hasn't received his Pension. I was Told by Adler's, Tom Kennedy, to contact Cook Associates who has stopped Alex's disability pension. Adler now admits he is using 4.5 of Pension SPD that Alex' isn't disabled any longer. King Adler is ABOVE THE LAW! He controls the Funds using his hand-picked, elderly paid Employer Trustee, Daniel Silverman no one sees or knows, to say whatever he's told by Adler. Adler didn't write any SPDs' for the Funds. I wrote the language of the Funds I created back in 1972, along with attorneys, actuaries, in the SPDs', not ADLER. Since he found out he illegally stopped Alex's disability pension, he changed his "allegation" to: Alex' pension was going to Dorothy's account. Where a Pensioner wants his benefit to go is none of King Control Adler' business! When I told the court, Adler stopped Alex's pension, he yelled out: He's in Jail for murder! What does that mean to Adler? He's above the law, DOL, PBGC, even the courts, he's in charge and will make the decisions he wants/likes, especially when it involves Funds $$$ that he believes is his $$$$. Adler is Judge, Jury, Executioner, No laws he doesn't Like pertains to him and he'll do what he pleases! Adler told Alex he has to prove he's disabled to him! How dare he take his unlawful pension away from Alex.
I am attaching some of the letters Adler sent to Alex where he was incarcerated., Alex was so Disabled, he was sent to South Woods Hospital State prison. President Joe Biden, sent Alex $1400.00 for his Economic Impact Payment to South Woods- letter attached- He didn't have to Prove his disability to the President of the United States! Only
 to King Control $$ Adler! This greedy man must be Stopped! God is watching!

We, Alex's family, are holding ADLER responsible for Alex' death. Adler deprived him of his Entitled Disability Pension since Mar 1, 2019. Alex needed his Earned Disability Pension for His medical disability serious medical condition for special medical food not provided by SW. When someone is sentenced to prison, they are already being punished. But not to King Control $$$ Adler, he's above all Laws!

After SS Disability Awarded Alex, and he applied for his disability pension with Allied Industries Pension Fund, he received his pension under Pension SPD January 1, 1979 Attached, See pg.8, #7. ARE DISABILITY BENEFITS PROVIDED?

I AM ATTACHING THE AMOUNTS ADLE ROBBED/DEPRIVED ALEX OF HIS DISABILITY PENSION, along with Adler letter sent to the prison in Aug. 2019 demanding he sends SS records to him! Who does Adler think he is?? Alex was on Oxygen in a wheel chair. Adler's greed for $$$ and The Funds control is outrageous! I'm sure the court will see
The Truth of this evil controlling man!

PAGE 2 - 2

Alex ' Disability Pension Owed by Adler who stopped Alex' benefit effective March 1, 2019, with his Power over Funds claiming Alex isn't disabled!

| YEAR | AMOUNT | INTEREST DUE | MONTHLY BENEFIT |
|---|---|---|---|
| 2019. Disability Pension due and owed | $19,866.00 | $1191.96. | @$1986.59 per mo. |
| 2020.    "          "       "    "    " | $23,839.00. | $143034 | |
| 2021.    "          "       "    "    " | $23,839.00. | $1430.34 | |
| 2022.    "          "       "    "    " | $15,892.72. | $ 953.56 | |
| Total Pension Due Alex ——————- | $83,436.72. | | |
| Interest for 2019,'21,'22, 8/2022. | 5,006.20. | (Interest not compounded) | |
| Total for interest due ———————- | $88,442.92 | | |
| Interest due for 2023, '24 & "25. | 2,122.64. | On Benefit not paid to date. | |
| Total due Alex' ——————— | $90.565.56 | | |

Forced to retain a lawyer for Adler's false   3, 200.00
Charges, /stopping a
Disabled Pensioner'benefit  without
Explanation or notification.
Warning to Adler, the prisons have
Copies of all his mail  as well as I do

Funeral expenses for depriving his
Disability benefit for food, lawyers,
And many other expenses he could
Not afford because Adler took his
$$$ pension for his wallet!!             4,750.00

Total due Alex' estate              $98,515.56

Also, I am attaching a postmark envelope sent to Justine Annucci at my home, (her mother) on Aug.22, 2019.  Adler told the court he didn't know how to get in touch with her!  Adler is going To continue to lie, cheat, deceive the courts and anyone in his way of the Funds $$$$.

Thank you for reading, Judge Adams- I'm in Az, 3 hrs behind NJ

Sincerely,
Dorothy McBride (s)
Email: dorothymcbride25@yahoo.com
Cell #.   862 345- 8883

Cc: The Honorable Judge Claire C. Cecchi

Attachments  10

TO WHOM IT MAY CONCERN:

My name is AA. I am currently incarcerated and when I am released, I am going to live with my sister, DM. My neice, JA, is my POA, 20 yrs younger than I. Although she is my POA, I asked my sister to take care of my affairs since she lives and worked in NJ. When I was arrested in Mar.2009, I was receiving my disability SS benefit as well as my Disability Pension from AIPFund.

