UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                    DATE: 7/21/2025

JUDGE: **STACEY D. ADAMS**

DEPUTY CLERK: Jackeline Barco

Title of Case: SILVERMAN et al v. MCBRIDE et al

Docket: **22-cv-07476-CCC-SDA**

Appearances:

Bruce Levine, Michael Adler, and Kayla Morin for Plaintiff,

Jay W. McCann for Defendants, Dorothy McBride, Alison McBride
and Justine Annucci.

Nature of proceedings: Pretrial Conference

On the record. Order to be filed.

Time Commenced ____2:16 pm____
Time Adjourned ____2:30 pm____

Court Reporter ECR.

cc: chambers                              ____Jackeline Barco____
                                          Jackeline Barco, Deputy
Clerk