My pension benefit suddenly stopped March 1, 2019 with no explanation from anyone from the new administrators. When the new Administrators were contacted, they decided to attack my neice asking her to return All my Pension benefit to them. Their excuse was: SPD 4.5 language (attached) that language provides "if an employee is no longer disabled" well, I am very disabled. However, when my disability was approved by SS in 2006 retroactive June 1, 2000, the SPD that was in effect is attached. My sister, Dorothy, deposited my Pension benefit directly into her statement account, and she was/is the only one on the account. No one else has access to her account. My sister visited me in prison weekly since March 2009 until Covid attacked America and visiting ceased. I gave her authorization to use my pension benefit as she sees fit. She pays all my bills/debts along with monthly payments to me in prison. Social Security continued to pay my benefit until 2011 knowing I was disabled and when you are found guilty/or plead guilty, then Soc Sec. stops payment until you are released as the government is paying for my housing, food, all medical/hospital/surgical,vision, prescriptions, etc. AIPF is paying "nothing" But, Soc Sec. did NOT say I am no longer disabled, just the new administrators are trying to interpret the SPD that suits their "take away" deny him his pension benefit.

-2-

I am now due my March, April, and May 2019 pension benefit and expect my benefits to continue and be sent to my POA's, Ms. Justine Annucci, account at The Valley National Bank as it has been for approximately fifteen years.

Yours truly,

*[signature: Alexander M. Antoniades]*

Alexander M. Antoniades
SS #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
Email: bantoniades@yahoo.com
43 Revere Court, Montville, NJ 07045

April 26, 2019



May 16, 2019
Page 2

In light of this provision, we request documentation showing that for all time periods since on or about July 1, 2006, Mr. Antoniades has continued to be "eligible for a Social Security disability pension."

During the pendency of this investigation, no further payments will be released from the account in question.

Thank you for your consideration.

Sincerely,

Cristina Gallo

# AMALGAMATED LOCAL 427 and ALLIED INDUSTRIES PENSION FUND

## SUMMARY PLAN DESCRIPTION

as amended THROUGH JANUARY 1, 1979

21

6. ARE THERE ANY EARLY RETIREMENT BENEFITS?

   Yes, you may apply for early retirement benefits if you have attained age 55 and have 10 years of credited service including 5 years of credited future service credits (see Question 12 for an explanation). Your retirement benefit will be equal to the benefit you would have received at your normal retirement age, reduced by 1/2 of 1% for each month your actual retirement date precedes your normal retirement date.

7. ARE DISABILITY BENEFITS PROVIDED?

   If you terminate employment because of total disability and have been approved for a disability pension under Social Security, you are entitled to a disability benefit if you have at least 10 years of credited service, including 5 years of credited future service.

8. WHAT IS THE DISABILITY BENEFIT?

   It is the same amount as the normal retirement benefit described in Question 2.

9. HOW IS MY BENEFIT CALCULATED?

   Appendix 1, attached, has a blank form for you to estimate your benefit.

10. WHAT IS VESTING?

    Once you meet the years of service conditions shown below you have a nonforfeitable right to a percentage of your accrued benefit, payable at normal retirement, no matter when you terminate employment or incur a break-in-service.

| Years of Service | Percentage |
|---|---|
| a) 10 years of credited service including at least 5 years of credited future service | 100% |
| b) 10 years or more of vesting service | 100% |
| c) not fulfilling service conditions in a) or b) | 0% |

The accrued benefit is the portion of your normal retirement benefit which you have earned so far. If you do not satisfy the requirements for early retirement, but are 100% vested, you are entitled to a deferred pension starting on your normal retirement date calculated as in Question 2. If you satisfy the requirements for early retirement, your accrued benefit is equal to your early retirement benefit as described in Question 6.

11. HOW DOES MY SERVICE WITH THE EMPLOYER COUNT TOWARDS MY BENEFIT?

    Years of service with the employer are based on plan years. For your plan, the plan year is a calendar year. The first plan year was January 1, 1972 to December 31, 1972. Credit for plan years is based on the number of hours you work for which your employer is obligated to make a contribution.

    For each 1,700 hours of service in a calendar year or after your employer's contribution date, you will be entitled to one year of Credited Future Service for computing benefits. Each 170 hours of service is equal to one tenth (1/10th) of a year's Credited

8

9



**Department of the Treasury
Internal Revenue Service**
Austin, TX 73301-0003

Date:
February 14, 2022
For assistance, call:
800-919-9835
Or visit:
IRS.gov/eip

T3827 P55 2118379 1 AV 0.426 45529-1-1-14 2118379
ALEXANDER R ANTONEADES
974165A/733711
215 S BURLINGTON RD
BRIDGETON, NJ 08302-3479

## Your 2021 Economic Impact Payment(s)
### Keep this information with your tax records.

**Why you received this letter.**
Under the American Rescue Plan, the Internal Revenue Service (IRS) issued you 2021 Economic Impact Payment(s) for the following total amount:

**Total 2021 Economic Impact Payment(s):  $1,400.00**

**What do you need to do?**
This Economic Impact Payment isn't considered taxable income, and you shouldn't report it as income on your 2021 federal income tax return. However, you'll need the total payment amount shown above to determine whether you're eligible to claim the Recovery Rebate Credit on your 2021 federal income tax return.

If you think you didn't receive the full amount of the third Economic Impact Payment you were entitled to, you must file a 2021 federal income tax return to claim the Recovery Rebate Credit, even if you aren't otherwise required to file a tax return.

**How can you get more information?**
For more information about Economic Impact Payments, visit **IRS.gov/eip**, or call the IRS Economic Impact Payment hotline at 800-919-9835.

**Letter 6475 (en-sp) (9-2021)**
Catalog Number 58142P

P                    ALEXANDER M. ANTONIADES

Cristina Gallo, Associate
Cohen Weiss & Simon, LLP.
900 Third Avenue
Suite 2100
New York, N.Y. 10022-4869

Kenneth Cook, President
Daniel H. Cook Associates
253 W. 35th Street, 12th floor
New York, N.Y. 10001                    May 16, 2019

Dear Ms. Gallo and Ken,

I am responding to Ms. Gallo's letter sent to my POA, Justine Annucci regarding my Pension Benefit.

Sometime prior to March 1, 2019, when my pension benefit was due, Cook Associates decided to stop my pension benefit without any notification to my POA, Ms. Justine Annucci. Only when my POA contacted and wrote to Cook Associates, were we notified that additional information was requested before my pension benefit would be sent. All requested information was promptly sent to Cook Associates. My POA then received a letter from Tom's associate, Ms. Gallo, requesting additional information. This information was also provided without delay yet we have still not received my pension benefit.

As a former Trustee of Allied Industries Funds, I truly hope other POA pensioners of Allied Industries Pension Fund are NOT being deprived of their pension benefit, like I am, since their files contain similar/same information as my file. You do not have the authority to STOP any pensioners benefit without notifying a Pensioner/POA in ADVANCE.

I am now due my March, April, and May 2019 pension benefit and expect my benefits to continue and be sent to my POA's, Ms. Justine Annucci, account at The Valley National Bank as it has been for approximately fifteen years.

If you need any additional information, please contact my POA, Ms. Justine Annucci. Her address is in my file in your Office.

Thank you,                              Notary:


Alexander M. Antoniades
SS#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                          _____
DOB:December 7, 1960                    My commission expires
                                        on:_____

**COHEN WEISS AND SIMON LLP**

Cristina E. Gallo, Associate
Tel:   212.356.0226
Fax:   646.473.8226
cgallo@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

August 22, 2019

<u>VIA FIRST CLASS MAIL</u>
Alexander Antoniades
43 Revere Court
Montville, NJ 07045

Alexander Antoniades, 4D1-8
733711/000974165A
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

Re:   <u>Allied Industries Local 427 Pension Fund</u>

Dear Mr. Antoniades:

As you know, we represent the Allied Industries Local 427 Pension Fund (the "Fund"). We write in response to July 5, 2019 correspondence we received from you.

The Fund's records show that you were awarded a disability pension on or about July 1, 2006, retroactive to on or about June 1, 2000. Section 4.5 of the Fund's plan document, which covers disability pensions, provides that "[i]f the Member ceases to be eligible for a Social Security disability pension, he shall also cease to be eligible for a disability pension under this plan." In light of this provision, we wrote to you in correspondence dated May 16, 2019 requesting documentation showing that <u>for all time periods since on or about July 1, 2006</u>, you have continued to be "eligible for a Social Security disability pension."

Your response contained only documentation of receipt of Social Security disability benefits from the year 2011, and no documentation for any other time periods. Given your failure to substantiate that you remain eligible for a Social Security disability pension, no further payments will be released from the pension account in question and the account will continue to be suspended.

Please be advised, however, that the Trustees will consider reinstating your pension benefits if you can demonstrate continued receipt of a Social Security disability pension through the present. You may provide evidence of your receipt of Social Security disability pension payments in order to establish that you remain eligible for a disability pension. For example, if

01109012.1



August 22, 2019
Page 2

these benefits are paid to a bank account, please provide statements reflecting the payment by the Social Security Administration into that account for all available time periods from 2011 to the present.

    Please also be advised that in the event that the Trustees reinstate your pension benefits, such amounts will only be paid to an account for which you can show you are the beneficial owner of.

    Thank you for your consideration.

Sincerely,

Cristina Gallo

FIRST-CLASS MAIL
$00.50
ZIP 10036
041L11243172
neopost
02/12/2020
US POSTAGE

COHEN WEISS AND SIMON LLP
900 Third Avenue • New York, NY 10022-4869

Justine Annucci
8 Nelson Avenue
Montville, New Jersey 07045

