UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------- x

DANIEL SILVERMAN and PETER MITCHELL, as
Trustees and Fiduciaries of the Allied Industries Health
Plan a/k/a Allied Industries Local 427 Health Plan, and
ANNE AHSANUDDIN and PETER MITCHELL, as
Trustees and Fiduciaries of the Allied Industries
Pension Plan a/k/a Allied Industries Local 427 Pension
Plan,

                          Plaintiffs,

           - against -

DOROTHY MCBRIDE, ALISON MCBRIDE a/k/a
ALLISON MCBRIDE a/k/a ALLISON MARIE,
MICHAEL MCBRIDE, and JUSTINE ANNUCCI a/k/a
JUSTINE BONOMOLO, and NGM INSURANCE
COMPANY,

                          Defendants.

----------------------------------------------------------------- x

Case Action No.:
2:22-cv-07476 (CCC) (JSA)

**FINAL PRETRIAL ORDER**

This matter having come before the Court for a pretrial conference on November 5, 2025

and February 11, 2026 pursuant to Fed. R. Civ. P. 16; and Michael S. Adler, Bruce S. Levine,

Kelly Malloy, and Kayla Morin having appeared for plaintiffs; Jay McCann having appeared on

behalf of Defendants Dorothy McBride, Allison McBride a/k/a Allison Marie, and Justine Annucci

a/k/a Justine Bonomolo (together, "Defendants");[1] the following Pretrial Order is hereby entered.

1.      **TRIAL DATE**: A trial date will be set by the Honorable Claire Cecchi, U.S.D.J. on a date
        to be determined.

2.      **PRETRIAL HOUSEKEEPING CONFERENCE**: There will be a pretrial housekeeping
        conference before Judge Cecchi on a date to be determined.

3.      **JURISDICTION**

      This Court has federal question jurisdiction over this Action pursuant to Sections 404, 406,
      and 409 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"),

---

[1] The remaining defendants have been dismissed from the case. *See* ECF Nos. 179, 182 and 183.

29 U.S.C. §§ 1104, 1106, and 1109, and 28 U.S.C. § 1331. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

**4.    NATURE OF THE ACTION**

A.    Plaintiffs: This action arises out of a series of allegedly fraudulent actions undertaken by Dorothy McBride, aided by family members Allison McBride, Michael McBride, and Justine Annucci (together with Dorothy McBride, the "Individual Defendants") from 2015 through 2018. Specifically, Dorothy McBride utilized her position as Funds' Administrator to direct (a) unauthorized payroll to herself and other insiders including the remaining Individual Defendants; (b) unauthorized and inappropriate Welfare Fund benefit payments; (c) unauthorized and inappropriate Pension Fund benefit payments; (d) unauthorized credit card transactions for personal and related expenses; and (e) unauthorized administrative expenses.[2]

B.    Individual Defendants: None provided.

**5.    PENDING/CONTEMPLATED MOTIONS**

A.    Plaintiffs:

Plaintiffs anticipate filing a motion to quash the Individual Defendants' jury demand on the grounds that the relief sought in the Amended Complaint is equitable in nature, for which the Individual Defendants are not entitled to trial by jury.

**Plaintiffs Motion Shall be filed by March 31, 2026**

**Defendants' Response Shall be filed by April 15, 2026**

**No replies permitted. Briefs limited to 10 pages, double spaced.**

B.    Defendants:

None

**6.    STIPULATED FACTS**

Welfare Fund

1.    The Allied Industries Health Plan a/k/a Allied Industries Local 427 Health Plan (the "Welfare Fund") was established to provide health benefits to

---

[2] The Funds also sued NGM, their fidelity insurer, for breaching its obligation to pay the losses sustained by the Funds. Following a settlement conference held on February 24, 2025, the Funds and NGM reached a settlement in principle of the Funds' claims against NGM.

eligible employees of the employers who participate in the Welfare Fund. Pls' Ex. 85.

2. Prior to July 2018, Robert McBride (Bob Michaels) and John Kulish were Welfare Fund trustees. D. McBride Tr. 17:22-25.

3. The Welfare Fund is a "employee benefit plan" and "multiemployer plan."

4. A prescription would be reflected in Welfare Fund records as a charge, and someone in office would look it over. D. McBride Tr. 14:2-12.

5. Carol Bednar, employee of the Welfare Fund, made sure that the person whose prescription was being filled had coverage. D. McBride Tr. 14:13-14.

<u>Pension Fund</u>

6. The Allied Industries Pension Plan a/k/a Allied Industries Local 427 Pension Plan (the "Pension Fund") was established to provide retirement benefits to eligible employees of the employers who participate in the Pension Fund. Pls' Ex. 36.

7. The Pension Fund is a collectively bargained, jointly-trusteed, multiemployer plan. Pls' Ex. 36.

8. Unlike with a 401(k), pension money is not earmarked for participants. P. Mitchell Tr. 98:1-3.

9. No pension fund participant is entitled to money that cannot be identified through a plan provision. P. Mitchell Tr. 98:4-8.

10. The Pension Fund has assets held in a trust. P. Mitchell Tr. 98:23-99:2.

11. The Pension Fund is a "employee benefit plan" and "multiemployer plan." Pls' Ex. 36.

12. During the years 2015 through 2019, the Pension Fund's principal place of business was located at 155 Changebridge Road, Montville, New Jersey 07045. D. McBride Tr. 25:1-5.

13. The Pension Fund was created for members to have retirement benefits D. McBride Tr. 9:5-10.

14. The Pension Fund maintains its records at a third-party administrator's office. P. Mitchell Tr. 15:19-24.

15. Alison Marie is Dorothy McBride's niece. D. McBride Tr. 10:15-16

16.     Alison Marie's father was Robert Allison Michaels a/k/a Robert McBride ("Robert McBride").  D. McBride Tr. 11:6-11.

17.     Robert McBride and Bob Michaels are the same person. A. Marie Tr. 6:2-7.

18.     Dorothy McBride's brother was Robert McBride.  D. McBride Tr. 17:7-16.

19.     Robert McBride died in 2018. D. McBride Tr. 12:3-5.

20.     Defendant Michael McBride is Dorothy McBride's nephew.  D. McBride Tr. 156:7-21.

21.     Defendant Michael McBride was Robert McBride's nephew.   D. McBride Tr. 156:24-157:4.

22.     Justine Annucci is Dorothy McBride's daughter. D. McBride Tr. 11:12-18.

Dorothy McBride

23.     Dorothy McBride worked for the Funds from 1966 through July 13, 2018. D. McBride Tr. 7:12-15.

24.     Dorothy McBride is the name listed on Dorothy McBride's birth certificate. D. McBride Tr. 190:18-21.

25.     The total salary Dorothy McBride received by paycheck as Fund Administrator of the Welfare Fund and the Pension Fund was allocated between the Welfare Fund and the Pension Fund.  D. McBride Tr. 32:6-9, 76:7-18.

Justine Annucci

26.     Justine Annucci did not receive salary from the Funds. D. McBride Tr. 140:2-6, J. Annucci Tr.11:6-8.

27.     The Welfare Fund provided Justine Annucci with medical benefits. D. McBride Tr.146:6-13; J. Annucci Tr.11:9-11.

28.     No one else employed by the Welfare Fund got a deal similar to Justine Annucci. D. McBride Tr. 146:17-20.

29.     Justine Annucci received coverage under another medical plan. J. Annucci Tr.17:11-14.

30.     Justine Annucci translated paperwork at the Welfare Fund. J. Annucci Tr.10:21-11:3.

4

31. Justine Annucci stopped working for the Welfare Fund once Dorothy McBride no longer was employed there. J. Annucci Tr.12:3-6.

32. Justine Annucci usually worked remotely. J. Annucci Tr.12:7-14.

33. Sebastian Bonomolo was born in 2013. J. Annucci Tr.16:7-12.

34. Sebastian Bonomolo was Justine Annucci's dependent. P. Murray Tr. 89:3-7.

35. Sebastian Bonomolo received medical benefit coverage in 2016 and 2017 under Justine Annucci's family benefit prescription. D. McBride Tr. 147:2-19, J. Annucci Tr.16:4-12.

Alison Marie

36. Alison McBride has always been Alison Marie's legal name. A. Marie Tr. 4:15-20.

37. Alison Marie was paid $759 a month for six months. D. McBride Tr. 130:4-6.

38. Dorothy McBride provided Alison Marie with her assignments and reviewed her work. A. Marie Tr. 10:10-13.

Ruby Winston

39. Ruby Winston was a shop chairlady. D. McBride Tr. 151:15-20.

40. Bobbie Clary is Ruby Winston's daughter. D. McBride Tr. 245:15-18.

41. Ruby Winston died in 2016.

Alexander Antoniades

42. Alexander Antoniades was in prison due to a murder conviction.

43. Alexander Antoniades died in 2022.  D. McBride Tr. 11:21-12:2.

Robert McBride (Bob Michaels)

44. Robert McBride (Bob Michaels) was trustee of the Welfare Fund. D. McBride Tr. 17:4-6.

45. Robert McBride (Bob Michaels) was trustee for the Pension Fund.

John Kulish

46.    John Kulish worked where Trustee Ahsanuddin works. D. McBride Tr. 17:19-22.

47.    John Kulish was trustee for the Welfare Fund. D. McBride Tr. 17:4-6.

Trustees

48.    Dorothy McBride stated that there were no minutes kept for informal meetings with the trustees. D. McBride Tr. 19:8.

## 7.    PLAINTIFFS' CONTESTED FACTS

A.    **Liability** - Plaintiffs intend to prove the following contested facts with regard to liability:

Welfare Fund

1.    Welfare Fund is a collectively bargained, jointly-trusteed multiemployer plan.  Pls' Ex. 85.

2.    Plaintiffs Daniel Silverman and Peter Mitchell are Trustees and Fiduciaries of the Welfare Fund, as they have discretion and control over the assets and administration of the Welfare Fund. P. Mitchell Tr. 6:1-3, 7:20-22.

3.    Daniel Silverman became a Welfare Fund Trustee in 2018. P. Mitchell Tr. 7:23-8:1.

4.    Peter Mitchell became a Welfare Fund Trustee in 2020. P. Mitchell Tr. 7:5-19.

5.    During the years 2015 through 2019, the Welfare Fund's principal place of business was located at 155 Changebridge Road, Montville, New Jersey 07045.  D. McBride Tr. 25:1-5.

6.    Accountants were responsible for recording prescriptions into database. D. McBride Tr. 13:22-25.

7.    Welfare Fund records are maintained at a third-party administrator's office. P. Mitchell Tr. 13:10-15.

8.    The third-party administrator is Daniel H. Cook and Associates. P. Mitchell Tr. 14:1-4.

Pension Fund

6

9. Plaintiff Peter Mitchell is a Trustee and Fiduciary of the Pension Fund, as he has discretion and control over the assets and administration of the Pension Fund.  P. Mitchell Tr. 6:9-12, 8:2-14.

10. Peter Mitchell became a Pension Fund trustee in 2020. P. Mitchell Tr. 7:5-19.

11. Anne Ahsanuddin became a Pension Fund trustee in 2018.  P. Mitchell Tr. 8:2-14.

Dorothy McBride

12. Dorothy McBride was Funds Administrator for 21 years. D. McBride Tr. 7:16-23.

13. Dorothy McBride was an admitted fiduciary of the Funds. D. McBride Tr. 22:15-23.

14. Dorothy McBride testified that she also goes by JD Annucci because she likes the name June (J) and her name is Dorothy (D). D. McBride Tr. 150:2-9.

15. "JD Annucci" and Dorothy McBride share the same social security number. D. McBride Tr. 147:20-148:7. Pls' Ex. 86.

16. Dorothy McBride stated that her bank account is listed under JD Annucci. D. McBride Tr. 149:5-16.

17. Alison Marie never heard of June or JD Annucci. A. Marie Tr. 5:6-9, 12:11-20.

18. Justine Annucci never heard of June or JD Annucci. J. Annucci Tr.7:15-19.

19. Justine Annucci is not June or JD Annucci. J. Annucci Tr.22:5-7.

20. Dorothy McBride received her total compensation for both the Welfare and Pension Funds in the form of salary checks on a bi-weekly basis.  D. McBride Tr. 32:6-9, 76:7-18.

21. The only way Dorothy McBride's salary could be increased was by Trustee decision. D. McBride Tr. 76:13-18.

22. Between 2015 and 2018 Dorothy McBride received $179,627.00 in yearly salary. D. McBride Tr. 32:10-33:3.

23. Dorothy McBride's employment as Director of the Funds terminated on July 11, 2018.  D. McBride Tr. 25:6-30:15.

24. Dorothy McBride was terminated because of recordkeeping issues and concern over dishonest acts.  P. Mitchell Tr. 35:18-21.

Justine Annucci

25. Justine Annucci stated that she was employed by the Welfare Fund from when she graduated high school (1998) to 2018. J. Annucci Tr.10:13-17.

26. Justine Annucci moved to Arizona in 2010. J. Annucci Tr.34:20-21

27. Justine Annucci stated that she did not need a salary, so she worked as a volunteer. J. Annucci Tr.11:12-18.

28. Justine Annucci's Welfare Fund insurance was secondary insurance, so covered claims were for whatever portion of the claim that was not picked up by the primary insurer. J. Annucci Tr.17:15-18.

29. Dorothy McBride gave Justine Annucci materials to translate. J. Annucci Tr.13:19-24.

30. Sebastian Bonomolo is Justine Annucci's son. J. Annucci Tr.8:16-19.

31. Dorothy McBride stated that Sebastian Bonomolo received medical benefits because Bonomolo's mother was working for free. D. McBride Tr. 243:4-13.

Alison Marie

32. Alison McBride is Alison Marie's legal name. A. Marie Tr. 4:15-20.

33. Alison Marie testified that she has never gone by any name other than Alison McBride. A. Marie Tr. 4:20-21.

34. Marie is Alison Marie's middle name. A. Marie Tr. 4:22-24.

35. Alison Marie testified that she has never used Alison Marie as her professional name. A. Marie Tr. 4:24-5:2.

36. Alison Marie's Funds issued W2 lists her name as Alison Marie. Pls' Ex. 45, 57, 87.

37. Alison Marie worked at Funds for six months in 2015 through 2106 D. McBride Tr. 126:13-127:18; A. Marie Tr. 6:19-23.

38. Alison Marie was paid $14.60 an hour. D. McBride Tr. 126:13-20.

39. Alison Marie was paid once a month to avoid a $25 PayPro fee. D. McBride Tr. 130:7-20.

8

40.    Alison Marie's yearly wages were $4,554 ($759 * 6). D. McBride Tr. 134:8-11.

41.    Dorothy McBride told Alison Marie how much she would be paid. A. Marie Tr. 9:3-6.

42.    Alison Marie and Dorothy McBride worked out of the Pension Fund office. A. Marie Tr. 9:10-23.

Alexander Antoniades

43.    Alexander Antoniades is Dorothy McBride's half-brother.  D. McBride Tr. 11:19-20.

Robert McBride (Bob Michaels)

44.    Robert McBride (Bob Michaels) is Dorothy McBride's brother. D. McBride Tr. 17:10-16.

45.    Robert McBride (Bob Michaels) was the business agent for the Union 427. D. McBride Tr. 17:7-9.

John Kulish

46.    John Kulish was trustee for the Pension Fund.

James Winship

47.    James Winship was trustee and administrator. D. McBride Tr. 25:10-20.

48.    James Winship was in charge when Dorothy McBride was terminated.  D. McBride Tr. 210:2-8.

Trustees

49.    Dorothy McBride constantly met with the Funds' trustees, often informally as Robert McBride (Bob Michaels) worked for the Union.  D. McBride Tr. 18:14-25.

50.    Dorothy McBride stated that meetings were maintained for formal meetings D. McBride Tr. 19:5-7.

51.    Dorothy McBride kept minutes for Board of Trustee meetings. L. Hart Tr. 11:19-24; Pls' Ex. 9.

52.    Dorothy McBride led the Board of Trustee meetings. L. Hart Tr. 11:25-12:2.

9

53. Dorothy McBride stated that discussions at informal meetings were subsequently presented for approval at formal meetings. D. McBride Tr. 19:9-20:13.

54. Vouchers were used to pay bills. D. McBride Tr. 176:6-12.

55. The voucher was supposed to be accompanied by the related bill/receipt detailed in the voucher. D. McBride Tr. 176:18-177:25.

The Audit

56. The accounting firm of Schultheis & Panettieri LLP ("S&P) performed an agreed-upon procedures engagement (audit) for the Funds' Trustees.  S&P explained that its engagement was:

   solely to assist management of the Funds in evaluating the extent of questionable transactions, payments, expenditures, misappropriation and/or other irregularities that may have occurred. For the Pension Plan, the period subject to review was January 1, 2015 through December 31, 2019. For the Welfare Fund, the period subject to review was October 1, 2015 through December 31, 2019. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. Management of the Funds is responsible for the books and records, tax filings, internal controls and the sufficiency of the procedures. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

NGM Ex. 22.

57. S&P was retained by the Trustees due to concerns about dishonest acts.  P. Mitchell Tr. 36:22-25.

58. The concerns arose during Trustees Silverman and Ahsanuddin's first year, while they were "getting their feet on the ground." P. Mitchell Tr. 34:10-21.

59. Prior to the audit's conduct, Peter Murray of S&P visited the Funds' former office at Changebridge Road to collect records.  His notes, dated June 25, 2020: state as follows:

   Local 427 Agreed Upon Procedures Engagement

   Memo to File

   From:  Peter Murray

RE:  Site visit to Local 427 Fund Office, 155 Changebridge Road, Montville, NJ 07045

Date:  06/25/2020

On 06/24/2020 I visited the former fund office of Local 427 Welfare Fund and Pension Fund at 155 Changebridge Road, Montville, NJ 07045.  I met Kevin Fletcher from PMI Prime Properties, who let me in the building at 9am.

There were several offices and file cabinets throughout the building, and papers, reports, books, etc scattered over tables, chairs and the floor of the office.  Generally, there appeared to be very little organization to the filing system.

Upon entering the building, the room to the right contained several file cabinets.  I searched through the file cabinets, and most all of the records were pre 2013.  This room also contained a large table that was covered with various papers, boxes, office supplies and other items.  I search through the documents on this table and the items were not in any logical order, and most of the documents predated our engagement period.

To the left was another office that contained several file cabinets.

Two large cabinets were labeled "Pension Folders" and were empty.  Presumably, these records were forwarded to Cook Associates.  Another cabinet directly behind the desk had a drawer of Health information such as Benefit Services reports, and various other correspondence.  The information in the cabinet was mostly dated prior to 2015.  Another drawer in this cabinet had employer reports, some of which were as recent as 2017.  I was able to review several employer reports and determine that one of the participants that we had no work history for was reported on a GEMCO remittance with family coverage, which allowed us to remove that participant from the Health Claims summary.  (Rui Torres).  Also in this office was a file cabinet labeled "Deceased Pensioners".  I searched this file cabinet for Robert Michaels (former union officer), but his folder was not in the file cabinet.

Further into the building was another office, which contained more file cabinets.  One contained investment statements and various investment manager reports, many from the mid 90's through 2013.  Another contained employer contracts and other miscellaneous employer reports, again, most documents were from 2013 and prior.  This room also contained documentation about the building, such as deed and land survey.

Continuing on the first floor was the kitchen and supply room.  No significant documents were located in this area.

11

Upstairs had three rooms.  One was set up as an office, one was a storage area and one appeared to be dedicated to cats.  The office has a few file cabinets and closets which contained various documents, none of which appeared to be within the last 5-7 years.  Many were investment custodian statements.  Health participant folders were located in one of the file cabinets.  I did not locate a folder for any of the interested parties (McBride, Annucci, Michaels)

NGM Ex. 53a.

60. By June 8, 2020 letter, the Funds provided Dorothy McBride with a copy of the draft audit for comment. Pls' Ex. 72.

61. The following exceptions were among those identified by S&P in the audit:

Payments totaling $262,531 were made to Ms. McBride in excess of routine bi-weekly payroll. These additional payments amounted to approximately fifteen to twenty weeks of additional payroll per year for which we were unable to obtain documented Board approval.

An individual named Alison Marie received six weeks payroll during 2016. Ms. Marie appears to be a relative or associate of Ms. McBride as the related W-2 was issued to an address connected to McBride and public records reflect "Allison M McBride" as a current resident.

During our engagement we noted payments to American Express totaling $321,327 for which no supporting documentation could be obtained.

During our engagement we noted medical and prescription drug benefits in the amount of $76,971 paid on behalf of four ineligible individuals whom appear to be former union officers or relatives of Ms. McBride.

Claims totaling $1,393 were paid on behalf of Justine Annucci ("Annucci") and her family members. It is our understanding that Annucci is Ms. McBride's niece. During our review we were unable to obtain any work history or documentation supporting eligibility for Annucci and/or her dependents.

Claims totaling $131 were paid on behalf of Sebastian Bonomolo ("Bonomolo"). It is believed that Bonomolo is a family member or associate of Ms. McBride. During our review we were unable to obtain any work history or documentation supporting eligibility for Bonomolo.

Claims totaling $65,367 were paid on behalf of Robert Michaels ("Michaels"). Michaels was a pensioner and former officer of Local 427 Union. We were unable to obtain any documentation supporting eligibility for Mr. Michaels as the Welfare Fund does not provide retiree

12

benefits and he was not employed by a contributing employer during the coverage period.

Claims totaling $10,080 were paid for Ruby Winston ("Winston"). Winston was a pensioner and former officer of Local 427 Union. We were unable to obtain any documentation supporting eligibility for Winston as the Welfare Fund does not provide retiree benefits and she was not employed by a contributing employer during the coverage period.

The Welfare Fund utilized third party administrators to process and pay claims on behalf of the Fund under a self-insured arrangement. Internal controls and compliance with plan provisions were monitored by the third-party administrators. We noted claims totaling $158,750 that were not processed by third-party administrators but were processed manually by the Fund Office … These payments were generally handwritten checks paid directly to service providers. During our site-visit to the Fund Office, we searched for, but were unable to locate, supporting documents for these disbursements.

During our engagement we noted three death benefits paid from the Welfare Fund totaling $105,000. In March 2016, a $5,000 benefit was paid to the beneficiary of Ruby Winston (a former union officer) and in February 2018, we noted two $50,000 benefit checks each paid to Justine Bonomolo Annucci and Michael McBride as beneficiaries of Robert Michaels (a former union officer).

Ms. McBride earned pension credits based on her own work history. In 2015, while continuing to work, Ms. McBride received five monthly pension benefit payments totaling $22,408. We did not note any discrepancies with these payments. However, in June 2015, she converted the value of her remaining pension to a lump sum payout totaling $641,501. Based on a review of Plan provisions it appears the lump sum option is only available if the participant has retired. Furthermore, in connection with her continued employment, Ms. McBride received annual payments totaling $26,945 associated with the actuarial increase in her lump sum payment. Accordingly, we noted inappropriate pension benefits totaling $668,446 to Ms. McBride.

During our engagement we noted pension benefit payments totaling $97,343 to Ms. McBride's' niece, Justine Annucci, as beneficiary of Alexander Antoniades ("Antoniades") … It is our understanding that Antoniades is, in fact, still alive, but not eligible for the benefits. Furthermore, benefits were paid via direct deposit to a joint account owned by McBride and Annucci. Finally, tax records (Form 1099R) indicate that the benefit was paid under McBride's social security number. A review of applicable files indicate that Antoniades was

13

originally awarded a disability pension. Plan rules state that eligibility for a disability pension is contingent on the participant's eligibility for a Social Security disability pension. It is our understanding that Antoniades is no longer eligible for a Social Security disability Pension. Accordingly, his pension should have been terminated when he ceased to be eligible for a Social Security disability pension.

Throughout our engagement, we were unable to obtain any documents supporting administrative disbursements. Alternatively, after verifying authenticity of the Funds' disbursement records, in coordination with the Funds' Trustees, we classified all administrative disbursements based on our knowledge of the industry, the Funds, and their known providers as those expenses that appeared reasonable and those that did not. Disbursements to known service providers, utilities, bank fees, insurance, transfers of funds collected on behalf of others have been classified as reasonable.     Disbursements to unknown vendors and/or persons, ATM withdrawals, and charitable donations totaling $405,206 were classified as inappropriate.

NGM Ex. 22.

62.     S&P summarized its exceptions as follows:

| Amount | Description | Reasonable | Unreasonable | |
|---|---|---|---|---|
| $ | Payroll - Dorothy McBride | $ | $262,531 | Exhibit A |
| 4,554 | Payroll - Alison Marie | | 4,554 | Exhibit B |
| 321,327 | Credit Card Transactions | | 321,327 | Exhibit C |
| 76,971 | Welfare Claims - Eligibility | | 76,971 | Exhibit D |
| 158,750 | Welfare Claims - Compliance | | 158,750 | Exhibit E-1 |
| 105,000 | Welfare - Death Benefits | | 105,000 | Exhibit E-2 |
| 1,018,501 | Pension Benefit - Dorothy McBride | 350,055 | 668,446 | Exhibit F |
| 97,343 | Pension Benefit - Related Parties | | 97,343 | Exhibit G |
| 2,520,241 | Administrative Expenses | 2,115,035 | 405,206 | Exhibit H |
| $5,295,612 | | 3,195,484 | $2,100,128 | |

NGM Ex. 22.

63.     CWS was hired to get a third-party to review what occurred during Dorothy McBride's tenure as the Trustees were not knowledgeable enough to oversee audits. P. Mitchell Tr. 34:10-35:3.

64.     The Trustees did not assist S&P in preparing the audit report. P. Mitchell Tr. 32:1-25.

65.     S&P's audit conclusions are the basis for Funds' allegations in the Amended Complaint. P. Mitchell Tr. 38:8-18.

66. S&P offers accounting, consulting, and information technology services. P. Murray Tr. 13:13-15.

67. S&P specializes in employee benefit plans, particularly those associated with unions. P. Murray Tr. 14:2-9.

68. An agreed-upon procedures engagement is not the same as an audit. P. Murray Tr. 19:8-12.

69. An agreed-upon procedures engagement is an engagement regarding a list of procedures a client asks to be performed, with an accounting firm then reporting on its findings. P. Murray Tr. 19:18-20:7.

70. An audit is an opinion on the financial statements of an entity. P. Murray Tr. 20:5-7.

71. Development of agreed-upon procedures is a collaborative effort between the accounting firm and client. P. Murray Tr. 20:19-21:5.

72. The engagement letter defines procedures. P. Murray Tr. 26:2-7; Pls' Ex. 52.

73. The audit report details S&P's findings. P. Murray Tr. 44:3-9.

74. The audit findings reflect that S&P concluded that Dorothy McBride engaged in misappropriation. P. Murray Tr. 44:10-17.

75. Audit exceptions mean something outside of routine nature of that transaction. P. Murray Tr. 67:10-15.

76. S&P determined which individuals worked for a contributing employer and listed those people as eligible for health coverage. P. Murray Tr. 86:4-87:6.

77. S&P reviewed work history files to determine whether an individual was employed by a contributing employer. P. Murray Tr. 91:16-25.

78. Certain health claims were processed outside the third-party administrator. P. Murray Tr. 97:4-16.

79. S&P reviewed native Quickbooks files regarding disbursements. P. Murray Tr. 115:15-117:2.

80. S&P listed vendors based on known versus unknown. P. Murray Tr. 117:15-118:8.

81. S&P went through vendors with the Trustees, with the Trustees determining what was reasonable and unreasonable. P. Murray Tr. 121:13-122:15, 169:2-170:5.

15

82. S&P would have accepted as reasonable expenses backed either by invoices or by Trustee approval in the minutes.  P. Murray Tr. 120:11-120:17.

83. S&P considered the minutes in its analysis. P. Murray Tr. 159:8-23.

84. Meeting minutes reviewed by S&P came from CWS. P. Murray Tr. 158:15-23.

<u>Dorothy McBride's Salary</u>

85. From 2015 through her termination in 2018, Dorothy McBride received $179,627.00 salary per year as Funds' Administrator, payable in twenty-six (26) bi-weekly installments of $6,908.75.  D. McBride Tr. 32:10-33:3; NGM Ex. 17, NGM Ex. 18; Pls' Ex. 17, 18, 19, 39, 44, 61.

86. In 2015, Dorothy McBride was paid $62,158.00 in additional payroll, for eighteen (18) additional weeks of pay. Pls' Ex. 18.

87. In 2016, Dorothy McBride was paid $69,087.00 in additional payroll, for twenty (20) additional weeks of pay. Pls' Ex. 39.

88. In 2017, Dorothy McBride was paid $75,542.00 in additional payroll, for twenty-one (21) additional weeks of pay, without notice to and/or permission of the Boards of Trustees of the Funds. Pls' Ex. 17, 61.

89. In 2018, Dorothy McBride received fourteen (14) bi-weekly payments in the amount of $6,908.75 covering her employment for that year through her termination date of July 11, 2018.  Pls' Ex. 19.

90. Dorothy McBride stated that salary for Fund employees were in the minutes. D. McBride Tr. 21:9-22:2.

91. The administrator's salary was to be fixed by the Trustees. D. McBride Tr. 24:9-11.

92. Discussions on salary were discussed informally at trustee meetings, before being put in the minutes. D. McBride Tr. 24:21-25.

93. Dorothy McBride stated that she talked informally with the trustees and then whatever salary was supposed to be which was adopted at trustee meetings. D. McBride Tr. 24:9-25.

94. On July 11, 2013, the Trustees approved a 2.5% salary increase for Dorothy McBride.  Pls' Ex. 9.

95. On July 11, 2013, the Trustees did not specifically state the monetary value of Dorothy McBride's salary increase. Ex. 9 – Minutes.

96. The salary increase was discussed in executive session. D. McBride Tr. 42:3-43:4.

97. Dorothy McBride was excused from the July 11, 2013 meeting executive session when her salary increase was discussed. D. McBride Tr. 42:16-43:4.

98. It was not frequent that Dorothy McBride was excused from executive sessions. D. McBride Tr. 43:5-16.

99. Dorothy McBride produced minutes from a May 20, 2013 meeting held in Florida which state: "3. Administrator asked for approval for Carol and herself to continue with 4 weeks Christmas Bonus, 6 weeks' Vacation pay for unused vacation (working), 5 weeks Merit Pay, & 5 weeks Performance bonus." NGM Ex. 19.

100. The May 20, 2013 meeting minutes further state: "After a thorough discussion on #1, 2, 3, 4 above, Motion made by Trustee Kulish to accept Administrator' report, seconded by Trustee Michaels. The report of the Funds Administrator was approved and accepted. Passed unanimously." NGM Ex. 19.

101. The May 20, 2013 minutes do not state who attended the meeting, but do state that Dorothy McBride led the meeting. NGM Ex. 11.

102. The May 20, 2013 meeting minutes/decisions are not referenced in the minutes of formal meetings, attended by counsel and providers. Pls' Ex. 9.

103. Dorothy McBride produced minutes from a May 16, 2014 meeting in South Hampton, attended only by John Kulish, Robert McBride (Bob Michaels) and Dorothy McBride, which state:

(4) ADMINISTRATOR REQUESTED: 4 WEEKS CHRISTMAS BONUS FOR H&P FUNDS EMPLOYEES/STAFF (ADMINISTRATOR AND OFFICE SECRETARY) WITH 6 WEEKS OF PAY FOR UNUSED VACATION TIME WORKED, 5 WEEKS MERIT PAY, 5 WEEKS PERFORMANCE PAY FOR 2014. AFTER A THOROUGH DISCUSSION, MOTION MADE BY TRUSTEE MICHAELS, SECONDED BY TRUSTEE KULISH. TO PAY ADMINISTRATOR AND OFFICE SECRETARY AS DESCRIBED/ OUTLINED IN #4 OF ADMINISTRATOR REQUEST. PASSED UNANIMOUSLY.

NGM Ex. 19.

104. The May 16, 2014 meeting minutes/decisions are not referenced in the minutes of formal meetings, attended by Fund counsel and providers. Pls' Ex. 9.

17

105. Dorothy McBride produced minutes from a June 19, 2015 meeting in Cedar Grove attended only by John Kulish, Robert McBride (Bob Michaels) and Dorothy McBride, which state:

ADMINISTRATOR IS REQUESTING AS WITH PAST PRACTICE: 4 WEEKS CHRISTMAS BONUS, 6 WEEKS VACATION PAY FOR UNUSED TIME OFF, (WORKING), 5 WEEKS MERIT PAY, 5 WEEKS PERFORMANCE PAY. ADM SAID, SHE DOESN'T HAVE ANY FULL TIME EMPLOYEE SINCE OFFICE SECRETARY (CAROL) LEFT, AFTER A MOTION MADE BY TRUSTEE MICHAELS TO PAY CHRISTMAS BONUS, MERIT AND PERFORMANCE PAY, AND UNUSED VACATION TIME SINCE SHE WORKS, IN ADDITION, WORKING ON SATURDAYS WITH ACCOUNTANTS/ CPAs' AND SUNDAYS & HOLIDAYS, AS STATED, SECONDED BY TRUSTEE KULISH TO ACCEPT ADMINISTRATOR'S REQUEST. PASSED UNANIMOUSLY.

NGM Ex. 19.

106. The June 19, 2015 meeting minutes/decisions are not referenced in the minutes of formal meetings, attended by Fund counsel and providers. Pls' Ex. 9.

107. Dorothy McBride claims that her 2015 year $62,178 Christmas bonus would be reflected in the minutes. D. McBride Tr. 45:21-46:8.

108. Dorothy McBride claims that the trustees felt she deserved such a large 2015 bonus because of work she did for St. James Medical Center. D. McBride Tr. 47:4-17.

109. St. James Medical Center is not mentioned in the Funds' minutes with regard to bonuses. D. McBride Tr. 47:17-25, 48:13-18.

110. Dorothy McBride produced minutes from a September 20, 2016 meeting in Parsippany attended only by John Kulish, Robert McBride (Bob Michaels) and Dorothy McBride, which state:

Administrator is requesting, as with past practice, 4 weeks Christmas bonus, 5 weeks Merit Pay, 5 weeks Performance Pay, 6 weeks Vacation Pay for working, for unused vacation time. She stated she works on weekends, holidays, and stops by office every day to check that everything is working properly, etc. (heat/furnace) After discussion, motion made by Trustee Kulish to pay Administrator for Christmas bonus (4 wks), 5 weeks Merit Pay, 5 weeks performance pay, 6 weeks' pay for Unused vacation time, seconded by Trustee Michaels, Passed Unanimously.

NGM Ex. 19.

18

111. The September 20, 2016 meeting minutes/decisions are not referenced in the minutes of formal meetings, attended by Fund counsel and providers. Pls' Ex. 9.

112. Dorothy McBride produced minutes from an April 11, 2017 meeting attended only by John Kulish, Bobb Michaels and Dorothy McBride, which state:

Administrator is requesting the following: 4 wks Christmas bonus, 5 wks Merit Pay, 5 wks Performance Pay, 6 wks pay of unused vacation time off for 2017 as with previous past practice. Administrator said she still works on weekends, (some holidays, and does not ask for pay for unused sick time) Motion made by Trustee Michaels to accept and approve Administrator's pay for 4 wks, Christmas bonus, 5 wks, Merit Pay, 5 wks Performance Pay, and 6 wks vacation pay for unused tine off, Seconded by Trustee Kulish. Passed unanimously by the Board of Trustees. After a discussion, Trustees duly voted to accept Administrator's report, Passed unanimously.

NGM Ex. 19.

113. The April 11, 2017 meeting minutes/decisions are not referenced in the minutes of formal meetings, attended by Fund counsel and providers. Pls' Ex. 9.

114. Dorothy McBride only produced minutes that included reference to her requests for increased pay. NGM Ex. 19.

115. The Funds did not previously have copies of the minutes produced by Dorothy McBride nor did they have any record of their existence.

116. Dorothy McBride stated that bonuses were merit increases. D. McBride Tr. 48:5-10.

117. Dorothy McBride stated that her vacation is included in bonuses. D. McBride Tr. 59:10-21.

118. Dorothy McBride told PayPro about bonuses, vacation and merit D. McBride Tr. 62:18-20, 74:2-4; NGM Ex. 76.

119. Dorothy McBride was just a board member of St. James. N. Fields Tr. 19:20-20:3.

120. At trustee meetings for St. James, Robert McBride (Bob Michaels) normally seconded whatever Dorothy McBride wanted. N. Fields Tr. 25:17-21.

121. Dorothy McBride left St. James in 2016 and had no role after that with respect to St. James. N. Fields Tr. 30:10-17.

122. St. James never had a relationship with the Welfare Fund. N. Fields Tr. 31:4-9.

123. Welfare Fund participants were treated at St. James just like any other patient. N. Fields Tr. 31:10-17.

124. Dorothy McBride frequently met with the trustees, with the meetings not always reflected in the minutes.  D. McBride Tr. 200:22-201:2.

125. Dorothy McBride does not have a record of whether she gave the minutes to former Funds' counsel Riccardo Iaccarino. D. McBride Tr. 202:2-7.

126. Former Funds' counsel Riccardo Iaccarino was not present at every Trustee meeting. D. McBride Tr. 56:3-6.

127. Dorothy McBride had copies of minutes because she was at meetings. D. McBride Tr. 209:9-17.

128. Copies of the minutes were kept in the Funds' office. D. McBride Tr. 209:9-17.

129. Dorothy McBride believes that retro pay was pension. D. McBride Tr. 222:13-223:3.

130. Peter Mitchell believes that there is no basis for a trustee to authorize the huge bonuses Dorothy McBride received. P. Mitchell Tr. 73:7-23.

131. Peter Mitchell believes that the Funds cannot pay someone for unused vacation. P. Mitchell Tr. 73:7-23.

132. Peter Mitchell stated that by law, there needs to be a fund policy for vacation and merit pay. P. Mitchell Tr. 73:7-23.

133. Bonus payments were not appropriate. P. Mitchell Tr. 76:16-77:17.

134. The Funds' auditors reached the following conclusions regarding Dorothy McBride's pay:

| Year | Amount | Type | Reasonable | Unreasonable | Comment |
|------|--------|------|-----------|--------------|---------|
| 2015 | $ 179,627 | Weekly Wages | $ 179,627 | $ - | 26 Bi-weekly payments @ $6,908.75 |
| 2015 | 62,178 | Bonuses | - | 62,178 | 18 Weeks of payroll |
| 2016 | 179,627 | Weekly Wages | 179,627 | - | 26 Bi-weekly payments @ $6,908.75 |
| 2016 | 69,087 | Bonuses | - | 69,087 | 20 Weeks of payroll |
| 2016 | 6,909 | Additional Week | - | 6,909 | Paid twice on 9/30/16 |
| 2017 | 179,627 | Weekly Wages | 179,627 | - | 26 Bi-weekly payments @ $6,908.75 |
| 2017 | 72,542 | Bonuses | - | 72,542 | 21 Weeks of payroll |
| 2017 | 94,791 | Bonus | 94,791 | - | One payment on 2/3/17 |
| 2018 | 96,722 | Weekly Wages | 96,722 | - | 14 Bi-weekly payments @ $6,908.75 |
| 2018 | 51,815 | Bonuses | - | 51,815 | 15 Weeks of payroll |
| | $ 992,925 | | $ 730,394 | $ 262,531 | |

20

NGM Ex. 22.

Alison Marie's Salary

135.  Alison McBride accepted $4,554.00 in Funds' wages during six (6) weeks in 2016 ($759.00 per week).

Welfare Fund/RX Payments

136.  The 2018 Welfare Fund Summary Plan Descriptions state:

Eligibility terminates on the last day of the month for which your Employer makes contributions on your behalf.

Your Dependents' eligibility ends when you are no longer eligible for benefits or when they cease being Dependents as defined under the Plan, whichever occurs first. (See below for definition of Dependents.) For example, your spouse's coverage would end if you became legally separated or divorced.

In addition, if your eligibility terminates, you and your dependents may have the right to continue certain coverage on a self-pay basis. This is known as COBRA continuation of benefits.

2018 Welfare Fund SPDs, at 16.

137.  Between 2015 and 2019, Dorothy McBride directed, authorized, and/or took actions that led to the payment authorization of at least $76,971.00 Welfare Fund healthcare and RX benefits to and/or on behalf of relatives and/or friends.

138.  Between 2015 and 2019, Dorothy McBride directed, authorized, and/or took actions that led to the payment authorization of $1,393.02 in RX benefits to and/or on behalf of Justine Annucci Bonomolo, broken down by S&P as follows:

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| Annucci Bonomolo, Justine | 8/17/2018 | GPP415001G9232 | - | 8/24/2018 | Rejected |
| Annucci Bonomolo, Justine | 8/13/2018 | GPP415001G9232 | - | 8/17/2018 | Rejected |
| Annucci Bonomolo, Justine | 7/9/2018 | GPP415001G9232 | (28.48) | 7/27/2018 | Backout |
| Annucci Bonomolo, Justine | 7/9/2018 | GPP415001G9232 | 28.48 | 7/13/2018 | Paid RX that was backed out |
| Annucci Bonomolo, Justine | 4/13/2018 | GPP415001G9232 | 28.77 | 4/20/2018 | Paid |
| Annucci Bonomolo, Justine | 3/11/2018 | GPP415001G9273 | 58.09 | 3/16/2018 | Paid |
| Annucci Bonomolo, Justine | 12/15/2017 | GPP415001G9232 | 55.59 | 12/22/2017 | Paid |
| Annucci Bonomolo, Justine | 11/19/2017 | GPP415001G9232 | 4.83 | 11/24/2017 | Paid |

21

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| Annucci Bonomolo, Justine | 8/2/2017 | GPP415001G9232 | 77.81 | 8/4/2017 | Paid |
| Annucci Bonomolo, Justine | 6/19/2017 | GPP415001G9232 | 55.54 | 6/23/2017 | Paid |
| Annucci Bonomolo, Justine | 5/16/2017 | GPP415001G9232 | 7.07 | 5/19/2017 | Paid |
| Annucci Bonomolo, Justine | 5/16/2017 | GPP415001G9232 | 0.99 | 5/19/2017 | Paid |
| Annucci Bonomolo, Justine | 5/16/2017 | GPP415001G9232 | 24.65 | 5/19/2017 | Paid |
| Annucci Bonomolo, Justine | 2/28/2017 | GPP415001G9232 | 99.99 | 3/3/2017 | Paid |
| Annucci Bonomolo, Justine | 10/22/2016 | GPP415001G9232 | 98.23 | 10/28/2016 | Paid |
| Annucci Bonomolo, Justine | 10/22/2016 | GPP415001G9232 | (79.26) | 10/28/2016 | Backout |
| Annucci Bonomolo, Justine | 10/22/2016 | GPP415001G9232 | 79.26 | 10/28/2016 | Paid RX that was backed out |
| Annucci Bonomolo, Justine | 10/11/2016 | GPP415001G9232 | - | 10/14/2016 | Rejected |
| Annucci Bonomolo, Justine | 6/22/2016 | GPP415001G9232 | 98.23 | 6/24/2016 | Paid |
| Annucci Bonomolo, Justine | 6/9/2016 | GPP415001G9232 | 147.99 | 6/17/2016 | Paid |
| Annucci Bonomolo, Justine | 5/18/2016 | GPP415001G9232 | 10.34 | 5/20/2016 | Paid |
| Annucci Bonomolo, Justine | 12/27/2015 | GPP415001G9232 | 13.55 | 1/1/2016 | Paid |
| Annucci Bonomolo, Justine | 11/3/2015 | GPP415001G9232 | (10.27) | 11/20/2015 | Backout |
| Annucci Bonomolo, Justine | 11/3/2015 | GPP415001G9232 | 10.27 | 11/6/2015 | Paid RX that was backed out |
| Annucci Bonomolo, Justine | 10/19/2015 | GPP415001G9232 | 13.55 | 10/23/2015 | Paid |
| Annucci Bonomolo, Justine | 10/19/2015 | GPP415001G9232 | (13.55) | 10/23/2015 | Backout |
| Annucci Bonomolo, Justine | 10/19/2015 | GPP415001G9232 | 13.55 | 10/23/2015 | Paid RX that was backed out |
| Annucci Bonomolo, Justine | 10/4/2015 | GPP415001G9232 | - | 10/9/2015 | Rejected |
| Annucci Bonomolo, Justine | 8/16/2015 | GPP415001G9232 | - | 8/21/2015 | Rejected |
| Annucci Bonomolo, Justine | 8/13/2015 | GPP415001G9232 | - | 8/14/2015 | Rejected |
| Annucci Bonomolo, Justine | 8/5/2015 | GPP415001G9232 | 10.27 | 8/7/2015 | Paid |
| Annucci Bonomolo, Justine | 8/5/2015 | GPP415001G9232 | 147.99 | 8/7/2015 | Paid |
| Annucci Bonomolo, Justine | 8/5/2015 | GPP415001G9232 | (147.99) | 8/7/2015 | Backout |
| Annucci Bonomolo, Justine | 8/5/2015 | GPP415001G9232 | 147.99 | 8/7/2015 | Paid RX that was backed out |
| Annucci Bonomolo, Justine | 7/18/2015 | GPP415001G9232 | 13.55 | 7/24/2015 | Paid |
| Annucci Bonomolo, Justine | 7/18/2015 | GPP415001G9232 | (13.55) | 7/24/2015 | Backout |
| Annucci Bonomolo, Justine | 7/18/2015 | GPP415001G9232 | 13.55 | 7/24/2015 | Paid RX that was backed out |
| Annucci Bonomolo, Justine | 6/19/2015 | GPP415001G9232 | 76.22 | 6/26/2015 | Paid |
| Annucci Bonomolo, Justine | 6/19/2015 | GPP415001G9232 | 48.39 | 6/26/2015 | Paid |
| Annucci Bonomolo, Justine | 6/12/2015 | GPP415001G9232 | 76.22 | 6/19/2015 | Paid |
| Annucci Bonomolo, Justine | 5/31/2015 | GPP149748G5363 | 68.99 | 6/5/2015 | Paid |
| Annucci Bonomolo, Justine | 4/20/2015 | GPP415001G9232 | 13.55 | 4/24/2015 | Paid |
| Annucci Bonomolo, Justine | 3/19/2015 | GPP149748G5363 | 68.99 | 3/20/2015 | Paid |
| Annucci Bonomolo, Justine | 3/9/2015 | GPP415001G9232 | 3.02 | 3/13/2015 | Paid |
| Annucci Bonomolo, Justine | 3/9/2015 | GPP415001G9232 | - | 3/13/2015 | Rejected |
| Annucci Bonomolo, Justine | 3/9/2015 | GPP415001G9232 | - | 3/13/2015 | Rejected |

22

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| Annucci Bonomolo, Justine | 3/9/2015 | GPP415001G9232 | - | 3/13/2015 | Rejected |
| Annucci Bonomolo, Justine | 2/15/2015 | GPP415001G9232 | 67.59 | 2/20/2015 | Paid |
| Annucci Bonomolo, Justine | 1/17/2015 | GPP415001G9232 | 3.02 | 1/23/2015 | Paid |

NGM Ex. 22; Pls' Ex. 13, 14, 22, 42, 49, 56, 63, 64.

139.    Between 2015 and 2019, Dorothy McBride directed, authorized, and/or took actions that led to the payment authorization of $130.65 in health benefits to and/or on behalf of Sebastian Bonomolo, broken down by S&P as follows:

| Paid Date | Provider Check Number | Plan Responsibility Amount | Member First Name | Member Last Name |
|---|---|---|---|---|
| 9/7/2017 | 148334 | 25 | SEBASTIAN | BONOMOLO |
| 8/25/2017 | 148328 | 25 | SEBASTIAN | BONOMOLO |
| 4/7/2017 | 148229 | 25 | SEBASTIAN | BONOMOLO |
| 12/2/2016 | 148153 | 25 | SEBASTIAN | BONOMOLO |
| 11/4/2016 | 148132 | 30.65 | SEBASTIAN | BONOMOLO |
| 11/4/2016 | 148132 | 0 | SEBASTIAN | BONOMOLO |
| 11/4/2016 | 148132 | 0 | SEBASTIAN | BONOMOLO |
| 11/4/2016 | 148132 | 0 | SEBASTIAN | BONOMOLO |
| 11/4/2016 | 148132 | 0 | SEBASTIAN | BONOMOLO |

NGM Ex. 22; Pls' Ex. 13, 14, 22, 42, 49, 56, 63, 64.

140.    Between 2015 and 2019, Dorothy McBride directed, authorized, and/or took actions that led to the payment authorization of $854.00 in health benefits to and/or on behalf of Robert McBride (Bob Michaels), broken down by S&P as follows:

| Paid Date | Provider Check Number | Plan Responsibility Amount | Member First Name | Member Last Name |
|---|---|---|---|---|
| 7/27/2017 | 148303 | 140.14 | ROBERT | MICHAELS |
| 6/29/2017 | 148290 | 15.16 | ROBERT | MICHAELS |
| 6/29/2017 | 148288 | 25.65 | ROBERT | MICHAELS |
| 6/29/2017 | 148288 | 0 | ROBERT | MICHAELS |
| 6/16/2017 | 148281 | 25.2 | ROBERT | MICHAELS |
| 5/5/2017 | 148244 | 206.23 | ROBERT | MICHAELS |
| 5/5/2017 | 148249 | 140.14 | ROBERT | MICHAELS |
| 5/5/2017 | 148248 | 20.34 | ROBERT | MICHAELS |
| 5/5/2017 | 148247 | 18.87 | ROBERT | MICHAELS |
| 5/5/2017 | 148246 | 20.76 | ROBERT | MICHAELS |
| 5/5/2017 | 148246 | 0 | ROBERT | MICHAELS |

| Paid Date | Provider Check Number | Plan Responsibility Amount | Member First Name | Member Last Name |
|---|---|---|---|---|
| 5/5/2017 | 148245 | 35.45 | ROBERT | MICHAELS |
| 4/21/2017 | 148234 | 206.23 | ROBERT | MICHAELS |

NGM Ex. 22; Pls' Ex. 13, 14, 22, 42, 49, 56, 63, 64.

141. Between 2015 and 2019, Dorothy McBride directed, authorized, and/or took actions that led to the payment authorization of $64,513.00 in RX benefits to and/or on behalf of Robert McBride (Bob Michaels), broken down by S&P as follows:

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Paid |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | 11.69 | 9/29/2017 | Paid |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Rejected |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Rejected |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Rejected |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Rejected |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Rejected |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | 11.99 | 9/29/2017 | Paid |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Paid |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Rejected |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Paid |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | 2.16 | 9/29/2017 | Paid |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | - | 9/29/2017 | Rejected |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | (11.99) | 9/29/2017 | Backout |
| MICHAELS, ROBERT | 9/26/2017 | GPP313344 | 11.99 | 9/29/2017 | Paid RX that was backed out |
| MICHAELS, ROBERT | 7/20/2017 | GPP313344 | (25.79) | 7/28/2017 | Backout |
| MICHAELS, ROBERT | 7/20/2017 | GPP313344 | (260.39) | 7/28/2017 | Backout |
| MICHAELS, ROBERT | 7/20/2017 | GPP313344 | 260.39 | 7/28/2017 | Paid |
| MICHAELS, ROBERT | 7/20/2017 | GPP313344 | 25.79 | 7/28/2017 | Paid |
| MICHAELS, ROBERT | 7/20/2017 | GPP313344 | 260.39 | 7/21/2017 | Paid RX that was backed out |
| MICHAELS, ROBERT | 7/20/2017 | GPP313344 | 173.39 | 7/21/2017 | Paid |
| MICHAELS, ROBERT | 7/20/2017 | GPP313344 | 187.55 | 7/21/2017 | Paid |
| MICHAELS, ROBERT | 7/20/2017 | GPP313344 | 25.79 | 7/21/2017 | Paid RX that was backed out |
| MICHAELS, ROBERT | 6/6/2017 | GPP105044G5907 | - | 6/9/2017 | Paid |
| MICHAELS, ROBERT | 3/31/2017 | GPP313344 | 76.19 | 4/7/2017 | Paid |
| MICHAELS, ROBERT | 3/31/2017 | GPP313344 | 222.81 | 4/7/2017 | Paid |
| MICHAELS, ROBERT | 3/31/2017 | GPP313344 | 0.22 | 4/7/2017 | Paid |
| MICHAELS, ROBERT | 3/31/2017 | GPP313344 | - | 4/7/2017 | Rejected |
| MICHAELS, ROBERT | 3/31/2017 | GPP313344 | - | 4/7/2017 | Rejected |

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| MICHAELS, ROBERT | 3/31/2017 | GPP313344 | - | 4/7/2017 | Rejected |
| MICHAELS, ROBERT | 3/31/2017 | GPP313344 | - | 4/7/2017 | Rejected |
| MICHAELS, ROBERT | 3/31/2017 | GPP313344 | - | 4/7/2017 | Rejected |
| MICHAELS, ROBERT | 3/24/2017 | GPP313344 | 4.45 | 3/31/2017 | Paid |
| MICHAELS, ROBERT | 3/24/2017 | GPP313344 | 222.81 | 3/31/2017 | Paid |
| MICHAELS, ROBERT | 3/24/2017 | GPP313344 | 0.22 | 3/31/2017 | Paid |
| MICHAELS, ROBERT | 3/24/2017 | GPP313344 | 76.19 | 3/31/2017 | Paid |
| MICHAELS, ROBERT | 2/14/2017 | GPP313344 | - | 2/17/2017 | Paid |
| MICHAELS, ROBERT | 2/14/2017 | GPP313344 | - | 2/17/2017 | Paid |
| MICHAELS, ROBERT | 2/14/2017 | GPP313344 | - | 2/17/2017 | Paid |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | (1,774.31) | 7/29/2016 | Backout |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | (25.79) | 7/29/2016 | Backout |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | 1,769.31 | 7/29/2016 | Paid |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | (1,774.31) | 7/29/2016 | Backout |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | 1,774.31 | 7/29/2016 | Paid RX that was backed out |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | - | 7/29/2016 | Rejected |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | (1,774.31) | 7/29/2016 | Backout |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | 1,774.31 | 7/29/2016 | Paid RX that was backed out |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | - | 7/29/2016 | Rejected |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | - | 7/29/2016 | Rejected |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | - | 7/29/2016 | Rejected |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | - | 7/29/2016 | Rejected |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | 25.79 | 7/29/2016 | Paid |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | 3,410.48 | 7/22/2016 | Paid |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | 2,083.81 | 7/22/2016 | Paid |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | 25.79 | 7/22/2016 | Paid RX that was backed out |
| MICHAELS, ROBERT | 7/21/2016 | GPP313344 | 1,774.31 | 7/22/2016 | Paid RX that was backed out |
| MICHAELS, ROBERT | 1/2/2016 | GPP105044G5907 | - | 1/8/2016 | Rejected |
| MICHAELS, ROBERT | 7/23/2015 | GPP105044G5907 | 1,736.01 | 7/24/2015 | Paid |
| MICHAELS, ROBERT | 7/23/2015 | GPP105044G5907 | 25.79 | 7/24/2015 | Paid |
| MICHAELS, ROBERT | 7/23/2015 | GPP105044G5907 | 2,579.35 | 7/24/2015 | Paid |
| MICHAELS, ROBERT | 7/23/2015 | GPP105044G5907 | 2,824.14 | 7/24/2015 | Paid |
| MICHAELS, ROBERT | 7/22/2015 | GPP105044G5907 | (2,824.14) | 7/24/2015 | Backout |
| MICHAELS, ROBERT | 7/22/2015 | GPP105044G5907 | 2,824.14 | 7/24/2015 | Paid RX that was backed out |
| MICHAELS, ROBERT | 7/22/2015 | GPP105044G5907 | (2,579.35) | 7/24/2015 | Backout |
| MICHAELS, ROBERT | 7/22/2015 | GPP105044G5907 | 2,579.35 | 7/24/2015 | Paid RX that was backed out |
| MICHAELS, ROBERT | 7/22/2015 | GPP105044G5907 | - | 7/24/2015 | Rejected |
| MICHAELS, ROBERT | 7/22/2015 | GPP105044G5907 | (1,736.01) | 7/24/2015 | Backout |
| MICHAELS, ROBERT | 7/22/2015 | GPP105044G5907 | 1,736.01 | 7/24/2015 | Paid RX that was backed out |
| MICHAELS, ROBERT | 7/7/2015 | GPP105044G5907 | 232.59 | 7/10/2015 | Paid |

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| MICHAELS, ROBERT | 7/7/2015 | GPP105044G5907 | 212.18 | 7/10/2015 | Paid |
| MICHAELS, ROBERT | 7/4/2015 | GPP105044G5907 | 128.76 | 7/10/2015 | Paid |
| MICHAELS, ROBERT | 6/30/2015 | GPP105044G5907 | - | 7/3/2015 | Paid |
| MICHAELS, ROBERT | 6/3/2015 | GPP105044G5907 | 201.93 | 6/5/2015 | Paid |
| MICHAELS, ROBERT | 6/3/2015 | GPP105044G5907 | 128.76 | 6/5/2015 | Paid |
| MICHAELS, ROBERT | 6/3/2015 | GPP105044G5907 | (201.93) | 6/5/2015 | Backout |
| MICHAELS, ROBERT | 6/3/2015 | GPP105044G5907 | 201.93 | 6/5/2015 | Paid RX that was backed out |
| MICHAELS, ROBERT | 6/3/2015 | GPP105044G5907 | 211.36 | 6/5/2015 | Paid |
| MICHAELS, ROBERT | 5/31/2015 | GPP105044G5907 | - | 6/5/2015 | Paid |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | 9,165.73 | 5/15/2015 | Paid |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | - | 5/15/2015 | Rejected |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | - | 5/15/2015 | Rejected |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | - | 5/15/2015 | Rejected |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | (4,578.86) | 5/15/2015 | Backout |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | 4,578.86 | 5/15/2015 | Paid RX that was backed out |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | - | 5/15/2015 | Rejected |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | - | 5/15/2015 | Rejected |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | - | 5/15/2015 | Rejected |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | - | 5/15/2015 | Rejected |
| MICHAELS, ROBERT | 5/7/2015 | GPP105044G5907 | - | 5/8/2015 | Rejected |
| MICHAELS, ROBERT | 5/6/2015 | GPP105044G5907 | - | 5/8/2015 | Rejected |
| MICHAELS, ROBERT | 5/4/2015 | GPP105044G5907 | 211.36 | 5/8/2015 | Paid |
| MICHAELS, ROBERT | 5/4/2015 | GPP105044G5907 | 128.76 | 5/8/2015 | Paid |
| MICHAELS, ROBERT | 5/4/2015 | GPP105044G5907 | 201.93 | 5/8/2015 | Paid |
| MICHAELS, ROBERT | 4/30/2015 | GPP105044G5907 | - | 5/1/2015 | Paid |
| MICHAELS, ROBERT | 4/15/2015 | GPP105044G5907 | 0.24 | 4/17/2015 | Paid |
| MICHAELS, ROBERT | 4/15/2015 | GPP105044G5907 | 0.49 | 4/17/2015 | Paid |
| MICHAELS, ROBERT | 4/8/2015 | GPP105044G5907 | 9,165.73 | 4/10/2015 | Paid |
| MICHAELS, ROBERT | 4/7/2015 | GPP105044G5907 | (9,165.73) | 4/10/2015 | Backout |
| MICHAELS, ROBERT | 4/7/2015 | GPP105044G5907 | 9,165.73 | 4/10/2015 | Paid RX that was backed out |
| MICHAELS, ROBERT | 4/7/2015 | GPP105044G5907 | - | 4/10/2015 | Rejected |
| MICHAELS, ROBERT | 4/1/2015 | GPP105044G5907 | 211.36 | 4/3/2015 | Paid |
| MICHAELS, ROBERT | 4/1/2015 | GPP105044G5907 | (211.36) | 4/3/2015 | Backout |
| MICHAELS, ROBERT | 4/1/2015 | GPP105044G5907 | 211.36 | 4/3/2015 | Paid RX that was backed out |
| MICHAELS, ROBERT | 4/1/2015 | GPP105044G5907 | 201.93 | 4/3/2015 | Paid |
| MICHAELS, ROBERT | 4/1/2015 | GPP105044G5907 | 128.76 | 4/3/2015 | Paid |
| MICHAELS, ROBERT | 4/1/2015 | GPP105044G5907 | - | 4/3/2015 | Paid |
| MICHAELS, ROBERT | 3/4/2015 | GPP105044G5907 | 9,165.73 | 3/6/2015 | Paid |
| MICHAELS, ROBERT | 3/4/2015 | GPP105044G5907 | - | 3/6/2015 | Rejected |
| MICHAELS, ROBERT | 3/4/2015 | GPP105044G5907 | - | 3/6/2015 | Rejected |

26

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| MICHAELS, ROBERT | 3/2/2015 | GPP105044G5907 | - | 3/6/2015 | Rejected |
| MICHAELS, ROBERT | 3/2/2015 | GPP105044G5907 | - | 3/6/2015 | Rejected |
| MICHAELS, ROBERT | 3/2/2015 | GPP105044G5907 | 201.93 | 3/6/2015 | Paid |
| MICHAELS, ROBERT | 3/2/2015 | GPP105044G5907 | 211.36 | 3/6/2015 | Paid |
| MICHAELS, ROBERT | 2/28/2015 | GPP105044G5907 | - | 3/6/2015 | Rejected |
| MICHAELS, ROBERT | 2/28/2015 | GPP105044G5907 | - | 3/6/2015 | Rejected |
| MICHAELS, ROBERT | 2/28/2015 | GPP105044G5907 | 128.76 | 3/6/2015 | Paid |
| MICHAELS, ROBERT | 2/28/2015 | GPP105044G5907 | - | 3/6/2015 | Paid |
| MICHAELS, ROBERT | 2/7/2015 | GPP105044G5907 | 9,165.73 | 2/13/2015 | Paid |
| MICHAELS, ROBERT | 2/7/2015 | GPP105044G5907 | - | 2/13/2015 | Rejected |
| MICHAELS, ROBERT | 2/7/2015 | GPP105044G5907 | 211.36 | 2/13/2015 | Paid |
| MICHAELS, ROBERT | 2/7/2015 | GPP105044G5907 | 201.93 | 2/13/2015 | Paid |
| MICHAELS, ROBERT | 2/4/2015 | GPP105044G5907 | 128.76 | 2/6/2015 | Paid |
| MICHAELS, ROBERT | 1/29/2015 | GPP105044G5907 | - | 1/30/2015 | Paid |
| MICHAELS, ROBERT | 1/5/2015 | GPP105044G5907 | 8,339.33 | 1/9/2015 | Paid |
| MICHAELS, ROBERT | 1/5/2015 | GPP105044G5907 | - | 1/9/2015 | Rejected |
| MICHAELS, ROBERT | 1/5/2015 | GPP105044G5907 | 192.05 | 1/9/2015 | Paid |
| MICHAELS, ROBERT | 1/5/2015 | GPP105044G5907 | 183.31 | 1/9/2015 | Paid |
| MICHAELS, ROBERT | 1/5/2015 | GPP105044G5907 | 120.10 | 1/9/2015 | Paid |
| MICHAELS, ROBERT | 12/30/2014 | GPP105044G5907 | - | 1/2/2015 | Paid |

NGM Ex. 22; Pls' Ex. 13, 14, 22, 42, 49, 56, 63, 64.

142. Bob Michaels was a retiree and pensioner and was not employed by a contributing employer (retired), so he should not have been getting medical benefits. P. Murray Tr. 90:11-91:6.

143. Plan rules do not allow for retirees to get medical benefits. P. Murray Tr. 90:11-91:6.

144. Between 2015 and 2019, Dorothy McBride directed, authorized, and/or took actions that led to the payment authorization of $7,029.00 in health benefits to and/or on behalf of Ruby Winston, broken down by S&P as follows:

| Provider Check Number | Plan Responsibility Amount | Member First Name | Member Last Name |
|---|---|---|---|
| 148143 | 35.49 | RUBY | WINSTON |
| 148143 | 44.88 | RUBY | WINSTON |
| 148143 | 570.41 | RUBY | WINSTON |
| 148142 | 101.68 | RUBY | WINSTON |
| 148141 | 221.54 | RUBY | WINSTON |

27

| Provider Check Number | Plan Responsibility Amount | Member First Name | Member Last Name |
|---|---|---|---|
| 148140 | 120.28 | RUBY | WINSTON |
| 148139 | 138.16 | RUBY | WINSTON |
| 148139 | 155.04 | RUBY | WINSTON |
| 148138 | 120.49 | RUBY | WINSTON |
| 148137 | 101.58 | RUBY | WINSTON |
| 148152 | 810 | RUBY | WINSTON |
| 148152 | 706.3 | RUBY | WINSTON |
| 148152 | 810 | RUBY | WINSTON |
| 148152 | 810 | RUBY | WINSTON |
| 148152 | 810 | RUBY | WINSTON |
| 148152 | 662.9 | RUBY | WINSTON |
| 148152 | 810 | RUBY | WINSTON |

NGM Ex. 22; Pls' Ex. 13, 14, 22, 42, 49, 56, 63, 64.

145. Ruby Winston was a retiree and pensioner and was not employed by a contributing employer (retired), so he should not have been getting medical benefits. P. Murray Tr. 90:11-91:6.

146. Between 2015 and 2019, Dorothy McBride directed, authorized, and/or took actions that led to the payment authorization of $3,051.00 in RX benefits to and/or on behalf of Ruby Winston, broken down by S&P as follows:

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| WINSTON, RUBY | 2/17/2016 | GPP311482 | 9.79 | 2/19/2016 | Paid |
| WINSTON, RUBY | 2/14/2016 | GPP311482 | - | 2/19/2016 | Paid |
| WINSTON, RUBY | 2/14/2016 | GPP311482 | - | 2/19/2016 | Paid |
| WINSTON, RUBY | 2/13/2016 | GPP311482 | - | 2/19/2016 | Paid |
| WINSTON, RUBY | 2/13/2016 | GPP311482 | - | 2/19/2016 | Rejected |
| WINSTON, RUBY | 2/12/2016 | GPP311482 | 1.39 | 2/19/2016 | Paid |
| WINSTON, RUBY | 2/12/2016 | GPP311482 | - | 2/19/2016 | Paid |
| WINSTON, RUBY | 2/12/2016 | GPP311482 | 310.63 | 2/19/2016 | Paid |
| WINSTON, RUBY | 2/12/2016 | GPP311482 | 89.12 | 2/19/2016 | Paid |
| WINSTON, RUBY | 2/12/2016 | GPP311482 | - | 2/19/2016 | Paid |
| WINSTON, RUBY | 1/11/2016 | GPP311482 | 44.34 | 1/15/2016 | Paid |
| WINSTON, RUBY | 1/11/2016 | GPP311482 | - | 1/15/2016 | Paid |
| WINSTON, RUBY | 1/11/2016 | GPP311482 | 88.89 | 1/15/2016 | Paid |
| WINSTON, RUBY | 1/8/2016 | GPP311482 | 96.19 | 1/15/2016 | Paid |
| WINSTON, RUBY | 12/12/2015 | GPP311482 | 44.34 | 12/18/2015 | Paid |

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| WINSTON, RUBY | 12/12/2015 | GPP311482 | - | 12/18/2015 | Paid |
| WINSTON, RUBY | 12/12/2015 | GPP311482 | 141.36 | 12/18/2015 | Paid |
| WINSTON, RUBY | 11/11/2015 | GPP311482 | 44.34 | 11/13/2015 | Paid |
| WINSTON, RUBY | 11/11/2015 | GPP311482 | - | 11/13/2015 | Paid |
| WINSTON, RUBY | 11/11/2015 | GPP311482 | 141.36 | 11/13/2015 | Paid |
| WINSTON, RUBY | 10/12/2015 | GPP311482 | - | 10/16/2015 | Paid |
| WINSTON, RUBY | 10/12/2015 | GPP311482 | 44.34 | 10/16/2015 | Paid |
| WINSTON, RUBY | 10/12/2015 | GPP311482 | 141.36 | 10/16/2015 | Paid |
| WINSTON, RUBY | 9/12/2015 | GPP311482 | 44.34 | 9/18/2015 | Paid |
| WINSTON, RUBY | 9/12/2015 | GPP311482 | - | 9/18/2015 | Paid |
| WINSTON, RUBY | 9/12/2015 | GPP311482 | 141.36 | 9/18/2015 | Paid |
| WINSTON, RUBY | 8/12/2015 | GPP311482 | 44.34 | 8/14/2015 | Paid |
| WINSTON, RUBY | 8/12/2015 | GPP311482 | - | 8/14/2015 | Paid |
| WINSTON, RUBY | 8/12/2015 | GPP311482 | 141.36 | 8/14/2015 | Paid |
| WINSTON, RUBY | 8/5/2015 | GPP311482 | 9.50 | 8/7/2015 | Paid |
| WINSTON, RUBY | 7/14/2015 | GPP311482 | 44.34 | 7/17/2015 | Paid |
| WINSTON, RUBY | 7/14/2015 | GPP311482 | - | 7/17/2015 | Paid |
| WINSTON, RUBY | 7/14/2015 | GPP311482 | 141.36 | 7/17/2015 | Paid |
| WINSTON, RUBY | 6/14/2015 | GPP311482 | 44.34 | 6/19/2015 | Paid |
| WINSTON, RUBY | 6/14/2015 | GPP311482 | - | 6/19/2015 | Paid |
| WINSTON, RUBY | 6/14/2015 | GPP311482 | 141.36 | 6/19/2015 | Paid |
| WINSTON, RUBY | 5/15/2015 | GPP311482 | 44.34 | 5/22/2015 | Paid |
| WINSTON, RUBY | 5/15/2015 | GPP311482 | - | 5/22/2015 | Paid |
| WINSTON, RUBY | 5/15/2015 | GPP311482 | (44.34) | 5/22/2015 | Backout |
| WINSTON, RUBY | 5/15/2015 | GPP311482 | 44.34 | 5/22/2015 | Paid RX that was backed out |
| WINSTON, RUBY | 5/15/2015 | GPP311482 | 141.36 | 5/22/2015 | Paid |
| WINSTON, RUBY | 5/15/2015 | GPP311482 | 6.81 | 5/22/2015 | Paid |
| WINSTON, RUBY | 4/14/2015 | GPP311482 | - | 4/17/2015 | Paid |
| WINSTON, RUBY | 4/14/2015 | GPP311482 | 44.34 | 4/17/2015 | Paid |
| WINSTON, RUBY | 4/14/2015 | GPP311482 | - | 4/17/2015 | Paid |
| WINSTON, RUBY | 4/14/2015 | GPP311482 | 141.36 | 4/17/2015 | Paid |
| WINSTON, RUBY | 4/10/2015 | GPP311482 | 6.81 | 4/17/2015 | Paid |
| WINSTON, RUBY | 4/10/2015 | GPP311482 | - | 4/17/2015 | Rejected |
| WINSTON, RUBY | 3/16/2015 | GPP311482 | 44.34 | 3/20/2015 | Paid |
| WINSTON, RUBY | 3/16/2015 | GPP311482 | - | 3/20/2015 | Rejected |
| WINSTON, RUBY | 3/16/2015 | GPP311482 | - | 3/20/2015 | Paid |
| WINSTON, RUBY | 3/16/2015 | GPP311482 | - | 3/20/2015 | Rejected |
| WINSTON, RUBY | 3/16/2015 | GPP311482 | 177.94 | 3/20/2015 | Paid |
| WINSTON, RUBY | 3/16/2015 | GPP311482 | - | 3/20/2015 | Rejected |

29

| Member Name | Filled | Pharmacy | Fund Paid | Processing Date | Status |
|---|---|---|---|---|---|
| WINSTON, RUBY | 2/11/2015 | GPP311482 | 44.34 | 2/13/2015 | Paid |
| WINSTON, RUBY | 2/11/2015 | GPP311482 | 202.77 | 2/13/2015 | Paid |
| WINSTON, RUBY | 2/11/2015 | GPP311482 | (44.34) | 2/13/2015 | Backout |
| WINSTON, RUBY | 2/11/2015 | GPP311482 | 44.34 | 2/13/2015 | Paid RX that was backed out |
| WINSTON, RUBY | 2/11/2015 | GPP311482 | - | 2/13/2015 | Paid |
| WINSTON, RUBY | 1/31/2015 | GPP311482 | - | 2/6/2015 | Paid |
| WINSTON, RUBY | 1/10/2015 | GPP311482 | 44.34 | 1/16/2015 | Paid |
| WINSTON, RUBY | 1/10/2015 | GPP311482 | 202.77 | 1/16/2015 | Paid |
| WINSTON, RUBY | 1/10/2015 | GPP311482 | - | 1/16/2015 | Paid |

NGM Ex. 22; Pls' Ex. 13, 14, 22, 42, 49, 56, 63, 64.

Medical Payments Paid Out by the Welfare Fund Office

147.   A third-party administrator was delegated with the authority and responsibility to remit payment for medical services performed by third-parties for and/or on behalf of covered participants and beneficiaries. Pls' Ex. 85.

148.   The Welfare Fund Office was not delegated with authority to nor responsible for or authorized to directly remit payment to third parties for medical services performed by third-parties for and/or on behalf of covered participants and beneficiaries. Pls' Ex. 85.

149.   Neither the Welfare Fund's third-party administrator nor the Welfare Fund Office were ever delegated authority to remit payment to third parties for medical services performed by third-parties for and/or on behalf of non-covered individuals. Pls' Ex. 85.

150.   It is unusual for health benefits to be paid outside the third-party administrator system. P. Murray Tr. 96:20-22.

151.   Third party administrators have plans rules and provisions plus internal controls built into their processing system. P. Murray Tr. 96:13-19.

152.   Between 2015 and 2019, the Welfare Fund Office made direct payment of $158,749.76, broken down by S&P as follows:

| Date | Num | Name | Amount | Questionable |
|---|---|---|---|---|
| 06/14/18 | 148510 | Accu Reference Med Lab | 779.53 | 779.53 |
| 04/19/18 | 148478 | Accurate Diagnostic Labs Inc. | 5.20 | 5.20 |
| 05/03/18 | 148480 | Accurate Diagnostic Labs Inc. | 153.15 | 153.15 |
| 01/10/17 | 2317 | Aesthetic Smiles of NJ | 194.00 | 194.00 |
| 01/12/17 | 2323 | Aesthetic Smiles of NJ | 8,000.00 | 8,000.00 |

30

| Date | Num | Name | Amount | Questionable |
|------|-----|------|--------|--------------|
| 05/10/17 | 2367 | Aesthetic Smiles of NJ | 196.00 | 196.00 |
| 07/20/17 | 2396 | Aesthetic Smiles of NJ | 797.00 | 797.00 |
| 12/05/15 | 2166 | Aesthetic Smiles of NJ | 184.00 | 184.00 |
| 03/01/16 | 2214 | Aesthetic Smiles of NJ | 229.00 | 229.00 |
| 09/01/16 | 2268 | Aesthetic Smiles of NJ | 10,947.00 | 10,947.00 |
| 09/20/16 | 2275 | Aesthetic Smiles of NJ | 8,000.00 | 8,000.00 |
| 11/21/16 | 2297 | Aesthetic Smiles of NJ | 937.00 | 937.00 |
| 11/23/16 | 2300 | Aesthetic Smiles of NJ | 10,000.00 | 10,000.00 |
| 12/13/16 | 2305 | Aesthetic Smiles of NJ | 10,000.00 | 10,000.00 |
| 01/03/17 | 2311 | Aesthetic Smiles of NJ | 9,039.00 | 9,039.00 |
| 02/28/17 | 2336 | Aesthetic Smiles of NJ | 7,000.00 | 7,000.00 |
| 09/13/17 | 2414 | Aesthetic Smiles of NJ | 126.00 | 126.00 |
| 12/21/17 | 2446 | Aesthetic Smiles of NJ | 173.00 | 173.00 |
| 03/28/18 | 2481 | Aesthetic Smiles of NJ | 885.00 | 885.00 |
| 04/05/18 | 148467 | Affiliated Dermatologists | 68.76 | 68.76 |
| 05/17/18 | 148488 | Affiliated Dermatologists | 88.91 | 88.91 |
| 03/06/17 | 2342 | Affiliated Eye Surgeons | 2,007.00 | 2,007.00 |
| 05/01/17 | 2362 | Affiliated Eye Surgeons | 700.00 | 700.00 |
| 06/28/17 | 2371 | Affiliated Eye Surgeons | 1,131.00 | 1,131.00 |
| 05/03/18 | 148479 | Affiliated Eye Surgeons | 103.50 | 103.50 |
| 09/27/16 | 2277 | Affiliated Eye Surgeons | 1,620.00 | 1,620.00 |
| 03/08/17 | 2339 | Affiliated Eye Surgeons | 70.00 | 70.00 |
| 04/13/17 | 2351 | Affiliated Eye Surgeons | 700.00 | 700.00 |
| 05/17/18 | 148496 | Anthony D'Amato MD | 70.73 | 70.73 |
| 05/17/18 | 148487 | Associated Retinal Consultants | 3,298.37 | 3,298.37 |
| 06/14/18 | 148512 | Bio- Referance Lab | 27.03 | 27.03 |
| 05/17/18 | 148486 | Cardio Metabolic Institutes | 171.50 | 171.50 |
| 05/31/18 | 148499 | Cardio Metabolic Institutes | 80.90 | 80.90 |
| 05/31/18 | 148500 | Cardio Metabolic Institutes | 424.39 | 424.39 |
| 05/31/18 | 148502 | Cardio Metabolic Institutes | 80.90 | 80.90 |
| 04/05/18 | 148466 | Cardio Metabolic Institutes | 10.30 | 10.30 |
| 05/31/18 | 148501 | Cardio Metabolic Institutes | 2,154.31 | 2,154.31 |
| 06/28/18 | 148529 | Care Station Medical Group | 104.90 | 104.90 |
| 05/17/18 | 148490 | Caroline R Moshel MD | 229.69 | 229.69 |
| 06/14/18 | 148521 | Cholankeril Medical Associates MD, LLC | 168.18 | 168.18 |
| 07/12/18 | 148538 | Cholankeril Medical Associates MD, LLC | 48.76 | 48.76 |
| 08/17/16 | 2271 | Dr. A Kassman | 1,597.47 | 1,597.47 |
| 04/26/17 | 2346 | Dr. Bunch & Dr. Marshall | 123.00 | 123.00 |
| 10/06/16 | 2284 | Dr. E. Romano | 4,815.50 | 4,815.50 |
| 10/12/16 | 2289 | Dr. E. Romano | 5,314.50 | 5,314.50 |
| 12/12/15 | 2170 | Dr. Mae Retiona Association | 30.00 | 30.00 |
| 11/01/17 | 2419 | Dr. Medford MD | 1,400.00 | 1,400.00 |
| 11/29/17 | 2439 | Dr. Medford MD | 1,400.00 | 1,400.00 |
| 12/19/16 | 2294 | Eye Surgeons | 50.00 | 50.00 |
| 06/27/18 | 148530 | Family Care PA | 227.56 | 227.56 |
| 06/28/18 | 148531 | Family Care PA | 53.89 | 53.89 |
| 10/14/15 | 2136 | Frank Belo | 100.00 | 100.00 |
| 01/16/16 | 2190 | Frank Belo | 100.00 | 100.00 |
| 03/19/16 | 2223 | Frank Belo | 100.00 | 100.00 |

| Date | Num | Name | Amount | Questionable |
|---|---|---|---|---|
| 03/08/17 | 2340 | Frank Belo | 100.00 | 100.00 |
| 04/05/18 | 148475 | Graciano L Zara MD | 80.00 | 80.00 |
| 06/14/18 | 148522 | Graciano L Zara MD | 48.76 | 48.76 |
| 06/14/18 | 148516 | Gregorio J Gullen MD PC | 48.76 | 48.76 |
| 04/05/18 | 148471 | Harsha R Sahni MD | 285.19 | 285.19 |
| 05/17/18 | 148489 | Harsha R Sahni MD | 85.93 | 85.93 |
| 06/14/18 | 148514 | Harsha R Sahni MD | 585.12 | 585.12 |
| 06/14/18 | 148515 | Harsha R Sahni MD | 585.12 | 585.12 |
| 06/28/18 | 148527 | Harsha R Sahni MD | 85.93 | 85.93 |
| 06/28/18 | 148528 | Harsha R Sahni MD | 285.19 | 285.19 |
| 06/14/18 | 148519 | Hematology Oncology Consultants | 75.48 | 75.48 |
| 06/14/18 | 148520 | Hudson Hematology Oncology LLC | 1,162.93 | 1,162.93 |
| 06/28/18 | 148532 | Hunterdon Ambulatory Services LLC | 254.80 | 254.80 |
| 03/13/17 | 2343 | Illegible Payee | 3,010.00 | 3,010.00 |
| 04/05/18 | 148472 | JFK Vascular Phys | 19.88 | 19.88 |
| 04/05/18 | 148473 | John F. Kennedy Medical Center | 1,209.50 | 1,209.50 |
| 03/24/18 | 2480 | Juan Pham | 30.00 | 30.00 |
| 05/17/18 | 148483 | Lab Corp | 159.84 | 159.84 |
| 05/17/18 | 148484 | Lab Corp | 558.90 | 558.90 |
| 06/28/18 | 148523 | Lab Corp | 96.52 | 96.52 |
| 10/14/16 | 2281 | Lumi Pharmacy | 74.99 | 74.99 |
| 04/20/18 | 2489 | Manuela Pedra-Nobre MD | 504.00 | 504.00 |
| 05/31/18 | 148498 | Memorial Pathology Group | 80.00 | 80.00 |
| 06/14/18 | 148497 | Memorial Radiology | 67.69 | 67.69 |
| 05/03/18 | 148482 | MSKCC at Basking Ridge NJ | 1,925.00 | 1,925.00 |
| 05/17/18 | 148495 | MSKCC at Basking Ridge NJ | 435.50 | 435.50 |
| 05/17/18 | 148494 | New Beginnings OB/GYN | 154.31 | 154.31 |
| 04/05/18 | 148470 | Newark Beth Medical Center | 538.80 | 538.80 |
| 06/28/18 | 148537 | NJ Imaging Network LLC | 360.40 | 360.40 |
| 02/01/18 | 2464 | NJ Retina Assc | 30.00 | 30.00 |
| 05/31/18 | 148508 | Northwest Medical Hospital | 25.00 | 25.00 |
| 06/28/18 | 148524 | Olga Byalik MD PC | 105.54 | 105.54 |
| 12/15/16 | 2299 | OT Max Surgery | 727.00 | 727.00 |
| 05/17/18 | 148493 | Piscataway Somerset OB GYN | 104.65 | 104.65 |
| 06/14/18 | 148517 | Piscataway Somerset OB GYN | 51.62 | 51.62 |
| 05/31/18 | 148507 | Precision Diagnostic Inc | 248.69 | 248.69 |
| 03/23/18 | 148461 | Quest Labs | 23.09 | 23.09 |
| 04/02/18 | 148462 | Quest Labs | 16.85 | 16.85 |
| 04/05/18 | 148465 | Quest Labs | 179.75 | 179.75 |
| 04/19/18 | 148476 | Quest Labs | 60.72 | 60.72 |
| 05/17/18 | 148485 | Quest Labs | 47.07 | 47.07 |
| 06/14/18 | 148509 | Quest Labs | 64.16 | 64.16 |
| 03/30/17 | 2350 | Radiogology Surgeons | 800.00 | 800.00 |
| 06/28/18 | 148526 | Raritan Bay Medical Center | 514.00 | 514.00 |
| 05/03/18 | 148481 | Rheumatology Center of NJ | 75.48 | 75.48 |
| 04/14/17 | 2360 | Ridgedale Surgery | 800.00 | 800.00 |
| 11/02/17 | 2428 | Ridgedale Surgery | 1,610.00 | 1,610.00 |
| 11/30/17 | 2440 | Ridgedale Surgery | 1,600.00 | 1,600.00 |
| 04/05/18 | 148468 | Robert & Maria Vieira Picciano MD PC | 121.71 | 121.71 |

| Date | Num | Name | Amount | Questionable |
|---|---|---|---|---|
| 04/05/18 | 148469 | Robert & Maria Vieira Picciano MD PC | 192.00 | 192.00 |
| 06/14/18 | 148513 | Robert M Schaefer MD PC | 190.26 | 190.26 |
| 04/05/18 | 148474 | RWJPE Piscataway Dunellen Fam | 128.82 | 128.82 |
| 04/19/18 | 148477 | Saint Peters University Hospital | 35,404.40 | 35,404.40 |
| 06/28/18 | 148525 | Spuh Amb Care Group | 37.08 | 37.08 |
| 05/31/18 | 148505 | Stawicki & Patnaik Medical Associates | 48.76 | 48.76 |
| 05/17/18 | 148491 | Summit Medical Group | 33.33 | 33.33 |
| 05/17/18 | 148492 | Summit Medical Group | 261.02 | 261.02 |
| 05/31/18 | 148503 | Summit Medical Group | 33.33 | 33.33 |
| 05/31/18 | 148504 | Summit Medical Group | 180.19 | 180.19 |
| 06/21/17 | 2368 | Tanque Pediatrics | 25.00 | 25.00 |
| 06/14/18 | 148518 | Trinitas Hospital | 5,664.00 | 5,664.00 |
| 06/14/18 | 148511 | University Radiology Group | 36.77 | 36.77 |
| 05/12/16 | 2241 | Vision Works | 85.00 | 85.00 |

NGM Ex. 22, 59; Pls' Ex. 13, 14, 22, 42, 49, 56, 63, 64.

153.    The payments directly paid by the Welfare Fund Office were generally made by handwritten checks. P. Murray Tr. 99:4-6; Pls' Ex. 6.

154.    Dorothy McBride had bills paid if the providers denied coverage. D. McBride Tr. 186:2-13.

155.    Dorothy McBride claims she informally consulted with the trustees regarding these payments. D. McBride Tr. 186:19-25.

156.    There were no claim forms submitted by participants with annexed doctor bills for the direct payments. P. Murray Tr. 99:11-21.

Death Benefit Payments

157.    In 2017, a $5,000.00 Welfare Fund death benefit payment was made to Bobbie Clary, resulting from the death of Ruby Winston.

158.    Ruby Winston was not employed by employer who provided death benefits. P. Murray Tr. 160:8-24.

159.    In 2018, a $50,000.00 Welfare Fund death benefit payment was made to Justine Annucci Bonomolo, resulting from the death of Robert McBride (Bob Michaels). Pls' Ex. 15.

160.    In 2018, a $50,000.00 Welfare Fund death benefit payment was made to Defendant Michael McBride, resulting from the death of Robert McBride (Bob Michaels). Pls' Ex. 15.

161.    Robert McBride (Bob Michaels) was not employed by employer who provided death benefits. P. Murray Tr. 160:8-24.

Pension Fund Retirement Benefits

162.    Between 2015 and 2019 Dorothy McBride received $668,446.00 in Pension Fund benefits. Pls' Ex. 16.

163.    Under the Plan's Trust Agreement:

Any Member who has attained at least age 66, has at least 35 years of contributions made to the Plan on his behalf, and who has not terminated employment with a Contributing Employer, shall have a non-forfeitable right to receive an In-Service Pension commencing on any date of his choosing on or after January 1, 2012. The amount of this pension shall be equal to the amount as calculated under Section 4.2(a).

Pls' Ex. 36, at 13.

164.    Under the Pension Fund's Trust Agreement:

All pensions shall be payable monthly for each calendar month next preceding the calendar month in which death occurs, except that a deferred pension does not begin until the last day of the calendar month in which the pensioner reaches his 65th birthday, and except that payments under optional forms of payment shall be governed by Section 7.

Pls' Ex. 36, at 14.

165.    Under the Pension Fund's Trust Agreement:

Effective October 1, 2014, a Member who retires from covered Employment on or after the attainment of age 62, who has at least 30 years of contributions made to the Plan on his behalf, may elect to receive his pension in a single lump sum distribution, equal to the actuarial equivalent of his normal or early pension payable under a life annuity form of payment.

Pls' Ex. 36, at 20.

166.    Dorothy McBride was not retired from employment at the time of the distribution in June 2015. D. McBride Tr. 78:23-25.

167.    In service benefit is worked, entitled to pension when retired or become disabled. D. McBride Tr. 78:6-10.

168.    Dorothy McBride was the only participant to take lump sum and continue to work. P. Murray Tr. 110:5-10.

34

Paid Disability Benefits

169.    Section 4.5 of the Pension Fund Trust Agreement provides:

Any Member who has not. readied his Normal Retirement Age but who terminates employment as a result of becoming totally disabled, and has been approved for disability pension under Social Security, and has at least ten years of Credited. Service, including at least five years of Credited Future Service, may retire on a disability pension. lf the Member ceases to be eligible for a Social Security disability pension, he shall also cease to be eligible for a disability pension under this plan.

Pls' Ex. 36, at 13.

170.    Dorothy McBride claimed that Section 4.5 of the Pension Fund Summary Plan Description states that if you are no longer eligible for disability pension, meaning no longer disabled, your disability pension stops. W. Kropkof Tr. 94:6-21.

171.    The relevant section under the 2012 Pension Fund Summary Plan Description states:

ARE DISABILITY BENEFITS PROVIDED?

If you terminate employment because of a disability and have been approved for a disability pension under Social Security, you are entitled to a disability benefit if you have at least ten (10) years of Credited Service, including five (5) years of Credited Future Service.

Pension Fund SPD (2012), at 7-8.

172.    Dorothy McBride stated that Alexander Antoniades' disability pension was suspended, not stopped, because the government pays for the disability of incarcerated pensioners. W. Kropkof Tr. 94:6-21.

173.    Dorothy McBride stated:

And the government states -- because I called the DOL, the government states: I don't care where a pension lives, resides, they are entitled to their pension where they want it, not where you want it.

I wrote that 4.5. You don't know the definition. You made up your own -- you don't know the operation of my mind, what I wrote, and I would never deprive anybody of their pension that they're entitled to. That's No. 1.

W. Kropkof Tr. 101:2-11.

35

174. Individuals who are imprisoned are ineligible for social security disability benefits.ssa.gov/reentry/benefits.htm?tl=0

175. Dorothy McBride stated that Alexander Antoniades' disability went to Dorothy McBride's bank account (once he got incarcerated) because Justine Annucci was not living in New Jersey. D. McBride Tr. 142:14-25.

176. Justine Annucci held Alexander Antoniades' power of attorney. D. McBride Tr. 142:24-25.

177. Dorothy McBride testified that while Alexander Antoniades was in prison, she and Justine Annucci received his disability payments. D. McBride Tr. 158:2-24.

178. Justine Annucci testified that she never received $1,200 monthly payments from the Pension Fund. J. Annucci Tr.22:12-17.

179. The paid disability benefits for Alexander Antoniades were directed to JD Annucci. Pls' Ex. 69, 70, 74, 82, 86.

180. Justine Annucci testified that she never received money from Dorothy McBride that related to Alexander Antoniades' disability benefits. J. Annucci Tr.23:4-6.

181. Justine Annucci did not exercise power of attorney over Alexander Antoniades' disability benefits. J. Annucci Tr.27:21-25.

182. Justine Annucci did not instruct the Pension Fund to change the recipient of Alexander Antoniades' disability benefits. J. Annucci Tr.28:2-9.

183. Justine Annucci does not recall conversations with the Pension Fund regarding Alexander Antoniades' disability benefits. J. Annucci Tr.28:10-17.

184. Justine Annucci did not have discussions with Dorothy McBride about Alexander Antoniades' disability benefits. J. Annucci Tr.38:3-7.

American Express Charges

185. Between 2015 and 2019, Dorothy McBride directed, authorized, and/or took actions that led to the payment of $145,042.00 in American Express charges by the Welfare Fund and $176,285.00 in American Express charges by the Pension Fund.

186. American Express payments were documented in the general ledger and by check payments. P. Murray Tr. 76:6-25

187.    S&P could not locate documents or receipts relating to American Express charges. P. Murray Tr. 77:9-20.

188.    S&P classified the American Express charges this way:

| Year | Amount | Description | Reasonable | Unreasonable | Comment |
|---|---|---|---|---|---|
| 2015 | $ 17,299 | American Express - Welfare Fund | $ - | $ 17,299 | No documentation/receipts available |
| 2015 | 47,389 | American Express - Pension Fund | - | 47,389 | No documentation/receipts available |
| 2016 | 57,691 | American Express - Welfare Fund | - | 57,691 | No documentation/receipts available |
| 2016 | 57,691 | American Express - Pension Fund | - | 57,691 | No documentation/receipts available |
| 2017 | 57,189 | American Express - Welfare Fund | - | 57,189 | No documentation/receipts available |
| 2017 | 53,562 | American Express - Pension Fund | - | 53,562 | No documentation/receipts available |
| 2018 | 12,863 | American Express - Welfare Fund | - | 12,863 | No documentation/receipts available |
| 2018 | 17,643 | American Express - Pension Fund | - | 17,643 | No documentation/receipts available |
| | $ 321,327 | | $ - | $ 321,327 | |

NGM Ex. 22.

189.    The Funds did not have a corporate American Express card.  D. McBride Tr. 89:5-8.

190.    Dorothy McBride used her personal credit card for personal expenses and also for alleged corporate expenses. D. McBride Tr. 89:9-18, 90:15-16.

191.    The name on the American Express card was Dorothy McBride, with no mention of either Fund, with Dorothy McBride testifying "why would it?" D. McBride Tr. 90:11-15.

192.    The American Express bills were sent to Dorothy McBride's house.  D. McBride Tr. 89:19-23.

193.    Dorothy McBride used her personal credit card for Fund expenses. D. McBride Tr. 90:18-19.

194.    Dorothy McBride was the name listed on Dorothy McBride's American Express Card. D. McBride Tr. 89:24-90:3.

195.    Dorothy McBride stated that she annotated expenses as follows: H = Health, P = Pension, D = Dorothy McBride personal expenses. D. McBride Tr. 93:2-10; Pls' Ex. 91.

196.    Dorothy McBride stated that she submitted annotated American Express bills to the Funds' accounting department. D. McBride Tr. 94:11-95:17.

197.    Dorothy McBride handled payment of American Express charges. D. McBride Tr. 98:15-20.

37

198. Dorothy McBride claims if she did the shopping, she knew what she brought for, H, P, or D, testifying that "it was something I knew." D. McBride Tr. 179:15-17, 181:18-23.

199. Dorothy McBride claims that she kept vouchers for the American Express charges. D. McBride Tr. 260:6-19.

200. Dorothy McBride produced whatever she had in the way of receipts. D. McBride Tr. 182:6-184:6.

201. The Funds had no one in charge of maintaining records such as receipts. D. McBride Tr. 184:13-20.

202. The "invoices" located at the Funds' former office did not include receipts, but instead simply had charge notations.  NGM Ex. 44.

203. The following itemizations were among those detailed in American Express bills:

| Date | Description | | Amount |
|------|-------------|---|--------|
| 09/08/15 | OCEANAIRE HACKENSACKHACKENSACK<br>RESTAURANT | NJ | $190.43 |
| 09/08/15 | WILLIAMS-SONOMA 0072HACKENSACK<br>14914180 07601 | NJ | $75.79 |
| 09/08/15 | EASTSIDE 65 PARKING NEW YORK<br>212-686-9800<br>Description<br>PARKING LOT/GARAGE | NY | $11.50 |
| 09/09/15 | LUNELLOS        CEDAR GROVE    NJ<br>RESTAURANT<br>FOOD/BEVERAGE          $425.87<br>TIP                    $90.00 | | $515.87 |
| 09/09/15 | A&P #70610 000000000BOONTON<br>9733949570 | NJ | $117.21 |
| 09/10/15 | MONTVILLE VETERINARYMONTVILLE | NJ | $98.71 |

| Date | Description | | Amount |
|------|-------------|---|--------|
| | CONFERENCE | | |
| 09/17/15 | IFEBP MILWAUKEE    262-786-6700    WI<br>CONFERENCE | | $1,775.00 |
| 09/17/15 | OCEANAIRE HACKENSACKHACKENSACK<br>RESTAURANT | NJ | $638.01 |
| 09/18/15 | IFEBP MILWAUKEE    262-786-6700    WI<br>CONFERENCE | | $400.00 |
| 09/18/15 | NEW JERSEY E-Z PASS 888-288-6865    NJ<br>5P-83295512<br>Description<br>FOR BILLING QUESTIO<br>ACCT: 15367141 B | | $25.00 |
| 09/18/15 | SHELL OIL 5754529380PINE BROOK    NJ<br>AUTO FUEL DISPENSER | | $56.82 |

38

| | | | Amount |
|---|---|---|---|
| 09/20/15 | WHOLE FOODS MARKET  WEST ORANGE    NJ<br>9736693196<br>GROCERY STORES | | $284.40 |
| 09/21/15 | E4HATS COM 00-080194FULLERTON    CA<br>714-8706270 | | $43.21 |
| 09/23/15 | THE HOME DEPOT #0965MONTVILLE    NJ<br>800-654-0688 | | $443.59 |
| 09/25/15 | BROMILOW CHOCOLATES W CALDWELL    NJ<br>973-227-0819<br>Description<br>CANDY/GIFTS | | $112.35 |
| 09/25/15 | SUPER STOP N SHOP #2W CALDWELL    NJ<br>GROCERY STORE | | $62.62 |

59 in  &lt;  | 692 of 1673  162%

HOUSTON        TX
UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N.Y. NEWARK INTL A | LOS ANGELES INTERN | UA | 00 |
| | HONOLULU INTERNATI | UA | 00 |
| | SAN FRANCISCO INTL | UA | 00 |
| | TUCSON INTERNATION | UA | 00 |

Ticket Number: 01624666141910          Date of Departure: 11/07
Passenger Name: MCBRIDEMS/DOROTHYM
Document Type: PASSENGER TICKET

| 10/08/15 | LUNELLOS      CEDAR GROVE    NJ<br>CEDAR GROVE      NJ<br>RESTAURANT<br>FOOD/BEVERAGE          $268.57<br>TIP                          $55.00 | $323.57 |
|---|---|---|
| 10/08/15 | STAPLES 00472      (800) 333-3330<br>PUTNAM        CT | $635.51 |

&lt;  | 700 of 1673  162%

INSURANCE BROKERS/0

| 10/09/15 | NJ MOTOR VEHICLE S 5HAMILTON    NJ<br>HAMILTON        NJ<br>6095862600<br>Description          Price<br>Government Agencies      $88.50 | $88.50 |
|---|---|---|
| 10/10/15* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>AIRFLIGHT INSURANCE PREMIUM 800-437-9209<br>TKT NO. 01624666141910 | $24.99 |
| 10/10/15* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>TRAVEL DELAY 800-645-9700<br>TKT NO. 01624666141910 | $9.95 |
| 10/10/15* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>BAGGAGE INSURANCE PREMIUM 800-645-9700<br>TKT NO. 01624666141910 | $9.95 |
| 10/10/15 | CABLEVISION #7876  973-398-5757    NJ | $259.50 |

&lt;  | 700 of 1673  162%

**Detail Continued**    *Indicates posting date

| | | | Amount |
|---|---|---|---|
| 10/10/15 | EDIBLE ARRANGEMENTS TUCSON    AZ | | $96.21 |
| | TUCSON    AZ | | |
| | 520-219-3784 | | |
| | Description | | |
| | MCC CODE | | |
| 10/11/15 | IL VECCHIO CAFE 8843CALDWELL    NJ | | $84.16 |
| | CALDWELL    NJ | | |
| | RESTAURANT | | |
| 10/12/15 | LUNELLOS    CEDAR GROVE    NJ | | $512.65 |
| | CEDAR GROVE    NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $422.65 | |

GROCERY STORES

| | | | Amount |
|---|---|---|---|
| 10/14/15 | THE LODGE AT VENTANATUCSON    AZ | | $207.29 |
| | TUCSON    AZ | | |
| | Arrival Date    Departure Date | | |
| | 11/12/14    11/18/14 | | |
| | 00000000 | | |
| | LODGING | | |
| | CARDEPOSIT | | |
| 10/14/15 | ARIZONA PIMA CHEMICATUCSON    AZ | | $132.50 |
| | TUCSON    AZ | | |
| | 5207401100 | | |
| 10/16/15 | SHELL OIL 5754529800WEST CALDWELL    NJ | | $66.00 |
| | WEST CALDWELL    NJ | | |
| | AUTO FUEL DISPENSER | | |
| 10/16/15 | USPS 334095028105065LAKE HIAWATHA    NJ | | $3,432.34 |
| | LAKE HIAWATHA    NJ | | |
| | 800-2758777 | | |

| Date | Description | | Amount |
|---|---|---|---|
| 10/17/15 | MORTON'S OF CHICAGO HACKENSACK      NJ | | $1,116.12 |
| | HACKENSACK        NJ | | |
| | 274 RIVERSIDE SQ HACKENS | | |
| | FOOD/BEVERAGE | $566.12 | |
| | TIP | $550.00 | |
| 10/20/15 | CHEESECAKE FACTORY #SHORT HILLS      NJ | | $38.66 |
| | SHORT HILLS        NJ | | |
| | 999-999-9999 | | |
| | FOOD | $31.66 | |
| | TIP | $7.00 | |
| 10/20/15 | OPTICA SHORT HILLS 0SHORT HILLS      NJ | | $2,020.00 |
| | SHORT HILLS        NJ | | |
| | 973-376-0647 | | |
| | Description | | |
| | EYE EXAMS/EYE WEAR | | |
| 10/21/15 | LUNELLOS        CEDAR GROVE        NJ | | $465.74 |
| | CEDAR GROVE        NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $385.74 | |
| | TIP | $80.00 | |
| 10/22/15 | SHELL OIL 5754529800WEST CALDWELL      NJ | | $61.19 |
| | WEST CALDWELL        NJ | | |

702 of 1673    221%

| Date | Description | | Amount |
|---|---|---|---|
| | FAIRFIELD        NJ | | |
| | 9085347241 | | |
| 10/29/15 | TARGET        FAIRFIELD        NJ | | $328.32 |
| | FAIRFIELD        NJ | | |
| | DISCOUNT STORE | | |
| 10/30/15 | LUNELLOS        CEDAR GROVE        NJ | | $417.22 |
| | CEDAR GROVE        NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $347.22 | |
| | TIP | $70.00 | |
| 11/01/15 | AMAZON MKTPLACE PMTSAMZN.COM/BILL      WA | | $77.49 |
| | AMZN.COM/BILL        WA | | |
| | BOOK STORES | | |
| 11/01/15 | AMAZON MKTPLACE PMTSAMZN.COM/BILL      WA | | $49.99 |
| | AMZN.COM/BILL        WA | | |
| | BOOK STORES | | |
| 11/01/15 | PAPA RAZZI 0001        SHORT HILLS        NJ | | $45.42 |
| | SHORT HILLS        NJ | | |
| | RESTAURANT | | |
| | FOOD | $37.42 | |
| | TIP | $8.00 | |

703 of 1673    221%

41

|  | AMZN.COM/BILL     WA |  |
|  | BOOK STORES |  |
| 11/03/15 | AMAZON MKTPLACE PMTSAMZN.COM/BILL     WA | $73.69 |
|  | AMZN.COM/BILL     WA |  |
|  | BOOK STORES |  |
| 11/04/15 | SHELL OIL 5754529380PINE BROOK     NJ | $55.31 |
|  | PINE BROOK     NJ |  |
|  | AUTO FUEL DISPENSER |  |
| 11/04/15 | SHOPRITE PARSIPPANY PARSIPPANY     NJ | $150.00 |
|  | PARSIPPANY     NJ |  |
|  | 341152 07054 |  |
| 11/04/15 | SHOPRITE PARSIPPANY PARSIPPANY     NJ | $128.39 |
|  | PARSIPPANY     NJ |  |
|  | 340320 07054 |  |
| 11/04/15 | USPS 334095028105065LAKE HIAWATHA     NJ | $19.81 |
|  | LAKE HIAWATHA     NJ |  |
|  | 800-2758777 |  |
| 11/05/15 | LONG ISLAND COMMUNITY | $731.62 |
|  | SYOSSET     NY |  |
|  | 516-465-1067 |  |

704 of 1673     221%

| 11/21/15* | ONLINE PAYMENT - THANK YOU | -$3,683.87 |
| 11/21/15* | PAYMENT RECEIVED - THANK YOU | -$774.86 |
| 11/25/15* | CUSTOMER SERVICE PAYMENT THANK YOU | -$8,178.24 |
| **Credits** |  | **Amount** |
| 11/14/15 | EDIBLE ARRANGEMENTS | -$29.28 |
|  | TUCSON     AZ |  |
|  | 520-219-3784 |  |
|  | Description |  |
|  | MCC CODE |  |
| 11/14/15 | EDIBLE ARRANGEMENTS | -$43.33 |
|  | TUCSON     AZ |  |
|  | 520-219-3784 |  |
|  | Description |  |
|  | MCC CODE |  |
| 11/25/15* | Dispute - QUICK CHEK CORPORATION 00 | -$15.65 |

## New Charges

### Summary

|  | **Total** |

713 of 1673     221%

42

| Date | Description | | Amount |
|---|---|---|---|
| 11/13/15 | HILTON HOTELS 28746<br>HONOLULU        HI | | $1,590.28 |
| | Arrival Date        Departure Date<br>11/07/15              11/12/15<br>00000000<br>LODGING | | |
| 11/13/15 | HILTON HOTELS 28746<br>HONOLULU        HI | | $1,417.70 |
| | Arrival Date        Departure Date<br>11/07/15              11/12/15<br>00000000<br>LODGING | | |
| 11/13/15 | HILTON HOTELS 28746<br>HONOLULU        HI | | $1,417.70 |
| | Arrival Date        Departure Date<br>11/07/15              11/12/15<br>00000000<br>LODGING | | |
| 11/13/15 | WHITE HOUSE BLK MKT #3178 000003178<br>TUCSON        AZ<br>8888554968<br>Description | | $229.13 |

714 of 1673    221%

| Date | Description | | Amount |
|---|---|---|---|
| 11/16/15 | NORTH LA ENCANTADA NORTH LA ENCANT<br>TUCSON        AZ<br>TUCSON,AZ<br>FOOD/BEVERAGE        $44.56<br>TIP                        $12.00 | | $56.56 |
| 11/16/15 | USPS 038888074808486 41833808486<br>TUCSON        AZ<br>800-2758777 | | $12.65 |
| 11/17/15 | SHELL OIL 12464740005<br>TUCSON        AZ<br>AUTO FUEL DISPENSER | | $17.59 |
| 11/17/15 | ACE HARDWARE 670120358597<br>TUCSON        AZ<br>HARDWARE STORE | | $7.41 |
| 11/18/15 | DOLLAR CAR RENTAL<br>866-434-2226        AZ | | $157.24 |
| | | Location          Date | |
| | Rental:        TUCSON AZ        15/11/12 | | |
| | Return:        TUCSON AZ        15/11/18 | | |
| | Agreement Number: 125559291 | | |

11.69 in          715 of 1673    221%

WEST ORANGE      NJ
9736693196
GROCERY STORES

| Date | Description | | Amount |
|---|---|---|---|
| 11/23/15 | THE CAPITAL   080457 58400080457 | | $413.66 |
| | PARAMUS      NJ | | |
| | 201-8457040 | | |
| | FOOD/BEVERAGE | $338.66 | |
| | TIP | $75.00 | |
| 11/23/15 | EXXONMOBIL 9749 | | $100.00 |
| | FARMINGDALE      NY | | |
| | 631-293-8523 | | |
| | Description | | |
| | GAS/SERVICES | | |
| 11/24/15 | MONTVILLE VETERINARY G MONTVILLE VETER | | $141.20 |
| | MONTVILLE      NJ | | |
| | VETERINARY SERVICE | | |
| 11/24/15 | NEW JERSEY E-Z PASS | | $60.00 |
| | 888-288-6865      NJ | | |
| | 5P-87909316 | | |
| | Description | | |
| | FOR BILLING QUESTIO | | |
| | ACCT: 15367141 B | | |

69 in        716 of 1673     221%

| Date | Description | | Amount |
|---|---|---|---|
| 11/28/15 | EXXONMOBIL 4798 | | $19.14 |
| | MONTVILLE      NJ | | |
| | 973-334-4441 | | |
| | Description | | |
| | GAS/SERVICES | | |
| 11/30/15 | AMAZONPRIME MEMBERSHIP | | $105.93 |
| | AMZN.COM/PRME      NV | | |
| | SHIPPINGCLUB | | |
| 11/30/15 | LUNELLOS | | $324.48 |
| | CEDAR GROVE      NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $239.48 | |
| | TIP | $85.00 | |
| 12/01/15 | IL CAPRICCIO RISTORANTE 0704 | | $325.50 |
| | WHIPPANY      NJ | | |
| | 973-884-9175 | | |
| | Description | | |
| | FOOD/BEVERAGE | | |
| 12/02/15 | SUNDREA DESIGN STUDIO | | $200.00 |
| | 520-5291635      AZ | | |
| | 5205291635 | | |
| 12/02/15 | SUNDREA DESIGN STUDIO | | $540.00 |

69 in

44

| | | |
|---|---|---|
| **Payments** | | -$15,834.52 |
| **Credits** | | $0.00 |
| **Total Payments and Credits** | | -$15,834.52 |

| **Detail** | *Indicates posting date | |
|---|---|---|
| **Payments** | | **Amount** |
| 12/10/15* | ONLINE PAYMENT - THANK YOU | -$5,310.28 |
| 12/11/15* | ONLINE PAYMENT - THANK YOU | -$5,310.29 |
| 12/12/15* | ONLINE PAYMENT - THANK YOU | -$1,334.40 |
| 12/15/15* | ONLINE PAYMENT - THANK YOU | -$3,879.55 |

## New Charges

### Summary

| | **Total** |
|---|---|
| **Total New Charges** | **$22,058.70** |

### Detail

DOROTHY M MCBRIDE

727 of 1673    221%

| | | | **Amount** |
|---|---|---|---|
| 12/04/15 | TUCSON UTILITY BILLING | | $555.47 |
| | 623-5873875        AZ | | |
| | 6235873875 | | |
| 12/07/15 | THE CAPITAL   080457 58400080457 | | $660.52 |
| | PARAMUS        NJ | | |
| | 201-8457040 | | |
| | FOOD/BEVERAGE | $550.52 | |
| | TIP | $110.00 | |
| 12/07/15 | SHELL OIL 57544548001 | | $61.66 |
| | PARSIPPANY        NJ | | |
| | AUTO FUEL DISPENSER | | |
| 12/08/15 | FGM*FRONTGATE | | $557.04 |
| | 888-263-9850        OH | | |
| | 888-263-9850 | | |
| 12/09/15 | THE HOME DEPOT | | $331.00 |
| | PARSIPPANY        NJ | | |
| | 800-654-0688 | | |
| 12/09/15 | STAPLES 00566 | | $260.75 |
| | PARSIPPANY        NJ | | |

9 in    727 of 1673    221%

Detail Continued

| | | Amount |
|---|---|---|
| 12/09/15 | TARGET | $289.94 |
| | FAIRFIELD     NJ | |
| | DISCOUNT STORE | |
| 12/10/15 | THE UPS STORE | $129.91 |
| | LAKE HIAWATHA     NJ | |
| | BUSINESS SERVICE | |
| | Description | |
| | GOODS - SERVICES | |
| 12/10/15 | STAPLES 00566 | $30.66 |
| | PARSIPPANY     NJ | |
| | 00566000540589 07054 | |
| | IN-STORE 22 UP LABELS 220 | |
| | 1-50 CUST PPR CLR | |
| 12/11/15 | LUNELLOS | $374.42 |
| | CEDAR GROVE     NJ | |
| | RESTAURANT | |
| | FOOD/BEVERAGE          $304.42 | |
| | TIP                         $70.00 | |
| 12/12/15 | THE HOME DEPOT #0965 | $387.76 |

728 of 1673    221%

| | | |
|---|---|---|
| 12/18/15 | AMAZON MKTPLACE PMTS | $39.95 |
| | AMZN.COM/BILL     WA | |
| | BOOK STORES | |
| 12/18/15 | SHELL OIL 57542758008 | $61.01 |
| | PARSIPPANY     NJ | |
| | AUTO FUEL DISPENSER | |
| 12/18/15 | FGM*FRONTGATE | $227.44 |
| | 888-263-9850     OH | |
| | 888-263-9850 | |
| 12/18/15 | USPS 334095028105065 41833105065 | $2,674.75 |
| | LAKE HIAWATHA     NJ | |
| | 800-2758777 | |
| 12/19/15 | WHOLE FOODS MARKET | $175.00 |
| | MADISON     NJ | |
| | 9738228444 | |
| | Description          Price | |
| | GROCERY STORES     $175.00 | |
| 12/19/15 | WHOLE FOODS MARKET | $157.93 |
| | MADISON     NJ | |
| | 9738228444 | |
| | GROCERY STORES | |

729 of 1673    221%

|  |  |  |  |
|---|---|---|---|
|  | 8776234997 |  |  |
| 12/20/15 | THE CHEESECAKE FACTORY |  | $57.18 |
|  | SHORT HILLS     NJ |  |  |
|  | 999-999-9999 |  |  |
|  | FOOD | $47.18 |  |
|  | TIP | $10.00 |  |
| 12/21/15 | RUTH'S PARSIPPANY 542929804190353 |  | $880.81 |
|  | PARSIPPANY     NJ |  |  |
|  | 9738891400 |  |  |
|  | TIP | $150.00 |  |
| 12/21/15 | FGM*FRONTGATE |  | $394.27 |
|  | 888-263-9850     OH |  |  |
|  | 888-263-9850 |  |  |
| 12/23/15 | SUPER STOP N SHOP |  | $96.27 |
|  | WEST CALDWELL     NJ |  |  |
|  | GROCERY STORE |  |  |

Continued on reverse

|  |  |  |  |
|---|---|---|---|
| 12/24/15 | BIBIZ RESTAURANT LOUNGE |  | $227.33 |
|  | WESTWOOD     NJ |  |  |
|  | RESTAURANT |  |  |
| 12/26/15 | VZWRLSS BILL PAY VB |  | $496.50 |
|  | (800)922-0204     GA |  |  |
|  | BILL PAYMENT |  |  |
| 12/26/15 | NJ MOTOR VEHICLE S 542929805158359 |  | $66.00 |
|  | HAMILTON     NJ |  |  |
|  | 6095862600 |  |  |
|  | Description | Price |  |
|  | Government Agencies | $66.00 |  |
| 12/26/15 | WHOLE FOODS MARKET |  | $66.62 |
|  | PARAMUS     NJ |  |  |
|  | 2012261244 |  |  |
|  | GROCERY STORES |  |  |
| 12/26/15 | RING.COM |  | $258.90 |
|  | SANTA MONICA     CA |  |  |
|  | 8006561918 |  |  |
| 12/28/15 | WHOLE FOODS MARKET |  | $138.94 |
|  | WEST ORANGE     NJ |  |  |

| Date | Description | | Amount |
|---|---|---|---|
| | WEST ORANGE      NJ | | |
| | 9736693196 | | |
| | GROCERY STORES | | |
| 12/30/15 | MSK 855-718-4054 | | $250.00 |
| | NEW YORK      NY | | |
| | HOSPITAL | | |
| 12/31/15 | IFEBP MILWAUKEE | | $960.00 |
| | 262-786-6700      WI | | |
| | CONFERENCE | | |
| 12/31/15 | ASPCA - Web | | $250.00 |
| | NEW YORK      NY | | |
| | 2128767700 | | |
| 12/31/15 | VS  RUTHSCHRISGIFT | | $675.00 |
| | 855-896-9714      OR | | |
| | 117X2L0C9U 97223 | | |

| Date | Description | Price | Amount |
|---|---|---|---|
| | 8002896229 | | |
| | Description | Price | |
| | CC SELECT SUPPORT | $19.99 | |
| 01/04/16 | IFEBP MILWAUKEE | | $1,735.00 |
| | 262-786-6700      WI | | |
| | CONFERENCE | | |
| 01/04/16 | IFEBP MILWAUKEE | | $1,735.00 |
| | 262-786-6700      WI | | |
| | CONFERENCE | | |
| 01/04/16 | PETSMART | | $48.88 |
| | EAST HANOVER      NJ | | |
| | PET SHOP/FOOD/SUPPLY | | |
| 01/05/16 | LUNELLOS | | $442.14 |
| | CEDAR GROVE      NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $362.14 | |
| | TIP | $80.00 | |
| 01/05/16 | Yoox Group | | $1,180.21 |
| | 317-324-0677      NY | | |
| | BUSINESS SERVICE | | |

## Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 01/09/16* | ONLINE PAYMENT - THANK YOU | -$8,495.62 |
| 01/10/16* | ONLINE PAYMENT - THANK YOU | -$8,495.63 |
| 01/12/16* | ONLINE PAYMENT - THANK YOU | -$2,143.21 |
| 01/20/16* | ELECTRONIC PAYMENT RECEIVED-THANK | -$2,924.24 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$28,202.33** |

## Detail    *Indicates posting date

**DOROTHY M MCBRIDE**
Card Ending 1-91003

| | | Amount |
|---|---|---|
| 01/07/16 | KINGS SUPER MARKETS | $253.78 |

973-463-6300
Description
GROCERIES/SUNDRIES

| 01/08/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $9.95 |
|---|---|---|
| | BAGGAGE INSURANCE PREMIUM 800-645-9700 TKT NO. 01624759965463 | |
| 01/08/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $9.95 |
| | BAGGAGE INSURANCE PREMIUM 800-645-9700 TKT NO. 0012361594519 | |
| 01/08/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $9.95 |
| | TRAVEL DELAY 800-645-9700 TKT NO. 01624759965463 | |
| 01/08/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $9.95 |
| | TRAVEL DELAY 800-645-9700 TKT NO. 0012361594519 | |
| 01/08/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $24.99 |
| | AIRFLIGHT INSURANCE PREMIUM 800-437-9209 TKT NO. 01624759965463 | |
| 01/08/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $24.99 |
| | AIRFLIGHT INSURANCE PREMIUM 800-437-9209 TKT NO. 0012361594519 | |

| Date | Description | Amount |
|---|---|---|
| | POMPTON PLAIN   NJ | |
| | 8884908700 | |
| | **Description**          **Price** | |
| | PRECISION DOOR SERV   $212.93 | |
| 01/08/16 | TUCSON UTILITY BILLING<br>PHOENIX        AZ<br>6235873875 | $500.00 |
| 01/11/16 | THE HOME DEPOT #0965<br>MONTVILLE     NJ<br>800-654-0688 | $309.88 |
| 01/11/16 | THE LODGE AT VENTANA C<br>TUCSON        AZ<br>**Arrival Date**          **Departure Date**<br>01/20/16          01/25/16<br>00000000<br>LODGING<br>CARDEPOSIT | $197.21 |
| 01/12/16 | AMAZON MKTPLACE PMTS<br>AMZN.COM/BILL     WA<br>BOOK STORES | $196.99 |
| 01/12/16 | THE CAPITAL   080457 58400080457<br>PARAMUS        NJ | $339.52 |

69 in   <   [toolbar] 737 of 1673   221%

| Date | Description | Amount |
|---|---|---|
| | Description<br>CONTRACTORS | |
| 01/15/16 | MONTVILLE VETERINARY G MONTVILLE VETER<br>MONTVILLE     NJ<br>VETERINARY SERVICE | $135.92 |
| 01/16/16 | SHELL OIL 57542758008<br>PARSIPPANY     NJ<br>AUTO FUEL DISPENSER | $25.76 |
| 01/16/16 | FOODTOWN STORE<br>LAKE HIAWATHA     NJ<br>9732638290 | $66.46 |
| 01/16/16 | PETSMART<br>WAYNE        NJ<br>PET SHOP/FOOD/SUPPLY | $14.98 |
| 01/17/16 | AA AIR TICKET SALE 4510541<br>DALLAS        TX<br>AMERICAN AIRLINES | $794.47 |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N.Y. NEWARK INTL A | PHOENIX SKY HARBOR | AA | A |
| | N/A | OO | L |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

[toolbar] 738 of 1673   221%

00000000

| 01/20/16 | THE RITZ CARLTON RANCHO MIRAGE PSPPS P | $463.36 |
|---|---|---|
| | RANCHO MIRAGE    CA | |

| Arrival Date | Departure Date |
|---|---|
| 01/17/16 | 01/20/16 |

00000000

Continued on reverse

CI-0145Q5Q AMEX000738

DOROTHY M MCBRIDE              Account Ending 1-91003

738 of 1673   221%

| | | Amount |
|---|---|---|
| 01/28/16 | MONTVILLE VETERINARY G MONTVILLE VETER | $928.85 |
| | MONTVILLE       NJ | |
| | VETERINARY SERVICE | |
| 01/28/16 | CHAPLAND PARKING LLC | $35.00 |
| | NEW YORK        NY | |
| | PARKING LOT & GARAGE | |
| 01/29/16 | PROSOURCE OF TUCSON 0785 | $5,866.06 |
| | TUCSON          AZ | |
| | 520-624-7788 | |
| | Description | |
| | FLOOR COVERING/ACC | |
| 01/29/16 | USPS 335400080124868 41833124868 | $24.08 |
| | MONTVILLE       NJ | |
| | 800-2758777 | |
| 01/29/16 | MONTVILLE VETERINARY G MONTVILLE VETER | $36.16 |
| | MONTVILLE       NJ | |
| | VETERINARY SERVICE | |
| 01/30/16 | NEW JERSEY E-Z PASS | $35.00 |
| | 888-288-6865    NJ | |

740 of 1673   221%

51

52

| Date | Description | | Amount |
|---|---|---|---|
| | 800-2758777 | | |
| 01/30/16 | RUTH'S PARSIPPANY 542929804190353 | | $369.04 |
| | PARSIPPANY      NJ | | |
| | 9738891400 | | |
| | TIP | $78.00 | |
| 01/31/16 | CALANDRA MEDITERRANEAN GRILL | | $79.06 |
| | FAIRFIELD      NJ | | |
| | RESTAURANT | | |
| 01/31/16 | WILLIAMS-SONOMA E-CO | | $85.56 |
| | 800-541-1262    CA | | |
| | 2807368300000000007045 | | |
| 02/02/16 | WHOLE FOODS MARKET | | $205.40 |
| | WEST ORANGE     NJ | | |
| | 9736693196 | | |
| | GROCERY STORES | | |
| 02/02/16 | VZWRLSS BILL PAY VB | | $338.41 |
| | (800)922-0204    GA | | |
| | BILL PAYMENT | | |

9 in                    740 of 1673   221%

| Date | Description | | Amount |
|---|---|---|---|
| | 0787663259201 11714 | | |
| | CABLE/BROADCAST SVC | | |
| 02/03/16 | OPTIMUM #7876 7876 | | $280.17 |
| | BETHPAGE      NY | | |
| | 0787662949602 11714 | | |
| | CABLE/BROADCAST SVC | | |
| 02/03/16 | LUNELLOS | | $510.51 |
| | CEDAR GROVE     NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $420.51 | |
| | TIP | $90.00 | |
| 02/03/16 | ADVANCE AUTO PARTS | | $16.04 |
| | PLAINFIELD      NJ | | |
| | 727903351601 07060 | | |
| | AUTO PARTS/ACCESSORIES | | |
| 02/04/16 | STAPLES 00566 | | $34.20 |
| | PARSIPPANY      NJ | | |
| | 00566000547545 07054 | | |
| | CD BURNING | | |
| | IN-STORE 22 UP LABELS 220 | | |
| 02/04/16 | STAPLES 00566 | | $1,256.51 |

                    741 of 1673   221%

52

| Detail | *Indicates posting date |
|---|---|

| Payments | | Amount |
|---|---|---|
| 02/08/16* | ONLINE PAYMENT - THANK YOU | -$4,694.74 |
| 02/09/16* | ONLINE PAYMENT - THANK YOU | -$4,694.75 |
| 02/10/16* | PAYMENT RECEIVED - THANK YOU | -$2,020.30 |
| 02/13/16* | ONLINE PAYMENT - THANK YOU | -$12,792.54 |
| 02/17/16* | ELECTRONIC PAYMENT RECEIVED-THANK | -$4,000.00 |

## New Charges

### Summary

| | Total |
|---|---|
| Total New Charges | $14,687.67 |

### Detail

**DOROTHY M MCBRIDE**
Card Ending 1-92001

| | Amount |
|---|---|

748 of 1673    221%

Card Ending 1-92001

| | | Amount |
|---|---|---|
| 02/05/16 | WALGREENS | $464.77 |
| | PARSIPPANY       NJ | |
| | 8002892273 | |
| | Description | |
| | REFER TO RECEIPT | |
| 02/06/16 | AMAZON.COM | $82.00 |
| | AMZN.COM/BILL      WA | |
| | MERCHANDISE | |
| 02/06/16 | KINGS SUPER MARKETS | $421.23 |
| | BOONTON       NJ | |
| | 973-463-6300 | |
| | Description | |
| | GROCERIES/SUNDRIES | |
| 02/06/16 | USPS 334095028105065 41833105065 | $2,537.70 |
| | LAKE HIAWATHA     NJ | |
| | 800-2758777 | |
| 02/11/16 | SHARIS *BERRIES   877-237-7437     CA | $156.90 |
| 02/13/16 | THE CONTAINER STORE | $431.95 |
| | PARAMUS       NJ | |

748 of 1673    221%

PARAMUS        NJ
9735976433
Description
RESTAURANT CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| 02/17/16 | LUNELLOS | | $561.03 |
| | CEDAR GROVE        NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $436.03 | |
| | TIP | $125.00 | |
| 02/18/16 | DUNKIN #345282    Q35 | | $7.02 |
| | NEWTON        NJ | | |
| | 973-383-1626 | | |
| 02/18/16 | CASA BELLA | | $238.43 |
| | DENVILLE        NJ | | |
| | USFC07834 | | |
| 02/19/16 | IFEBP MILWAUKEE | | $1,735.00 |
| | 262-786-6700      WI | | |
| | CONFERENCE | | |
| 02/19/16 | MONTVILLE VETERINARY G MONTVILLE VETER | | $163.13 |
| | MONTVILLE        NJ | | |
| | VETERINARY SERVICE | | |



201-487-1303
Description
FOOD/BEVERAGE

| Date | Description | | Amount |
|---|---|---|---|
| 02/28/16 | CUCINA CALANDRA 000000001 | | $68.65 |
| | FAIRFIELD        NJ | | |
| | 9735757720 | | |
| | Description | | |
| | REFER TO RECEIPT | | |
| 02/29/16 | BONEFISH GRILL | | $30.36 |
| | PINE BROOK        NJ | | |
| | RESTAURANT | | |
| 02/29/16 | LAND ROVER | | $954.11 |
| | PARSIPPANY        NJ | | |
| | 9735758055 | | |
| | Description | Price | |
| | AUTO/TRUCK DEALER | $954.11 | |

Continued on reverse

| 03/02/16 | WHOLE FOODS MARKET | $255.21 |
| | MADISON          NJ | |
| | 9738228444 | |
| | GROCERY STORES | |
| 03/03/16 | PETSMART | $348.59 |
| | EAST HANOVER       NJ | |
| | PET SHOP/FOOD/SUPPLY | |
| 03/06/16 | NEW JERSEY E-Z PASS | $35.00 |
| | 888-288-6865       NJ | |
| | 5P-94532655 | |
| | Description | |
| | FOR BILLING QUESTIO | |
| | ACCT: 15367141 B | |
| 03/06/16 | SHELL OIL 57544548001 | $54.17 |
| | PARSIPPANY       NJ | |
| | AUTO FUEL DISPENSER | |

## Fees

Amount

---

751 of 1673     221%

---

| Detail | *Indicates posting date | |
|---|---|---|
| **Payments** | | **Amount** |
| 03/11/16* | ONLINE PAYMENT - THANK YOU | -$5,888.47 |
| 03/12/16* | ONLINE PAYMENT - THANK YOU | -$5,888.48 |
| 03/13/16* | ONLINE PAYMENT - THANK YOU | -$2,592.69 |
| 03/14/16* | ONLINE PAYMENT - THANK YOU | -$168.08 |
| **Credits** | | **Amount** |
| 03/08/16 | FITBIT, INC. KJLXZJSAN FRANCISCO       CA | -$149.95 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$11,297.53** |

| Detail | *Indicates posting date |
|---|---|

**DOROTHY M MCBRIDE**
Card Ending 1-92001

---

757 of 1673     221%

55

| | Description<br>FOOD/BEVERAGE | |
|---|---|---|
| 03/19/16 | IHOP<br>PARSIPPANY      NJ<br>973-396-8629<br>Description<br>FOOD/BEVERAGE | $24.65 |
| 03/20/16 | WHOLE FOODS MARKET<br>WEST ORANGE      NJ<br>9736693196<br>GROCERY STORES | $200.28 |
| 03/21/16 | HAMMACHER SCHLEMMER<br>800 233 4800      OH<br>GIFT ITEMS | $232.75 |

Continued on next page

CI-0145Q5Q AMEX000758

| | | Amount |
|---|---|---|
| 03/21/16 | HAMMACHER SCHLEMMER<br>800 233 4800      OH<br>GIFT ITEMS | $39.95 |
| 03/21/16 | TLF GLENDALE FLORIST AND GH TLF GLENDA<br>MORRISTOWN      NJ<br>973-538-0500 | $144.40 |
| 03/22/16 | AMAZON.COM<br>AMZN.COM/BILL      WA<br>MERCHANDISE | $32.30 |
| 03/22/16 | AMAZON.COM<br>AMZN.COM/BILL      WA<br>MERCHANDISE | $41.70 |
| 03/22/16 | LUNELLOS<br>CEDAR GROVE      NJ<br>RESTAURANT<br>FOOD/BEVERAGE            $316.19<br>TIP                              $80.00 | $396.19 |
| 03/22/16 | LUNELLOS | $98.25 |

56

| Date | Description | Amount |
|---|---|---|
| 04/01/16 | FGM*FRONTGATE | $27.39 |
| | 888-263-9850       OH | |
| | 888-263-9850 | |
| 04/01/16 | MONTVILLE VETERINARY G MONTVILLE VETER | $253.85 |
| | MONTVILLE       NJ | |
| | VETERINARY SERVICE | |
| 04/01/16 | MONTVILLE VETERINARY G MONTVILLE VETER | $58.84 |
| | MONTVILLE       NJ | |
| | VETERINARY SERVICE | |
| 04/02/16 | OPTIMUM #7876 7876 | $325.00 |
| | BETHPAGE       NY | |
| | 0787662949602 11714 | |
| | CABLE/BROADCAST SVC | |
| 04/02/16 | OPTIMUM #7876 7876 | $295.00 |
| | BETHPAGE       NY | |
| | 0787663259201 11714 | |
| | CABLE/BROADCAST SVC | |
| 04/02/16 | BLOOMINGDALE'S #0006 000000006 | $120.00 |

| Payments | | Amount |
|---|---|---|
| 04/08/16* | ONLINE PAYMENT - THANK YOU | -$4,740.74 |
| 04/08/16* | ONLINE PAYMENT - THANK YOU | -$4,740.38 |
| 04/10/16* | ONLINE PAYMENT - THANK YOU | -$1,255.71 |
| 04/17/16* | ONLINE PAYMENT - THANK YOU | -$560.70 |
| **Credits** | | **Amount** |
| 05/04/16 | IFEBP MILWAUKEE | -$114.73 |
| | 262-786-6700       WI | |
| | CONFERENCE | |
| 05/04/16 | IFEBP MILWAUKEE | -$114.73 |
| | 262-786-6700       WI | |
| | CONFERENCE | |
| 05/04/16 | IFEBP MILWAUKEE | -$114.73 |
| | 262-786-6700       WI | |
| | CONFERENCE | |

## New Charges

### Summary

| | Total |
|---|---|

DOROTHY M MCBRIDE                              Account Ending 1-92001                                    p. 4/16

## Detail Continued    *Indicates posting date

| | | | Amount |
|---|---|---|---|
| 04/07/16 | LEXINGTON 58 PARKING L 0354 | | $57.50 |
| | NEW YORK       NY | | |
| | 212-686-9800 | | |
| | Description | | |
| | AUTOMOBILE PARKING | | |
| 04/08/16 | SHELL OIL 57545293805 | | $56.01 |
| | PINE BROOK       NJ | | |
| | AUTO FUEL DISPENSER | | |
| 04/09/16 | USPS 334095028105065 41833105065 | | $1,327.54 |
| | LAKE HIAWATHA       NJ | | |
| | 800-2758777 | | |
| 04/14/16 | NORTH LA ENCANTADA NORTH LA ENCANT | | $384.42 |
| | TUCSON       AZ | | |
| | TUCSON,AZ | | |
| | FOOD/BEVERAGE | $320.42 | |
| | TIP | $64.00 | |

770 of 1673    221%

| | | | |
|---|---|---|---|
| | Arrival Date | Departure Date | |
| | 04/17/16 | 04/17/16 | |
| | 00000000 | | |
| | LODGING | | |
| 04/18/16 | WESTIN LAPALOMA WESTIN LAPALOMA | | $658.74 |
| | TUCSON       AZ | | |
| | Arrival Date | Departure Date | |
| | 04/17/16 | 04/17/16 | |
| | 00000000 | | |
| | LODGING | | |
| 04/19/16 | WPY*ONLINE EVENT BY THE M | | $50.00 |
| | PALO ALTO       CA | | |
| | 855-469-3729 | | |
| 04/19/16 | RUTH'S CHRIS STEAK H | | $380.12 |
| | PARSIPPANY       NJ | | |
| | RESTAURANT | | |
| 04/22/16 | LUNELLOS | | $54.95 |
| | CEDAR GROVE       NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $44.95 | |
| | TIP | $10.00 | |
| 04/22/16 | LUNELLOS | | $282.18 |

771 of 1673    221%

58

| | | |
|---|---|---|
| | Description<br>FUEL DEALERS | |
| 04/27/16 | LUNELLOS | $1,042.44 |
| | CEDAR GROVE      NJ | |
| | RESTAURANT | |
| | FOOD/BEVERAGE      $847.44 | |
| | TIP      $195.00 | |
| 04/28/16 | NEW JERSEY E-Z PASS | $35.00 |
| | 888-288-6865      NJ | |
| | TOLL & BRIDGE FEE | |
| | Description | |
| | FOR BILLING QUESTIO | |
| | ACCT: 5P-98317905B | |
| 04/28/16 | APPLEBEES 9323700560 | $45.41 |
| | PARSIPPANY      NJ | |
| | 973-2635005 | |
| | FOOD/BEVERAGE      $37.41 | |
| | TIP      $8.00 | |
| 04/28/16 | SHELL OIL 57542758008 | $58.81 |
| | PARSIPPANY      NJ | |
| | AUTO FUEL DISPENSER | |
| 04/29/16 | FOODTOWN STORE | $50.48 |

772 of 1673    221%

| | | |
|---|---|---|
| | 9732658296 | |
| 04/30/16 | LANDAUER CAFE | $192.30 |
| | Montville      NJ | |
| | squareup.com/receipts | |
| 04/30/16 | USPS 334095028105065 41833105065 | $1,824.82 |
| | LAKE HIAWATHA      NJ | |
| | 800-2758777 | |
| 04/30/16 | GREEN CLEAN CAR WASH 103001002198471 | $85.47 |
| | PINE BROOK      NJ | |
| | 973-227-8833 | |
| 04/30/16 | GREEN CLEAN CAR WASH 103001002198471 | $42.80 |
| | PINE BROOK      NJ | |
| | 973-227-8833 | |
| 05/01/16 | WHOLE FOODS MARKET | $125.63 |
| | WEST ORANGE      NJ | |
| | 9736693196 | |
| | GROCERY STORES | |

772 of 1673    221%

59

ATLANTA
DELTA AIR LINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N.Y. NEWARK INTL A | ATLANTA HARTSFIELD | DL | Z |
| | PUNTA CANA | DL | Z |
| | ATLANTA HARTSFIELD | DL | Z |
| | N.Y. NEWARK INTL A | DL | Z |

Ticket Number: 00623433210886          Date of Departure: 05/19
Passenger Name: MCBRIDE/DOROTHY MARGARET
Document Type: PASSENGER TICKET

| /16 | TRAVEL INSURANCE POLICY | $59.71 |
|---|---|---|
| | RICHMOND          VA | |
| | 800-729-6021 | |
| | Description | |
| | INSURANCE BROKERS/U | |

| /16 | THE HOME DEPOT #0965 | $161.55 |
|---|---|---|
| | MONTVILLE          NJ | |
| | 800-654-0688 | |

| /16 | HEALTHY CHOICE APOTHECARY | $162.00 |
|---|---|---|
| | CHAPPAQUA          NY | |
| | 9142381700 | |
| | Description | |
| | REFER TO RECEIPT | |

773 of 1673     221%

| | TKT NO. 00623433210886 | | |
|---|---|---|---|
| 05/03/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | | $9.95 |
| | TRAVEL DELAY 800-645-9700 | | |
| | TKT NO. 00623433210886 | | |
| 05/03/16 | MONTVILLE INN | | $148.07 |
| | MONTVILLE          NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $124.07 | |
| | TIP | $24.00 | |
| 05/04/16 | LOWE'S | | $322.48 |
| | BUTLER          NJ | | |
| | 973-291-5000 | | |
| 05/05/16 | THE CAPITAL   080457 58400080457 | | $188.36 |
| | PARAMUS          NJ | | |
| | 201-8457040 | | |
| | FOOD/BEVERAGE | $158.36 | |
| | TIP | $30.00 | |

in

773 of 1673     221%

| Payments | | | Amount |
|---|---|---|---|
| 05/11/16* | DOROTHY M MCBRIDE | PAYMENT RECEIVED - THANK YOU | -$9,476.89 |
| 05/12/16* | DOROTHY M MCBRIDE | ONLINE PAYMENT - THANK YOU | -$9,476.90 |
| 05/13/16* | DOROTHY M MCBRIDE | ONLINE PAYMENT - THANK YOU | -$2,979.84 |
| 05/17/16* | DOROTHY M MCBRIDE | ELECTRONIC PAYMENT RECEIVED-THANK | -$3,530.00 |
| 05/31/16* | DOROTHY M MCBRIDE | PAYMENT RECEIVED - THANK YOU | -$1,841.00 |
| 05/31/16* | DOROTHY M MCBRIDE | RETURNED CHECK/DECLINED BANK TRANSACTIONS | $1,841.00 |
| **Credits** | | | **Amount** |
| 05/11/16 | DOROTHY M MCBRIDE | LOWE'S<br>BUTLER        NJ<br>973-291-5000 | -$18.71 |

## New Charges

### Summary

| | Total |
|---|---|
| DOROTHY M MCBRIDE 1-92001 | $21,257.52 |
| **Total New Charges** | **$21,257.52** |

11.69 in    785 of 1673    221%

| | | |
|---|---|---|
| | LYNDHURST        NJ<br>USFC07071 | |
| 05/11/16 | LOWE'S<br>BUTLER        NJ<br>973-291-5000 | $185.89 |
| 05/13/16 | WHOLE FOODS MARKET<br>WEST ORANGE        NJ<br>9736693196<br>GROCERY STORES | $89.33 |
| 05/13/16 | WAWA<br>PARSIPPANY        NJ<br>8004449292 | $54.37 |
| 05/13/16 | HIGHLAWN PAVILION 542929805823176<br>WEST ORANGE        NJ<br>9737313463<br>TIP                                $90.00 | $508.10 |
| 05/13/16 | LIBERTY MUTUAL<br>888-398-8924        MA<br>INSURANCE | $4,511.00 |
| 05/14/16 | THE HOME DEPOT<br>PARAMUS        NJ | $149.58 |

9 in    786 of 1673    221%

| Date | Description | | Amount |
|---|---|---|---|
| 05/28/16 | RUTH'S CHRIS STEAK H | | $403.68 |
| | PARSIPPANY          NJ | | |
| | RESTAURANT | | |
| 05/28/16 | WHOLE FOODS MARKET | | $317.29 |
| | WEST ORANGE         NJ | | |
| | 9736693196 | | |
| | GROCERY STORES | | |
| 06/01/16 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | | $20.99 |
| | AIRFLIGHT ANNUAL PREMIUM 800-437-9209 | | |
| | 160601 FOR ENHANCED COVERAGE | | |
| 06/01/16 | VZWRLSS BILL PAY VB | | $479.52 |
| | (800)922-0204      GA | | |
| | 098216353700001 30004 | | |
| 06/01/16 | LUNELLOS | | $661.85 |
| | CEDAR GROVE        NJ | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $461.85 | |
| | TIP | $200.00 | |

1.69 in

787 of 1673   221%

| Payments | | Amount |
|---|---|---|
| 06/12/16* | PAYMENT RECEIVED - THANK YOU | -$3,911.92 |
| 06/13/16* | ONLINE PAYMENT - THANK YOU | -$3,911.91 |
| 06/15/16* | ONLINE PAYMENT - THANK YOU | -$2,873.65 |
| 06/17/16* | ELECTRONIC PAYMENT RECEIVED-THANK | -$5,000.00 |
| 06/23/16* | ONLINE PAYMENT - THANK YOU | -$2,368.72 |

## New Charges

### Summary

| | Total |
|---|---|
| Total New Charges | $30,360.63 |

### Detail   *Indicates posting date

**DOROTHY M MCBRIDE**
Card Ending 1-92001

| | | Amount |
|---|---|---|
| 06/06/16 | FOODTOWN STORE | $202.56 |
| | LAKE HIAWATHA      NJ | |
| | 9732638290 | |

69 in

798 of 1673   221%

| | | |
|---|---|---|
| 06/07/16 | CEDAR GROVE      NJ | $380.92 |
| | RESTAURANT | |
| | FOOD/BEVERAGE            $380.92 | |
| | TIP                     $80.00 | |
| 06/08/16 | SHELL OIL 57545293805 | $62.69 |
| | PINE BROOK      NJ | |
| | AUTO FUEL DISPENSER | |
| 06/08/16 | HIGHLAWN PAVILION 542929805823176 | $1,014.68 |
| | WEST ORANGE      NJ | |
| | 9737313463 | |
| | TIP                     $175.00 | |
| 06/11/16 | OPTIMUM #7876 7876 | $267.16 |
| | BETHPAGE        NY | |
| | 0787663259201 11714 | |
| | CABLE/BROADCAST SVC | |
| 06/11/16 | OPTIMUM #7876 7876 | $236.76 |
| | BETHPAGE        NY | |
| | 0787662949602 11714 | |
| | CABLE/BROADCAST SVC | |

Continued on reverse

? x 11.69 in      <                                798 of 1673      221%

| | | |
|---|---|---|
| 06/13/16 | LANDAUER CAFE | $241.29 |
| | Montville      NJ | |
| | squareup.com/receipts | |
| 06/13/16 | RUTH'S CHRIS STEAK H | $539.65 |
| | PARSIPPANY      NJ | |
| | RESTAURANT | |
| 06/13/16 | RUTH'S CHRIS STEAK H | $500.00 |
| | PARSIPPANY      NJ | |
| | RESTAURANT | |
| 06/13/16 | BILLS VILLAGE FLORIST 0000 | $58.85 |
| | BOONTON        NJ | |
| | 973-334-0158 | |
| | Description | |
| | FLOWERS/PLANTS/GIFT | |
| 06/14/16 | SEARS.COM | $288.89 |
| | 800-349-4358     IA | |
| | 800-349-4358 | |
| | Description            Price | |
| | LAUNDRY            $269.99 | |
| 06/14/16 | SHELL OIL 57545293805 | $58.53 |
| | PINE BROOK      NJ | |

799 of 1673      221%

GROCERY STORES

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 06/20/16 | CHEAPTICKETS | | | | $569.20 |
| | BELLEVUE    WA | | | | |
| | AMERICAN AIRLINES INC | | | | |
| | From: | To: | Carrier: | Class: | |
| | N.Y. NEWARK INTL A | PHOENIX SKY HARBOR | AA | G | |
| | | TUCSON INTERNATION | AA | G | |
| | | CHICAGO O'HARE INT | AA | Q | |
| | | N.Y. NEWARK INTL A | AA | Q | |
| | Ticket Number: 00178173324276 | Date of Departure: 06/27 | | | |
| | Passenger Name: MCBRIDE/DOROTHY | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 06/20/16 | MICROSOFT  *STORE 0000 | | | | $149.00 |
| | 877-696-7786    WA | | | | |
| | 800-642-7676 | | | | |
| | Description | | | | |
| | COMPUTER HRDWR/SFTW | | | | |
| 06/20/16 | CHEAPTICKETS.COM | | | | $41.00 |
| | WWW.CTIX.INFO    WA | | | | |
| | TRAVEL | | | | |
| 06/21/16 | AA AIR TICKET SALE 4510735 | | | | $872.73 |
| | DALLAS    TX | | | | |
| | AMERICAN AIRLINES | | | | |

800 of 1673    221%

Detail Continued    *Indicates posting date

| | | Amount |
|---|---|---|
| 06/23/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $9.95 |
| | BAGGAGE INSURANCE PREMIUM 800-645-9700 | |
| | TKT NO. 0012378617625 | |
| 06/23/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $9.95 |
| | TRAVEL DELAY 800-645-9700 | |
| | TKT NO. 0012378617625 | |
| 06/23/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $24.99 |
| | AIRFLIGHT INSURANCE PREMIUM 800-437-9209 | |
| | TKT NO. 0012378617625 | |
| 06/23/16 | RINCON AIR CONDITIONING AND HEATING CO | $17,677.50 |
| | Tucson    AZ | |
| | squareup.com/receipts | |
| 06/24/16 | LUNELLOS | $468.97 |
| | CEDAR GROVE    NJ | |
| | RESTAURANT | |
| | FOOD/BEVERAGE    $373.97 | |
| | TIP    $95.00 | |
| 06/24/16 | EXXONMOBIL 4798 | $65.37 |

801 of 1673    221%

| 06/28/16 | NORTH LA ENCANTADA NORTH LA ENCANT | | $33.53 |
|---|---|---|---|
| | TUCSON           AZ | | |
| | TUCSON,AZ | | |
| | FOOD/BEVERAGE | $26.53 | |
| | TIP | $7.00 | |
| 06/28/16 | PREP & PASTRY | | $26.54 |
| | TUCSON           AZ | | |
| | 520-326-7737 | | |
| 06/29/16 | AJ'S | | $110.73 |
| | TUCSON           AZ | | |
| | 480-895-9350 | | |
| | Description | | |
| | GROCERIES/SUNDRIES | | |
| 06/29/16 | WHOLEFDS RRD #10475 000000167 | | $32.99 |
| | TUCSON           AZ | | |
| | 5125423009 | | |
| | Description        Price | | |
| | GROCERY STORES     $32.99 | | |
| 07/01/16 | AA AIR TICKET SALE 4510735 | | $219.01 |
| | DALLAS           TX | | |
| | AMERICAN AIRLINES | | |
| | From:            To:         Carrier:      Class: | | |

802 of 1673     221%

DOROTHY M MCBRIDE                    Account Ending 1-92001                          p. 8/12

**Detail Continued**     *Indicates posting date

| | | Amount |
|---|---|---|
| 07/04/16 | SHELL OIL 12464740005 | $20.47 |
| | TUCSON           AZ | |
| | AUTO FUEL DISPENSER | |
| 07/05/16 | SULLIVANS #8525 0512 | $330.26 |
| | TUCSON           AZ | |
| | 520-299-4275 | |
| | Description | |
| | FOOD/BEVERAGE | |
| 07/06/16 | ALAMO CAR RENTAL | $255.91 |
| | TUCSON           AZ | |

|          | Location          | Date |
|---|---|---|
| Rental:  | TUCSON AZ         | 16/06/27 |
| Return:  | TUCSON AZ         | 16/07/06 |

Agreement Number: 333088355
Renter Name: MCBRIDE DOROTHY M

803 of 1673     221%

|  | Total |
|---|---|
| **Payments** | -$30,228.64 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$30,228.64** |

| Detail | *Indicates posting date | |
|---|---|---|
| **Payments** | | **Amount** |
| 07/08/16* | ONLINE PAYMENT - THANK YOU | -$2,829.22 |
| 07/08/16* | ONLINE PAYMENT - THANK YOU | -$2,829.23 |
| 07/10/16* | ONLINE PAYMENT - THANK YOU | -$1,660.43 |
| 07/12/16* | ONLINE PAYMENT - THANK YOU | -$10,000.00 |
| 07/13/16* | ELECTRONIC PAYMENT RECEIVED-THANK | -$5,000.00 |
| 07/18/16* | ONLINE PAYMENT - THANK YOU | -$7,909.76 |

## New Charges

### Summary

|  | Total |
|---|---|
| **Total New Charges** | **$31,866.15** |

| | | | |
|---|---|---|---|
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $351.50 | |
| | TIP | $100.00 | |
| 07/07/16 | FOODTOWN STORE | | $75.87 |
| | LAKE HIAWATHA    NJ | | |
| | 9732638290 | | |
| 07/07/16 | MICHAELS STORES 9194 | | $18.70 |
| | PARSIPPANY    NJ | | |
| | ARTIST SUPPLY & CRAFT | | |
| 07/07/16 | LABCORP CASH NJQ30 | | $30.00 |
| | PARSIPPANY    NJ | | |
| | TESTING LABORATORY | | |
| 07/08/16* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | | $19.95 |
| | PREM CAR RENTAL PROTECTION 800-326-2078 | | |
| | ALAMO CAR RENTA $255.91 06/07/2016 | | |
| 07/09/16 | THE CAPITAL   080457 58400080457 | | $331.78 |
| | PARAMUS    NJ | | |
| | 201-8457040 | | |
| | FOOD/BEVERAGE | $271.78 | |
| | TIP | $60.00 | |

**Detail Continued**      *Indicates posting date

| | | Amount |
|---|---|---|
| 07/10/16 | CALANDRA MEDITERRANEAN GRILL<br>FAIRFIELD        NJ<br>9732268889<br>Description<br>REFER TO RECEIPT | $90.81 |
| 07/11/16 | LUNELLOS<br>CEDAR GROVE        NJ<br>RESTAURANT<br>FOOD/BEVERAGE                $579.41<br>TIP                                      $195.00 | $774.41 |
| 07/11/16 | DUNKIN #344295    Q35<br>MONTVILLE        NJ<br>201-779-6506 | $41.50 |
| 07/12/16 | RINCON AIR CONDITIONING AND HEATING CO<br>Tucson        AZ<br>squareup.com/receipts | $17,677.50 |
| 07/12/16 | SHELL OIL 57541246005<br>BOONTON        NJ<br>AUTO FUEL DISPENSER | $60.57 |

811 of 1673    221%

| **Payments** | **-$20,083.39** |
|---|---|
| **Credits** | **$0.00** |
| **Total Payments and Credits** | **-$20,083.39** |

**Detail**      *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 10/17/17* | ONLINE PAYMENT - THANK YOU | -$7,296.40 |
| 10/18/17* | ONLINE PAYMENT - THANK YOU | -$7,296.40 |
| 10/23/17* | ONLINE PAYMENT - THANK YOU | -$1,218.96 |
| 10/26/17* | ELECTRONIC PAYMENT RECEIVED-THANK | -$4,271.63 |

## New Charges

### Summary

1.69 in

1001 of 1673    162%

| 10/06/17 | THE UPS STORE<br>BUSINESS SERVICE | LAKE HIAWATHA | NJ | $838.05 |
|---|---|---|---|---|
| 10/07/17 | UBER  *US OCT07 QL6AU<br>HELP.UBER.COM | HELP.UBER.COM | CA | $21.18 |
| 10/07/17 | THE UPS STORE<br>BUSINESS SERVICE | LAKE HIAWATHA | NJ | $219.70 |
| 10/08/17 | TECH CAFE, PRESENTED BY LUNCH WITH TON<br>squareup.com/receipts | Santa Clara | CA | $14.09 |
| 10/08/17 | UBER  *US OCT08 PBTOE<br>HELP.UBER.COM | HELP.UBER.COM | CA | $15.55 |
| 10/09/17 | MORTON'S SAN JOSE 0029<br>408-947-7000<br>Description<br>FOOD/BEVERAGE | SAN JOSE | CA | $568.31 |
| 10/10/17 | UBER  *TRIP 74PLZ<br>HELP.UBER.COM | HELP.UBER.COM | CA | $14.69 |
| 10/10/17 | WESTIN LA PALOMA WESTIN LA PALOM<br>Arrival Date                Departure Date | TUCSON | AZ | $2,183.00 |

in

1001 of 1673    162%

DOROTHY M MCBRIDE                    Account Ending 1-92001                                p. 4/10

## Detail Continued   *Indicates posting date

|  |  |  |  | Amount |
|---|---|---|---|---|
| 10/10/17 | OPTIMUM 7876V 7876<br>0787662949602 11714<br>CABLE/BROADCAST SVC | BETHPAGE | NY | $385.70 |
| 10/10/17 | OPTIMUM 7876V 7876<br>0787663259201 11714<br>CABLE/BROADCAST SVC | BETHPAGE | NY | $96.82 |
| 10/11/17 | HILTON SAN JOSE 2477<br>Arrival Date        Departure Date<br>10/07/17           10/10/17<br>00000000 | SAN JOSE | CA | $999.35 |

‹    🔲 🔲 |← ← → →| 1002 of 1673   🔍 🔍  162%  ▾   🔲 🔲 🔲

| 10/22/17 | WESTIN LA PALOMA WESTIN LA PALOM<br>Arrival Date        Departure Date<br>10/22/17           10/22/17<br>00000000<br>LODGING | TUCSON | AZ | $482.57 |
| 10/22/17 | UBER  *TRIP 5HBOP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $49.92 |
| 10/22/17 | RUTH'S CHRIS STEAK H<br>RESTAURANT | PARSIPPANY | NJ | $292.26 |
| 10/23/17* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>PREM CAR RENTAL PROTECTION 800-326-2078<br>CRA1117187814 10/10/2017 TUCSON |  |  | $19.95 |
| 10/23/17 | LOWE'S<br>973-291-5000 | BUTLER | NJ | $491.39 |
| 10/24/17 | PORTO LEGGERO REST<br>2014343200<br>Description<br>REFER TO RECEIPT | JERSEY CITY | NJ | $111.91 |

‹    🔲 🔲 |← ← → →| 1003 of 1673   🔍 🔍  162%  ▾   🔲 🔲 🔲

| 10/29/17 | WHOLE FOODS MARKET<br>9738228444<br>Description        Price<br>GROCERY STORES    $216.39 | MADISON | NJ | $216.39 |
| 10/30/17 | MICHAELS STORES 9194<br>ARTIST SUPPLY & CRAFT | PARSIPPANY | NJ | $32.25 |
| 10/30/17 | SP * XCVI<br>2137492661 | LOS ANGELES | CA | $198.40 |
| 10/30/17 | MONTVILLE VALERO 000000000328120<br>9733355338 | MONTVILLE | NJ | $62.82 |
| 11/01/17 | STATE SHUTTLE WORLDWIDE<br>9733473144<br>Description<br>433361 | LAKE HOPATCONG |  | $56.35 |
| 11/04/17 | WHOLE FOODS MARKET<br>9736693196<br>Description        Price | WEST ORANGE | NJ | $260.55 |

11.69 in   ‹    🔲 🔲 |← ← → →| 1003 of 1673   🔍 🔍  162%  ▾   🔲 🔲 🔲

| Payments | | Amount |
|---|---|---|
| 11/10/17* | PAYMENT RECEIVED - THANK YOU | -$3,200.69 |
| 11/11/17* | ONLINE PAYMENT - THANK YOU | -$3,200.69 |
| 11/15/17* | ONLINE PAYMENT - THANK YOU | -$2,682.59 |
| 11/15/17* | ELECTRONIC PAYMENT RECEIVED-THANK | -$3,000.00 |
| 11/16/17* | PAYMENT RECEIVED - THANK YOU | -$1,139.31 |

| Credits | | Amount |
|---|---|---|
| 11/10/17 | LIBERTY MUTUAL<br>888-398-8924    MA<br>INSURANCE SALES | -$98.00 |
| 11/15/17 | HILTON SAN JOSE 2477<br>SAN JOSE    CA<br>Arrival Date    Departure Date<br>11/15/17    11/15/17<br>00000000<br>LODGING | -$50.00 |

..69 in    <    [toolbar] 1011 of 1673    162%

| | | | | |
|---|---|---|---|---|
| 11/06/17 | FRONTGATE<br>888-263-9850 | 888-263-9850 | OH | $249.20 |
| 11/06/17 | FRONTGATE<br>888-263-9850 | 888-263-9850 | OH | $127.20 |
| 11/07/17 | STATE SHUTTLE WORLDWIDE<br>9733473144<br>Description<br>433362 | LAKE HOPATCONG | | $56.35 |
| 11/07/17 | REALPRO PARKING LLC 650000009801054<br>2125998670<br>Description    Price<br>PARKING LOTS/GARAGE    $30.00 | NEW YORK | NY | $30.00 |
| 11/07/17 | 51370 - SFG CPRK513701 CPRK<br>3122742000<br>Description    Price<br>PARKING FEES    $52.00 | NEW YORK | NY | $52.00 |

' x 11.69 in    <    [toolbar] 1011 of 1673    162%

| | | | | Amount |
|---|---|---|---|---|
| 11/08/17 | LU NELLOS RISTORANTE 00001<br>RESTAURANT<br>FOOD/BEVERAGE    $369.79<br>TIP    $100.00 | CEDAR GROVE | NJ | $469.79 |
| 11/09/17 | CHERRYDALE 542929807043732<br>8003334525<br>Description    Price<br>GIFT, NOVELTY STORE    $220.45 | LANSDALE | PA | $220.45 |
| 11/10/17 | VZWRLSS BILL PAY  VB<br>BILL PAYMENT | 800-922-0204 | FL | $404.98 |
| 11/10/17 | SHOPRITE PARSIPPANY<br>557952 07054 | PARSIPPANY | NJ | $350.00 |
| 11/10/17 | SHOPRITE PARSIPPANY<br>557401 07054 | PARSIPPANY | NJ | $308.89 |
| 11/10/17 | MONTVILLE VALERO 000000000328120<br>9733355338 | MONTVILLE | NJ | $69.35 |

in    <    [toolbar] 1012 of 1673    162%

69

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 11/15/17 | SP * XCVI<br>2137492661 | LOS ANGELES | CA | $260.00 |
| 11/15/17 | WALGREENS<br>NONE 07054<br>PHARMACIES | PARSIPPANY | NJ | $86.35 |
| 11/17/17 | LANDAUER CAFE<br>squareup.com/receipts | Montville | NJ | $235.19 |
| 11/17/17 | MONTVILLE VETERINARY G MONTVILLE VETER<br>VETERINARY SERVICE | MONTVILLE | NJ | $58.00 |
| 11/19/17 | MORTON'S HACKENSACK 0024<br>201-487-1303<br>Description<br>FOOD/BEVERAGE | HACKENSACK | NJ | $415.13 |
| 11/20/17 | MONTVILLE VETERINARY G MONTVILLE VETER<br>VETERINARY SERVICE | MONTVILLE | NJ | $324.19 |
| 11/21/17 | WHOLE FOODS MARKET<br>9736693196<br>Description          Price | WEST ORANGE | NJ | $186.67 |

1012 of 1673   162%

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 11/22/17 | UBER  *TRIP LDQFB<br>HELP.UBER.COM | HELP.UBER.COM | CA | $31.31 |
| 11/23/17 | MORTON'S HACKENSACK 0005<br>201-487-1303<br>Description<br>FOOD/BEVERAGE | HACKENSACK | NJ | $110.00 |
| 11/24/17 | B&N MEMBERSHIP RENEWAL<br>866-238-7323<br>Description<br>B Membership Renewa | BN.COM/Membership | NY | $25.00 |
| 11/24/17 | TLF=BROADWAY FLORAL AND G TLF=BROADWAY<br>973-625-2772 | DENVILLE | NJ | $550.41 |
| 11/24/17 | MONTVILLE VETERINARY G MONTVILLE VETER<br>VETERINARY SERVICE | MONTVILLE | NJ | $190.16 |
| 11/25/17 | THE HOME DEPOT<br>800-654-0688 | PARSIPPANY | NJ | $101.42 |
| 11/25/17 | VERIZON WIRELESS<br>8009220204 | SHORT HILLS | NJ | $181.67 |

1013 of 1673   162%

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 11/25/17 | STAPLES 00566<br>00566000509722 07054<br>ESSAY/DOCUMENT-CUSTOM<br>440 LABEL 20 SHEET PIS | PARSIPPANY | NJ | $25.39 |
| 11/26/17 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | $0.99 |
| 11/26/17 | OCEANAIRE HACKENSACK 0086<br>201-343-8862<br>Description<br>FOOD/BEVERAGE | HACKENSACK | NJ | $179.82 |
| 11/27/17 | SHELL OIL 57542758008<br>AUTO FUEL DISPENSER | PARSIPPANY | NJ | $3.00 |
| 11/27/17 | STAPLES 00566<br>00566000509969 07054<br>PM CHEVRON STORAGE NEST XS WHT<br>PM CHEVRON STORAGE NEST XS MNT<br>WOVEN STRAP TOTE SMALL WHITE<br>PM CHEVRON STORAGE CADDY WHITE | PARSIPPANY | NJ | $44.83 |

1013 of 1673   162%

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 12/01/17 | STATE SHUTTLE WORLDWIDE<br>9733473144<br>Description<br>434199 | LAKE HOPATCONG | | $56.35 |
| 12/01/17 | TME*56HN4H*PEOPLE<br>855-449-8747 10281 | 855-449-8747 | NY | $61.00 |
| 12/01/17 | SHELL OIL 57545293805<br>AUTO FUEL DISPENSER | PINE BROOK | NJ | $10.00 |
| 12/01/17 | SHELL OIL 57545293805<br>AUTO FUEL DISPENSER | PINE BROOK | NJ | $3.00 |
| 12/01/17 | KINGS SUPERMKT LIVINGSTN 35<br>973-463-6300<br>Description<br>GROCERIES/SUNDRIES | LIVINGSTON | NJ | $61.52 |
| 12/01/17 | HERTZ CAR RENTAL | 800-654-4173 | NJ | $117.51 |

|  | Location | | Date | | |
|---|---|---|---|---|---|
| Rental: | FAIRFIELD NJ | | 17/11/27 | | |
| Return: | FAIRFIELD NJ | | 17/12/01 | | |
| | Agreement Number: H32221243 | | | | |

---

in   ‹    🖙 🖙 I← ← → →I  1014 of 1673   🔍 🔍  162%  ▾   🗂 🗂 🗂

| Date | Description | | Location | State | Amount |
|---|---|---|---|---|---|
| 12/21/17 | ONLINE PAYMENT - THANK YOU | | | | -$2,105.23 |
| **Credits** | | | | | **Amount** |
| 12/21/17 | B&N MEMBERSHIP RENEWAL<br>BN.COM/Membership   NY<br>866-238-7323<br>Description<br>BN Membership Renew | | | | -$25.00 |
| 12/21/17 | TME*56HN4H*PEOPLE<br>855-449-8747     NY<br>855-449-8747 10281 | | | | -$61.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$11,848.11** |

---

in   ‹    🖙 🖙 I← ← → →I  1023 of 1673   🔍 🔍  162%  ▾   🗂 🗂 🗂

| Date | Description | | Location | State | Amount |
|---|---|---|---|---|---|
| 12/14/17 | MONTVILLE INN<br>RESTAURANT | | MONTVILLE | NJ | $132.63 |
| | FOOD/BEVERAGE | $111.63 | | | |
| | TIP | $21.00 | | | |
| 12/14/17 | USPS PO 3340950281 001369589<br>8002758777 | | LAKE HIAWATHA | NJ | $1,187.50 |
| | Description | Price | | | |
| | POST SVCS GO | $1,187.50 | | | |
| 12/15/17 | MONTVILLE VETERINARY G MONTVILLE VETER<br>VETERINARY SERVICE | | MONTVILLE | NJ | $276.36 |
| 12/16/17 | IHOP<br>973-396-8629<br>Description<br>GOODS AND SERVICES | | PARSIPPANY | NJ | $32.70 |
| 12/17/17 | PETCO<br>000-0000000 | | KINNELON | NJ | $97.03 |
| | Description | Price | | | |
| | MERCHANDISE | $97.03 | | | |

‹    🖙 🖙 I← ← → →I  1024 of 1673   🔍 🔍  162%  ▾   🗂 🗂 🗂

FOOD/BEVERAGE

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 12/21/17 | ENTERPRISE RENTACAR WAYNE 1008013<br>　　　　Location<br>Rental:　WAYNE NJ<br>Return:　WAYNE NJ<br>Agreement Number: D687570<br>Renter Name: MCBRIDE DO | WAYNE<br>Date<br>17/12/22<br>17/12/22 | NJ | $14.50 |
| 12/21/17 | TUCSON UTILITY BILLING<br>8005989449 | PHOENIX | AZ | $612.30 |
| 12/22/17 | KINGS SUPER MARKETS<br>973-463-6300<br>Description<br>GROCERIES/SUNDRIES | BOONTON | NJ | $330.18 |
| 12/22/17 | KINGS SUPER MARKETS<br>973-463-6300<br>Description<br>GROCERIES/SUNDRIES | BOONTON | NJ | $26.68 |
| 12/22/17 | TRUE EARTH HEALTH PRODUCTS<br>631-869-4741 | (631)869-4741 | NY | $59.95 |

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 12/26/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $24.48 |
| 12/27/17 | IHOP<br>973-396-8629<br>Description<br>GOODS AND SERVICES | PARSIPPANY | NJ | $59.64 |
| 12/27/17 | CALANDRA MEDITERRANEAN GRILL<br>9732268889<br>Description<br>REFER TO RECEIPT | FAIRFIELD | NJ | $144.77 |
| 12/27/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $75.59 |
| 12/27/17 | ENTERPRISE RENTACAR WAYNE 1008013<br>　　　　Location<br>Rental:　WAYNE NJ<br>Return:　WAYNE NJ<br>Agreement Number: D687570<br>Renter Name: MCBRIDE DO | WAYNE<br>Date<br>17/12/28<br>17/12/28 | NJ | $3.00 |

CONTRIBUTIONS/DONAT

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 01/01/18 | AMERICAN NATIONAL RED CROSS American N<br>800-797-8022 | WASHINGTON | DC | $100.00 |
| 01/01/18 | BB*AHA Blackbaud Inc.<br>8002428721 | DALLAS | TX | $100.00 |
| 01/01/18 | BB*BEST FRIENDS Blackbaud Inc.<br>4356442001 | KANAB | UT | $100.00 |
| 01/02/18 | WHOLE FOODS MARKET<br>9736693196<br>Description　　Price<br>GROCERY STORES　$153.15 | WEST ORANGE | NJ | $153.15 |
| 01/03/18 | KINGS SUPER MARKETS<br>973-463-6300<br>Description<br>GROCERIES/SUNDRIES | BOONTON | NJ | $226.69 |
| 01/06/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $80.64 |

72

| Date | Merchant | | Location | State | Amount |
|---|---|---|---|---|---|
| 01/08/18 | AMAZON MKTPLACE PMTS BOOK STORES | | AMZN.COM/BILL | WA | $29.99 |
| 01/08/18 | LU NELLOS RISTORANTE 00001 RESTAURANT | | CEDAR GROVE | NJ | $423.08 |
| | FOOD/BEVERAGE | $323.08 | | | |
| | TIP | $100.00 | | | |
| 01/11/18 | KINGS SUPER MARKETS 973-463-6300 Description GROCERIES/SUNDRIES | | BOONTON | NJ | $212.58 |
| 01/13/18 | MORTON'S HACKENSACK 0011 201-487-1303 Description FOOD/BEVERAGE | | HACKENSACK | NJ | $714.32 |
| 01/14/18 | NEW JERSEY E-Z PASS888-288-6865 | NJ | | | $25.00 |
| 01/16/18 | KINGS SUPERMKT FLRHM PRK 58 973-463-6300 Description GROCERIES/SUNDRIES | | FLORHAM PARK | NJ | $140.80 |

n    <    ⎘ ⎘ |← ← → →| 1029 of 1673    🔍 🔍 162%  ▾    ⎙ ⎙ ⎙

| Date | Merchant | | Location | State | Amount |
|---|---|---|---|---|---|
| 01/19/18 | AMAZON MKTPLACE PMTS BOOK STORES | | AMZN.COM/BILL | WA | $39.99 |
| 01/20/18 | ROCKS AND ROPES 5208825924 | | TUCSON | AZ | $300.00 |
| 01/20/18 | 900 DEGREES LLC 021770018506512 JOHN@900DEGREESPIZZA.COM | | TOWACO | NJ | $53.68 |
| 01/21/18 | MONTVILLE INN RESTAURANT | | MONTVILLE | NJ | $126.62 |
| | FOOD/BEVERAGE | $105.62 | | | |
| | TIP | $21.00 | | | |
| 01/24/18 | RUTH'S CHRIS STEAK H RESTAURANT | | PARSIPPANY | NJ | $96.90 |
| 01/24/18 | RUTH'S CHRIS STEAK H RESTAURANT | | PARSIPPANY | NJ | $523.30 |
| 01/25/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | | CUPERTINO | CA | $0.99 |
| 01/25/18 | VALET AUTO WASH - LAWRENC 000000001 | | LAWRENCE TOWN | NJ | $24.00 |

<    ⎘ ⎘ |← ← → →| 1030 of 1673    🔍 🔍 162%  ▾    ⎙ ⎙ ⎙

| Date | Merchant | | Location | State | Amount |
|---|---|---|---|---|---|
| | CABLE/BROADCAST SVC | | | | |
| 01/30/18 | IFEBP MILWAUKEE CONFERENCE | | 262-786-6700 | WI | $1,025.00 |
| 01/30/18 | MONTVILLE INN RESTAURANT | | MONTVILLE | NJ | $87.57 |
| | FOOD/BEVERAGE | $73.57 | | | |
| | TIP | $14.00 | | | |
| 01/31/18 | DON PEPE II USFC07058 | | PINE BROOK | NJ | $181.10 |
| 02/01/18 | HAMPTON DINER RESTAURA USFC07860 | | NEWTON | NJ | $103.47 |

Continued on next page

n    <    ⎘ ⎘ |← ← → →| 1030 of 1673    🔍 🔍 162%  ▾    ⎙ ⎙ ⎙



| 02/02/18 | EXXONMOBIL 4798 973-334-4441 Description GAS/SERVICES | MONTVILLE | NJ | $49.53 |
| 02/03/18 | 900 DEGREES LLC 021770018506512 JOHN@900DEGREESPIZZA.COM | TOWACO | NJ | $53.82 |

### Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

### 2018 Fees and Interest Totals Year-to-Date

| | Amount |

11.69 in    1031 of 1673    162%

| 02/06/18* | PAYMENT RECEIVED - THANK YOU | -$2,428.27 |
| 02/07/18* | ONLINE PAYMENT - THANK YOU | -$2,428.28 |
| 02/17/18* | ONLINE PAYMENT - THANK YOU | -$1,662.75 |
| **Credits** | | **Amount** |
| 03/07/18 | AMAZON.COM AMZN.COM/BILL      WA DIRECT MKTG MISC | -$1.01 |

### New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$13,927.52** |

Detail

8.27 x 11.69 in    1043 of 1673    162%

| | | | | Amount |
|---|---|---|---|---|
| 02/17/18 | MONTVILLE VETERINARY G MONTVILLE VETER VETERINARY SERVICE | MONTVILLE | NJ | $176.33 |
| 02/17/18 | WHOLE FOODS MARKET 9736693196 | WEST ORANGE | NJ | $230.61 |
| 02/17/18 | TUCSON UTILITY BILLING 8005989449 | PHOENIX | AZ | $800.00 |
| 02/17/18 | TUCSON UTILITY BILLING 8005989449 | PHOENIX | AZ | $1,156.19 |
| 02/18/18 | STAPLES 00566 00566000235544 07054 | PARSIPPANY | NJ | $239.00 |
| 02/18/18 | STAPLES 00566 00566000519666 07054 | PARSIPPANY | NJ | $214.25 |
| 02/20/18 | THE PAPER STORE 50 OFFICE SUPPLY STORE | PARSIPPANY | NJ | $54.36 |
| 02/21/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $76.59 |

11.69 in    1044 of 1673    162%

| 02/22/18 | KINGS FINE WINES&SPIRITS 0222 973-898-4517 | MORRISTOWN | NJ | $51.16 |
| 02/24/18 | LOWE'S 201-527-1250 | PARAMUS | NJ | $316.95 |
| 02/24/18 | THE MANOR 618058 0010013462 07052 | WEST ORANGE | NJ | $264.54 |
| 02/25/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $0.99 |
| 02/26/18 | LOWE'S 973-291-5000 | BUTLER | NJ | $201.44 |
| 02/27/18 | VENTANAVIST 5555555555 | 5555555555 | AZ | $1,000.00 |
| 02/28/18 | LANDAUER CAFE squareup.com/receipts | Montville | NJ | $248.99 |
| | MONTVILLE VETERINARY C MONTVILLE VETER | MONTVILLE | NJ | |

9 in

1044 of 1673    162%

| **Total Payments and Credits** | **-$13,505.25** |

| **Detail** | *Indicates posting date |

| **Payments** | | **Amount** |
| --- | --- | --- |
| 03/11/18* | PAYMENT RECEIVED - THANK YOU | -$5,349.10 |
| 03/12/18* | ONLINE PAYMENT - THANK YOU | -$1,570.35 |
| 03/21/18* | PAYMENT RECEIVED - THANK YOU | -$1,570.36 |
| 03/26/18* | ELECTRONIC PAYMENT RECEIVED-THANK | -$5,015.44 |

## New Charges

### Summary

| | **Total** |

1049 of 1673    162%

| 03/08/18 | MAC KENZIE CHILD HOUSEWARES | (888)665-1999 | NY | $1,010.01 |
| 03/09/18 | OCEANAIRE HACKENSACK 0086 201-343-8862 | HACKENSACK | NJ | $386.68 |
| 03/11/18 | CHEESECAKE WILLOWBROOK 0000 818-871-3281 | WAYNE | NJ | $56.22 |
| 03/12/18 | WAL-MART 5077 5077 DISCOUNT STORE | BOONTON | NJ | $209.37 |
| 03/12/18 | WAL-MART 5077 5077 DISCOUNT STORE | BOONTON | NJ | $204.67 |
| 03/16/18 | SHELL OIL 57545293805 AUTO FUEL DISPENSER | PINE BROOK | NJ | $66.17 |
| 03/16/18 | MONTVILLE INN RESTAURANT | MONTVILLE | NJ | $90.79 |
| 03/17/18 | IVY INN 899000002937389 98152 07604 | HASBROUCK HTS | NJ | $267.35 |
| 03/19/18 | LUNELLOS RISTORANTE 00001 | CEDAR GROVE | NJ | $405.68 |

11.69 in

1049 of 1673    162%

DOROTHY M MCBRIDE                    Account Ending 1-92001                    p. 4/4

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 03/23/18 | LANDAUER CAFE<br>squareup.com/receipts | Montville | NJ | $438.44 |
| 03/23/18 | USPS PO 3340950281 001369589<br>8002758777 | LAKE HIAWATHA | NJ | $625.75 |
| 03/23/18 | #1582 ACME 000000000236105<br>9999999999 | BOONTON | NJ | $92.74 |
| 03/24/18 | SUNOCO 0297238800 0297<br>908-964-4190 | UNION | NJ | $68.65 |
| 03/25/18 | WWW.ITUNES.COM/BILL | CUPERTINO | CA | $0.99 |



## Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 04/14/18* | ONLINE PAYMENT - THANK YOU | -$1,283.67 |
| 04/15/18* | ONLINE PAYMENT - THANK YOU | -$1,283.68 |
| 04/16/18* | ONLINE PAYMENT - THANK YOU | -$2,674.69 |
| 04/17/18* | ONLINE PAYMENT - THANK YOU | -$1,198.19 |
| **Credits** | | **Amount** |
| 04/10/18 | SIRIUS XM RADIO INC.<br>888-635-5144    NY<br>CABLE & PAY TV | -$81.79 |

## New Charges

| Total Payments and Credits | -$34,093.49 |
|---|---|

## Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 06/09/18* | ONLINE PAYMENT - THANK YOU | -$3,728.76 |
| 06/10/18* | ONLINE PAYMENT - THANK YOU | -$2,663.89 |
| 06/12/18* | PAYMENT RECEIVED - THANK YOU | -$2,663.89 |
| 06/13/18* | ELECTRONIC PAYMENT RECEIVED-THANK | -$9,000.00 |
| 06/14/18* | ONLINE PAYMENT - THANK YOU | -$16,036.95 |

## New Charges

### Summary



| | STAPLES STICKIES NOTES 3 X 5 BRIGHT | | | |
|---|---|---|---|---|
| 06/14/18 | TUCSON UTILITY BILLING 8005989449 | PHOENIX | AZ | $199.25 |
| 06/17/18 | MORTON'S HACKENSACK 0036 201-487-1303 | HACKENSACK | NJ | $457.81 |

Continued on reverse

CI-0145Q5Q AMEX001077

**DOROTHY M MCBRIDE**          Account Ending 1-92001          p. 4/5

x 11.69 in

1077 of 1673    162%

| 06/21/18 | GOURMET CAFE 9733160088 | PARSIPPANY | NJ | $95.45 |
|---|---|---|---|---|
| 06/21/18 | MONTVILLE VETERINARY G MONTVILLE VETER VETERINARY SERVICE | MONTVILLE | NJ | $239.10 |
| 06/21/18 | APPLEBEES 9323700560 973-2635005 | PARSIPPANY | NJ | $43.76 |
| 06/21/18 | SHELL OIL 57542758008 AUTO FUEL DISPENSER | PARSIPPANY | NJ | $72.28 |
| 06/24/18 | KINGS SUPER MARKETS 973-463-6300 | BOONTON | NJ | $365.38 |
| 06/25/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $0.99 |
| 06/30/18 | IHOP 973-396-8629 | PARSIPPANY | NJ | $43.66 |
| 07/02/18 | AT&T BILL PAYMENT AT&T EZC PMT | 800-288-2020 | TX | $128.05 |
| 07/02/18 | KINGS SUPERMKT SHRT HILL 42 | SHORT HILLS | NJ | $246.30 |

1078 of 1673    162%

| 07/05/18 | TESLA AUTO DEALER (NEW/USED | PALO ALTO | | $1,000.00 |
|---|---|---|---|---|

**Fees**

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

**2018 Fees and Interest Totals Year-to-Date**

| | Amount |
|---|---|
| Total Fees in 2018 | $550.00 |
| Total Interest in 2018 | $0.00 |

11.69 in

1078 of 1673    162%



Pls' Ex. 83.

<u>Administrative Expenses</u>

204.    The Funds' auditors classified the administrative expenses as follows:

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Eddie's Landscaping | 684.80 | | | 684.80 | 2015 |
| Wagner & Zwerman | 4,800.00 | 4,800.00 | | | 2015 |
| Antonio | 580.00 | | | 580.00 | 2015 |
| D.P.S | 1,313.35 | | | 1,313.35 | 2015 |
| Antonio | 690.00 | | | 690.00 | 2015 |
| ATM Withdrawal | 580.00 | | | 580.00 | 2015 |
| Local 427 | 4,713.24 | 4,713.24 | | | 2015 |
| NJ Natural Gas | 373.78 | 373.78 | | | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| Duce | 750.00 | | | 750.00 | 2015 |

78

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| John Kulish | 495.00 | | | 495.00 | 2015 |
| John Kulish | 1,893.00 | | | 1,893.00 | 2015 |
| Mitch Powlowski | 350.00 | | | 350.00 | 2015 |
| Wagner & Zwerman | 4,800.00 | 4,800.00 | | | 2015 |
| Eddie's Landscaping | 600.00 | | | 600.00 | 2015 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2015 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2015 |
| Eddie's Landscaping | 428.00 | | | 428.00 | 2015 |
| B. Allison | 700.00 | | | 700.00 | 2015 |
| Culligan | 104.33 | 104.33 | | | 2015 |
| A.C. Daughtry | 240.75 | | | 240.75 | 2015 |
| First Energy | 154.90 | 154.90 | | | 2015 |
| J. Karelis | 575.00 | | | 575.00 | 2015 |
| Eddie's Landscaping | 400.00 | | | 400.00 | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| Petty Cash | 700.00 | | | 700.00 | 2015 |
| NJ Natural Gas | 538.59 | 538.59 | | | 2015 |
| Local 427 | 3,680.82 | 3,680.82 | | | 2015 |
| ATM Withdrawal | 480.00 | | | 480.00 | 2015 |
| Montville Township | 200.00 | 200.00 | | | 2015 |
| Montville Township | 5,268.94 | 5,268.94 | | | 2015 |
| Petty Cash | 480.00 | | | 480.00 | 2015 |
| Voluntered Fire Department | 300.00 | | | 300.00 | 2015 |
| Ruben Perrato | 472.50 | | | 472.50 | 2015 |
| Ron Jon Heating | 187.50 | | | 187.50 | 2015 |
| Petty Cash | 700.00 | | | 700.00 | 2015 |
| Vicky Jones | 1,000.00 | 1,000.00 | | | 2015 |
| American Alliance Conference | 4,485.00 | | | 4,485.00 | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| First Energy | 183.55 | 183.55 | | | 2015 |
| Dickinson Group | 3,750.00 | 3,750.00 | | | 2015 |
| NJ Natural Gas | 673.25 | 673.25 | | | 2015 |
| Local 427 | 3,654.27 | 3,654.27 | | | 2015 |
| DaHab | 12,500.00 | 12,500.00 | | | 2015 |
| Cain & Sons Fire Equipment | 37.45 | | | 37.45 | 2015 |
| Sherri Korwaski | 125.00 | | | 125.00 | 2015 |
| Dickinson Group | 3,750.00 | 3,750.00 | | | 2015 |
| First Energy | 146.24 | 146.24 | | | 2015 |
| Local 427 | 4,557.00 | 4,557.00 | | | 2015 |
| NJ Natural Gas | 520.20 | 520.20 | | | 2015 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Montville Township | 5,268.94 | 5,268.94 | | | 2015 |
| Wagner & Zwerman | 4,800.00 | 4,800.00 | | | 2015 |
| John Kulish | 3,058.00 | | | 3,058.00 | 2015 |
| Mitch Powlowski | 225.00 | | | 225.00 | 2015 |
| Mitch Powlowski | 225.00 | | | 225.00 | 2015 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2015 |
| First Energy | 72.93 | 72.93 | | | 2015 |
| Local 427 | 3,602.26 | 3,602.26 | | | 2015 |
| NJ Natural Gas | 320.67 | 320.67 | | | 2015 |
| Dawn Moench | 140.00 | | | 140.00 | 2015 |
| John Kulish | 455.16 | | | 455.16 | 2015 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2015 |
| Jennifer Kolarcik | 475.00 | | | 475.00 | 2015 |
| B. Allison | 700.00 | | | 700.00 | 2015 |
| Chubb Insurance | 15,579.92 | 15,579.92 | | | 2015 |
| First Energy | 55.10 | 55.10 | | | 2015 |
| NJ Natural Gas | 780.00 | 780.00 | | | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| NJ Natural Gas | 131.65 | 131.65 | | | 2015 |
| Local 427 | 3,006.72 | 3,006.72 | | | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2015 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2015 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2015 |
| local 81427 | 500.00 | 500.00 | | | 2015 |
| First Energy | 59.22 | 59.22 | | | 2015 |
| NJ Natural Gas | 52.77 | 52.77 | | | 2015 |
| Dawn Moench | 220.00 | | | 220.00 | 2015 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2015 |
| Wagner & Zwerman | 4,800.00 | 4,800.00 | | | 2015 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2015 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2015 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2015 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2015 |
| local 81427 | 7,950.88 | 7,950.88 | | | 2015 |
| local 81427 | 7,950.88 | 7,950.88 | | | 2015 |
| Montville Township | 5,420.43 | 5,420.43 | | | 2015 |
| Petty Cash | 680.00 | | | 680.00 | 2015 |
| First Energy | 136.51 | 136.51 | | | 2015 |

80

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| NJ Natural Gas | 30.66 | 30.66 | | | 2015 |
| Alfredo Alonso | 155.00 | | | 155.00 | 2015 |
| A.C. Daughtry | 507.50 | | | 507.50 | 2015 |
| B. Allison | 700.00 | | | 700.00 | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| Mitch Powlowski | 275.00 | | | 275.00 | 2015 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2015 |
| Duce | 750.00 | | | 750.00 | 2015 |
| Dawn Moench | 320.00 | | | 320.00 | 2015 |
| ATM Withdrawal | 680.00 | | | 680.00 | 2015 |
| Eddie's Landscaping | 963.00 | | | 963.00 | 2015 |
| Culligan | 156.49 | 156.49 | | | 2015 |
| First Energy | 178.62 | 178.62 | | | 2015 |
| NJ Natural Gas | 29.73 | 29.73 | | | 2015 |
| Duce | 750.00 | | | 750.00 | 2015 |
| Allied Industries Welfare Fund | 54,527.62 | 54,527.62 | | | 2015 |
| B. Allison | 700.00 | | | 700.00 | 2015 |
| Eddie's Landscaping | 696.85 | | | 696.85 | 2015 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2015 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2015 |
| Dawn Moench | 440.00 | | | 440.00 | 2015 |
| local 81427 | 3,489.36 | 3,489.36 | | | 2015 |
| KCSA Properties LLC | 250.00 | | | 250.00 | 2015 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2015 |
| Montville Police | 300.00 | | | 300.00 | 2015 |
| P.B.G.C. | 15,678.00 | 15,678.00 | | | 2015 |
| Alison Marie | 600.00 | | | 600.00 | 2015 |
| First Energy | 171.60 | 171.60 | | | 2015 |
| Allied Industries Welfare Fund | 127,181.00 | 127,181.00 | | | 2015 |
| NJ Natural Gas | 28.78 | 28.78 | | | 2015 |
| Robert Michaels | 2,908.00 | | | 2,908.00 | 2015 |
| Wagner & Zwerman | 0.00 | 0.00 | | | 2015 |
| Dawn Moench | 420.00 | | | 420.00 | 2015 |
| Duce | 750.00 | | | 750.00 | 2015 |
| ATM Withdrawal | 950.00 | | | 950.00 | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| Alison Marie | 600.00 | | | 600.00 | 2015 |
| Montville Township | 5,420.43 | 5,420.43 | | | 2015 |
| Pine Brook Fire Prevention | 300.00 | | | 300.00 | 2015 |
| Robert Michaels | 1,098.84 | | | 1,098.84 | 2015 |

81

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Alison Marie | 590.00 | | | 590.00 | 2015 |
| Montville Police | 300.00 | | | 300.00 | 2015 |
| Jennifer Kolarcik | 600.00 | | | 600.00 | 2015 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2015 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2015 |
| KCSA Properties LLC | 675.00 | | | 675.00 | 2015 |
| Eddie's Landscaping | 722.25 | | | 722.25 | 2015 |
| John Kulish | 1,020.77 | | | 1,020.77 | 2015 |
| John Kulish | 2,908.00 | | | 2,908.00 | 2015 |
| Alison Marie | 595.00 | | | 595.00 | 2015 |
| local 81427 | 4,383.40 | 4,383.40 | | | 2015 |
| Montville P.B.A. | 0.00 | | | 0.00 | 2015 |
| Alison Marie | 590.00 | | | 590.00 | 2015 |
| Dawn Moench | 220.00 | | | 220.00 | 2015 |
| Dorothy McBride | 2,908.00 | | | 2,908.00 | 2015 |
| First Energy | 66.18 | 66.18 | | | 2015 |
| NJ Natural Gas | 41.69 | 41.69 | | | 2015 |
| Ivan cedano | 200.00 | | | 200.00 | 2015 |
| Dawn Moench | 300.00 | | | 300.00 | 2015 |
| Duce | 750.00 | | | 750.00 | 2015 |
| Alison Marie | 595.00 | | | 595.00 | 2015 |
| KCSA Properties LLC | 300.00 | | | 300.00 | 2015 |
| Alison Marie | 595.00 | | | 595.00 | 2015 |
| Eddie's Landscaping | 525.00 | | | 525.00 | 2015 |
| Dawn Moench | 0.00 | | | 0.00 | 2015 |
| Jennifer Kolarcik | 0.00 | | | 0.00 | 2015 |
| Robert Barnhart | 395.00 | | | 395.00 | 2015 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2015 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2015 |
| KCSA Properties LLC | 675.00 | | | 675.00 | 2015 |
| local 81427 | 4,287.92 | 4,287.92 | | | 2015 |
| ATM Withdrawal | 950.00 | | | 950.00 | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| Mitch Powlowski | 350.00 | | | 350.00 | 2015 |
| Alison Marie | 595.00 | | | 595.00 | 2015 |
| Montville First Aid Squad | 250.00 | | | 250.00 | 2015 |
| Alison Marie | 595.00 | | | 595.00 | 2015 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2015 |
| First Energy | 50.26 | 50.26 | | | 2015 |
| Dawn Moench | 200.00 | | | 200.00 | 2015 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Robert Barnhart | 325.00 | | | 325.00 | 2015 |
| Jennifer Kolarcik | 600.00 | | | 600.00 | 2015 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2015 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2015 |
| KCSA Properties LLC | 675.00 | | | 675.00 | 2015 |
| local 81427 | 3,584.84 | 3,584.84 | | | 2015 |
| Petty Cash | 695.00 | | | 695.00 | 2015 |
| NJ Natural Gas | 199.77 | 199.77 | | | 2015 |
| Duce | 750.00 | | | 750.00 | 2015 |
| Eddie's Landscaping | 160.50 | | | 160.50 | 2015 |
| Alison Marie | 595.00 | | | 595.00 | 2015 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2015 |
| Deposit Adjustment | 1,390.00 | 1,390.00 | | | 2015 |
| Local 427 | 1,129.00 | 1,129.00 | | | 2015 |
| ATM Withdrawal | 950.00 | | | 950.00 | 2015 |
| Petty Cash | 695.00 | | | 695.00 | 2015 |
| Dawn Moench | 320.00 | | | 320.00 | 2015 |
| Dawn Moench | 260.00 | | | 260.00 | 2015 |
| Alison Marie | 595.00 | | | 595.00 | 2015 |
| Winston, Ruby | 350.00 | | | 350.00 | 2015 |
| Eddie's Landscaping | 0.00 | | | 0.00 | 2015 |
| Ken Sudol | 200.00 | | | 200.00 | 2015 |
| Mitch Powlowski | 250.00 | | | 250.00 | 2015 |
| Alison Marie | 595.00 | | | 595.00 | 2015 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2015 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2015 |
| Montville Fire Dept | 200.00 | | | 200.00 | 2015 |
| Petty Cash | 969.88 | | | 969.88 | 2015 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2016 |
| Alfredo Alonso | 155.00 | | | 155.00 | 2016 |
| First Energy | 50.33 | 50.33 | | | 2016 |
| Alfredo Alonso | 155.00 | | | 155.00 | 2016 |
| NJ Natural Gas | 265.97 | 265.97 | | | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| Bloomingdale's | 513.51 | | | 513.51 | 2016 |
| John Kulish | 2,375.00 | | | 2,375.00 | 2016 |
| John Kulish | 619.89 | | | 619.89 | 2016 |
| Dorothy McBride | 2,375.00 | | | 2,375.00 | 2016 |
| Optimum | 270.00 | 270.00 | | | 2016 |
| Harleysville Insurance Company | 246.00 | 246.00 | | | 2016 |

83

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| US Dept HHS CMS Program | 1,804.00 | 1,804.00 | | | 2016 |
| Robert Barnhart | 250.00 | | | 250.00 | 2016 |
| Dawn Moench | 260.00 | | | 260.00 | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |
| Culligan | 104.33 | 104.33 | | | 2016 |
| Bloomingdale's | 513.52 | | | 513.52 | 2016 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2016 |
| Mitch Powlowski | 300.00 | | | 300.00 | 2016 |
| Towaco Fire Department | 300.00 | | | 300.00 | 2016 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2016 |
| KCSA Properties LLC | 675.00 | | | 675.00 | 2016 |
| Montville Electric | 1,240.60 | | | 1,240.60 | 2016 |
| First Energy | 51.50 | 51.50 | | | 2016 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |
| Montville Township | 5,344.69 | 5,344.69 | | | 2016 |
| KCSA Properties LLC | 0.00 | | | 0.00 | 2016 |
| Jennifer Kolarcik | 600.00 | | | 600.00 | 2016 |
| NJ Natural Gas | 268.97 | 268.97 | | | 2016 |
| Eddie's Landscaping | 249.00 | | | 249.00 | 2016 |
| Dawn Moench | 260.00 | | | 260.00 | 2016 |
| Dawn Moench | 280.00 | | | 280.00 | 2016 |
| John Kulish | 338.54 | | | 338.54 | 2016 |
| Montville Electric | 998.19 | | | 998.19 | 2016 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2016 |
| Montville Electric | 998.19 | | | 998.19 | 2016 |
| ATM Withdrawal | 850.00 | | | 850.00 | 2016 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2016 |
| local 81427 | 3,567.48 | 3,567.48 | | | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |
| Barnes, Iaccarino & Shepherd | 12,000.00 | 12,000.00 | | | 2016 |
| Dawn Moench | 340.00 | | | 340.00 | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |
| ATM Withdrawal | 880.00 | | | 880.00 | 2016 |
| First Energy | 65.12 | 65.12 | | | 2016 |
| Ivan cedano | 200.00 | | | 200.00 | 2016 |
| NJ Natural Gas | 416.20 | 416.20 | | | 2016 |
| Pine Brook Fire Prevention | 375.00 | | | 375.00 | 2016 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Robert Michaels | 563.65 | | | 563.65 | 2016 |
| Barnes, Iaccarino & Shepherd | 12,000.00 | 12,000.00 | | | 2016 |
| Jennifer Kolarcik | 600.00 | | | 600.00 | 2016 |
| KCSA Properties LLC | 675.00 | | | 675.00 | 2016 |
| ATM Withdrawal | 880.00 | | | 880.00 | 2016 |
| Mitch Powlowski | 355.00 | | | 355.00 | 2016 |
| American Alliance Conference | 5,523.00 | | | 5,523.00 | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2016 |
| Eddie's Landscaping | 290.00 | | | 290.00 | 2016 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| John Kulish | 822.74 | | | 822.74 | 2016 |
| John Kulish | 3,303.00 | | | 3,303.00 | 2016 |
| local 81427 | 7,794.64 | 7,794.64 | | | 2016 |
| Robert Michaels | 3,303.00 | | | 3,303.00 | 2016 |
| Neiman Marcus | 1,622.70 | | | 1,622.70 | 2016 |
| Neiman Marcus | 1,623.40 | | | 1,623.40 | 2016 |
| Wagner & Zwerman | 4,900.00 | 4,900.00 | | | 2016 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |
| First Energy | 73.47 | 73.47 | | | 2016 |
| Jennifer Kolarcik | 600.00 | | | 600.00 | 2016 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2016 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2016 |
| Jennifer Kolarcik | 675.00 | | | 675.00 | 2016 |
| ATM Withdrawal | 950.00 | | | 950.00 | 2016 |
| NJ Natural Gas | 246.06 | 246.06 | | | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |
| B. Allison | 500.00 | | | 500.00 | 2016 |
| Local 427 | 1,500.00 | 1,500.00 | | | 2016 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2016 |
| Dorothy McBride | 3,303.00 | | | 3,303.00 | 2016 |
| ATM Withdrawal | 980.00 | | | 980.00 | 2016 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2016 |
| local 81427 | 4,322.64 | 4,322.64 | | | 2016 |
| Dawn Moench | 240.00 | | | 240.00 | 2016 |
| John Kulish | 3,415.00 | | | 3,415.00 | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| ATM Withdrawal | 700.00 | | | 700.00 | 2016 |
| Dawn Moench | 280.00 | | | 280.00 | 2016 |
| First Energy | 64.20 | 64.20 | | | 2016 |
| John Kulish | 361.43 | | | 361.43 | 2016 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2016 |
| Robert Michaels | 875.23 | | | 875.23 | 2016 |
| A.C. Daughtry | 301.74 | | | 301.74 | 2016 |
| B. Allison | 500.00 | | | 500.00 | 2016 |
| Montville Township | 5,344.68 | 5,344.68 | | | 2016 |
| NJ Natural Gas | 330.50 | 330.50 | | | 2016 |
| Robert Michaels | 3,415.00 | | | 3,415.00 | 2016 |
| Wagner & Zwerman | 5,100.00 | 5,100.00 | | | 2016 |
| Wagner & Zwerman | 5,100.00 | 5,100.00 | | | 2016 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2016 |
| Dorothy McBride | 3,415.00 | | | 3,415.00 | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| Dawn Moench | 300.00 | | | 300.00 | 2016 |
| Dawn Moench | 280.00 | | | 280.00 | 2016 |
| Mitch Powlowski | 300.00 | | | 300.00 | 2016 |
| John Kulish | 1,282.75 | | | 1,282.75 | 2016 |
| B. Allison | 500.00 | | | 500.00 | 2016 |
| First Energy | 59.54 | 59.54 | | | 2016 |
| KCSA Properties LLC | 600.00 | | | 600.00 | 2016 |
| KCSA Properties LLC | 675.00 | | | 675.00 | 2016 |
| Alison Marie | 595.00 | | | 595.00 | 2016 |
| NJ Natural Gas | 173.79 | 173.79 | | | 2016 |
| Neiman Marcus | 365.24 | | | 365.24 | 2016 |
| ATM Withdrawal | 880.00 | | | 880.00 | 2016 |
| KCSA Properties LLC | 1,200.00 | | | 1,200.00 | 2016 |
| KCSA Properties LLC | 1,350.00 | | | 1,350.00 | 2016 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2016 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2016 |
| Dawn Moench | 260.00 | | | 260.00 | 2016 |
| Vince Preto, CPA | 1,000.00 | 1,000.00 | | | 2016 |
| Wagner & Zwerman | 4,805.00 | 4,805.00 | | | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| Dawn Moench | 280.00 | | | 280.00 | 2016 |
| John Kulish | 530.99 | | | 530.99 | 2016 |
| Risk Strategies | 15,580.19 | 15,580.19 | | | 2016 |
| Risk Strategies | 16,244.91 | 16,244.91 | | | 2016 |

86

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Alison Marie | 672.57 | | | 672.57 | 2016 |
| First Energy | 118.43 | 118.43 | | | 2016 |
| Montville P.B.A. | 300.00 | | | 300.00 | 2016 |
| NJ Natural Gas | 55.93 | 55.93 | | | 2016 |
| Dawn Moench | 220.00 | | | 220.00 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| B. Allison | 500.00 | | | 500.00 | 2016 |
| Harleysville Insurance Company | 744.00 | 744.00 | | | 2016 |
| Montville P.B.A. | 600.00 | | | 600.00 | 2016 |
| ATM Withdrawal | 960.00 | | | 960.00 | 2016 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| local 81427 | 13,048.06 | 13,048.06 | | | 2016 |
| Robert Barnhart | 350.00 | | | 350.00 | 2016 |
| Mitch Powlowski | 275.00 | | | 275.00 | 2016 |
| First Energy | 142.18 | 142.18 | | | 2016 |
| Alison Marie | 672.57 | | | 672.57 | 2016 |
| ATM Withdrawal | 960.00 | | | 960.00 | 2016 |
| DaHab | 12,500.00 | 12,500.00 | | | 2016 |
| DaHab | 12,500.00 | 12,500.00 | | | 2016 |
| NJ Natural Gas | 40.84 | 40.84 | | | 2016 |
| Montville Township | 5,432.26 | 5,432.26 | | | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| Allied Industries Welfare Fund | 55,000.00 | 55,000.00 | | | 2016 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2016 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2016 |
| Dawn Moench | 420.00 | | | 420.00 | 2016 |
| Montville Township | 87.59 | 87.59 | | | 2016 |
| Wagner & Zwerman | 4,000.00 | 4,000.00 | | | 2016 |
| Wagner & Zwerman | 5,141.00 | 5,141.00 | | | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| First Energy | 182.29 | 182.29 | | | 2016 |
| Mitch Powlowski | 275.00 | | | 275.00 | 2016 |
| Blue Jay Landscaping | 369.15 | | | 369.15 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| Blue Jay Landscaping | 866.70 | | | 866.70 | 2016 |
| Allied Industries Welfare Fund | 119,392.00 | 119,392.00 | | | 2016 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| B. Allison | 500.00 | | | 500.00 | 2016 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2016 |
| local 81427 | 7,282.52 | 7,282.52 | | | 2016 |
| NJ Natural Gas | 33.36 | 33.36 | | | 2016 |
| Neiman Marcus | 304.60 | | | 304.60 | 2016 |
| Alison Marie | 672.58 | | | 672.58 | 2016 |
| Dawn Moench | 440.00 | | | 440.00 | 2016 |
| Neiman Marcus | 303.52 | | | 303.52 | 2016 |
| ATM Withdrawal | 980.00 | | | 980.00 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| First Energy | 197.14 | 197.14 | | | 2016 |
| ATM Withdrawal | 940.00 | | | 940.00 | 2016 |
| B. Allison | 940.00 | | | 940.00 | 2016 |
| B. Allison | 500.00 | | | 500.00 | 2016 |
| P.B.G.C. | 15,471.00 | 15,471.00 | | | 2016 |
| Alfredo Alonso | 175.00 | | | 175.00 | 2016 |
| Alfredo Alonso | 175.00 | | | 175.00 | 2016 |
| Alfredo Alonso | 175.00 | | | 175.00 | 2016 |
| Alfredo Alonso | 375.00 | | | 375.00 | 2016 |
| NJ Natural Gas | 29.64 | 29.64 | | | 2016 |
| Alfredo Alonso | 300.00 | | | 300.00 | 2016 |
| Alfredo Alonso | 300.00 | | | 300.00 | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| Liberty Mutual Insurance | 3,380.50 | 3,380.50 | | | 2016 |
| Alison Marie | 672.58 | | | 672.58 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| Montville Township | 5,420.43 | 5,420.43 | | | 2016 |
| Alfredo Alonso | 450.00 | | | 450.00 | 2016 |
| Alfredo Alonso | 600.00 | | | 600.00 | 2016 |
| Dawn Moench | 620.00 | | | 620.00 | 2016 |
| Alfredo Alonso | 750.00 | | | 750.00 | 2016 |
| Culligan | 208.65 | 208.65 | | | 2016 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2016 |
| First Energy | 83.82 | 83.82 | | | 2016 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2016 |
| Mitch Powlowski | 375.00 | | | 375.00 | 2016 |
| NJ Natural Gas | 98.25 | 98.25 | | | 2016 |
| Wagner & Zwerman | 11,100.00 | 11,100.00 | | | 2016 |
| John Kulish | 3,028.00 | | | 3,028.00 | 2016 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| ATM Withdrawal | 980.00 | | | 980.00 | 2016 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2016 |
| Dorothy McBride | 3,028.00 | | | 3,028.00 | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| Robert Michaels | 3,028.00 | | | 3,028.00 | 2016 |
| Montville Township | 99.41 | 99.41 | | | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| John Kulish | 762.78 | | | 762.78 | 2016 |
| B. Allison | 500.00 | | | 500.00 | 2016 |
| Alison Marie | 662.03 | | | 662.03 | 2016 |
| Dawn Moench | 560.00 | | | 560.00 | 2016 |
| First Energy | 57.72 | 57.72 | | | 2016 |
| NJ Natural Gas | 188.90 | 188.90 | | | 2016 |
| Ivan cedano | 250.00 | | | 250.00 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2016 |
| Duce | 750.00 | | | 750.00 | 2016 |
| ATM Withdrawal | 980.00 | | | 980.00 | 2016 |
| Local 427 | 3,402.56 | 3,402.56 | | | 2016 |
| Alison Marie | 662.05 | | | 662.05 | 2016 |
| Robert Barnhart | 350.00 | | | 350.00 | 2016 |
| ATM Withdrawal | 200.00 | | | 200.00 | 2016 |
| B. Allison | 550.00 | | | 550.00 | 2016 |
| Neiman Marcus | 428.00 | | | 428.00 | 2016 |
| Alfredo Alonso | 250.00 | | | 250.00 | 2016 |
| Alfredo Alonso | 400.00 | | | 400.00 | 2016 |
| Alfredo Alonso | 750.00 | | | 750.00 | 2016 |
| Dawn Moench | 800.00 | | | 800.00 | 2016 |
| Pine Brook Fire Prevention | 300.00 | | | 300.00 | 2016 |
| First Energy | 85.04 | 85.04 | | | 2016 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2017 |
| NJ Natural Gas | 290.07 | 290.07 | | | 2017 |
| Duce | 150.00 | | | 150.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| Blue Jay Landscaping | 1,027.20 | | | 1,027.20 | 2017 |
| B. Allison | 550.00 | | | 550.00 | 2017 |
| Local 427 | 7,816.34 | 7,816.34 | | | 2017 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Local 427 | 780.00 | 780.00 | | | 2017 |
| Local 427 | 416.00 | 416.00 | | | 2017 |
| Eddie's Landscaping | 449.40 | | | 449.40 | 2017 |
| Eddie's Landscaping | 449.40 | | | 449.40 | 2017 |
| Neiman Marcus | 210.45 | | | 210.45 | 2017 |
| US Dept HHS CMS Program | 837.00 | 837.00 | | | 2017 |
| American Alliance Conference | 5,571.00 | | | 5,571.00 | 2017 |
| Barnes, Iaccarino & Shepherd | 18,000.00 | 18,000.00 | | | 2017 |
| Ivan cedano | 150.00 | | | 150.00 | 2017 |
| Neiman Marcus | 210.49 | | | 210.49 | 2017 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2017 |
| Mitch Powlowski | 150.00 | | | 150.00 | 2017 |
| Alfredo Alonso | 200.00 | | | 200.00 | 2017 |
| Alfredo Alonso | 360.00 | | | 360.00 | 2017 |
| B. Allison | 550.00 | | | 550.00 | 2017 |
| Montville P.B.A. | 300.00 | | | 300.00 | 2017 |
| Montville P.B.A. | 300.00 | | | 300.00 | 2017 |
| Montville Police | 300.00 | | | 300.00 | 2017 |
| Local 427 | 3,460.00 | 3,460.00 | | | 2017 |
| Robert Barnhart | 150.00 | | | 150.00 | 2017 |
| ATM Withdrawal | 980.00 | | | 980.00 | 2017 |
| Local 427 | 4,340.00 | 4,340.00 | | | 2017 |
| The Hartford | 1,156.00 | 1,156.00 | | | 2017 |
| Dawn Moench | 560.00 | | | 560.00 | 2017 |
| First Energy | 95.18 | 95.18 | | | 2017 |
| Montville Township | 5,432.27 | 5,432.27 | | | 2017 |
| B. Allison | 550.00 | | | 550.00 | 2017 |
| NJ Natural Gas | 479.65 | 479.65 | | | 2017 |
| Wagner & Zwerman | 8,000.00 | 8,000.00 | | | 2017 |
| Wagner & Zwerman | 6,800.00 | 6,800.00 | | | 2017 |
| Cain & Sons Fire Equipment | 37.41 | | | 37.41 | 2017 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| DaHab | 12,500.00 | 12,500.00 | | | 2017 |
| Illegible payee | 201.72 | | | 201.72 | 2017 |
| ATM Withdrawal | 980.00 | | | 980.00 | 2017 |
| Local 427 | 3,333.12 | 3,333.12 | | | 2017 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2017 |
| Robert Barnhart | 200.00 | | | 200.00 | 2017 |

90

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Mitch Powlowski | 200.00 | | | 200.00 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| Montville First Aid Squad | 250.00 | | | 250.00 | 2017 |
| Pine Brook Fire Prevention | 175.00 | | | 175.00 | 2017 |
| Towaco Fire Department | 300.00 | | | 300.00 | 2017 |
| Alfredo Alonso | 600.00 | | | 600.00 | 2017 |
| Alfredo Alonso | 600.00 | | | 600.00 | 2017 |
| John Kulish | 3,010.00 | | | 3,010.00 | 2017 |
| John Kulish | 3,573.06 | | | 3,573.06 | 2017 |
| First Energy | 77.36 | 77.36 | | | 2017 |
| Alfredo Alonso | 600.00 | | | 600.00 | 2017 |
| NJ Natural Gas | 433.41 | 433.41 | | | 2017 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2017 |
| ATM Withdrawal | 960.00 | | | 960.00 | 2017 |
| Alfredo Alonso | 600.00 | | | 600.00 | 2017 |
| Alfredo Alonso | 600.00 | | | 600.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| Dawn Moench | 680.00 | | | 680.00 | 2017 |
| ATM withdrawal | 780.00 | | | 780.00 | 2017 |
| Mitch Powlowski | 300.00 | | | 300.00 | 2017 |
| First Energy | 75.13 | 75.13 | | | 2017 |
| Local 427 | 4,140.36 | 4,140.36 | | | 2017 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2017 |
| NJ Natural Gas | 419.12 | 419.12 | | | 2017 |
| Blue Jay Landscaping | 567.10 | | | 567.10 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| ATM Withdrawal | 490.00 | | | 490.00 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| Eddie's Landscaping | 233.20 | | | 233.20 | 2017 |
| ATM Withdrawal | 800.00 | | | 800.00 | 2017 |
| Local 427 | 4,050.66 | 4,050.66 | | | 2017 |
| Robert Michaels | 3,405.00 | | | 3,405.00 | 2017 |
| B. Allison | 550.00 | | | 550.00 | 2017 |
| John Kulish | 3,405.00 | | | 3,405.00 | 2017 |
| First Energy | 87.70 | 87.70 | | | 2017 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2017 |
| Alfredo Alonso | 400.00 | | | 400.00 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Duce | 750.00 | | | 750.00 | 2017 |
| A.C. Daughtry | 906.40 | | | 906.40 | 2017 |
| ATM Withdrawal | 950.00 | | | 950.00 | 2017 |
| Dorothy McBride | 3,405.00 | | | 3,405.00 | 2017 |
| Montville Township | 5,432.26 | 5,432.26 | | | 2017 |
| Alfredo Alonso | 350.00 | | | 350.00 | 2017 |
| Dawn Moench | 940.00 | | | 940.00 | 2017 |
| Dickinson Group | 3,000.00 | 3,000.00 | | | 2017 |
| NJ Natural Gas | 320.44 | 320.44 | | | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| John Kulish | 1,283.07 | | | 1,283.07 | 2017 |
| ATM Withdrawal | 660.00 | | | 660.00 | 2017 |
| Robert Michaels | 1,519.20 | | | 1,519.20 | 2017 |
| John Kulish | 1,285.07 | | | 1,285.07 | 2017 |
| Mitch Powlowski | 250.00 | | | 250.00 | 2017 |
| Allied Industries Welfare Fund | 50,000.00 | 50,000.00 | | | 2017 |
| First Energy | 51.99 | 51.99 | | | 2017 |
| Wagner & Zwerman | 8,000.00 | 8,000.00 | | | 2017 |
| Wagner & Zwerman | 6,846.00 | 6,846.00 | | | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| NJ Natural Gas | 177.32 | 177.32 | | | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| B. Allison | 550.00 | | | 550.00 | 2017 |
| Local 427 | 3,356.25 | 3,356.25 | | | 2017 |
| John Kulish | 543.57 | | | 543.57 | 2017 |
| ATM Withdrawal | 800.00 | | | 800.00 | 2017 |
| Frank Belo | 100.00 | | | 100.00 | 2017 |
| Reinaldo Pagano | 100.00 | | | 100.00 | 2017 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2017 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2017 |
| First Energy | 63.18 | 63.18 | | | 2017 |
| H. Vargas | 834.60 | | | 834.60 | 2017 |
| Dawn Moench | 1,020.00 | | | 1,020.00 | 2017 |
| Risk Strategies | 15,483.65 | 15,483.65 | | | 2017 |
| Risk Strategies | 16,261.54 | 16,261.54 | | | 2017 |
| NJ Natural Gas | 101.16 | 101.16 | | | 2017 |
| Neiman Marcus | 327.30 | | | 327.30 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |

92

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| Local 427 | 390.00 | 390.00 | | | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| ATM Withdrawal | 800.00 | | | 800.00 | 2017 |
| Local 427 | 4,244.51 | 4,244.51 | | | 2017 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2017 |
| DaHab | 6,250.00 | 6,250.00 | | | 2017 |
| DaHab | 6,250.00 | 6,250.00 | | | 2017 |
| Frank Belo | 45.00 | | | 45.00 | 2017 |
| A.C. Daughtry | 165.66 | | | 165.66 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| Barnes, Iaccarino & Shepherd | 6,000.00 | 6,000.00 | | | 2017 |
| Barnes, Iaccarino & Shepherd | 6,000.00 | 6,000.00 | | | 2017 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2017 |
| Barnes, Iaccarino & Shepherd | 6,000.00 | 6,000.00 | | | 2017 |
| Pension Benefits | 50,000.00 | 50,000.00 | | | 2017 |
| Morris County Clerk | 15.00 | 15.00 | | | 2017 |
| First Energy | 139.72 | 139.72 | | | 2017 |
| ATM Withdrawal | 800.00 | | | 800.00 | 2017 |
| B. Allison | 825.00 | | | 825.00 | 2017 |
| Montville Township | 11,337.93 | 11,337.93 | | | 2017 |
| NJ Natural Gas | 45.76 | 45.76 | | | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| B. Allison | 550.00 | | | 550.00 | 2017 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2017 |
| Local 427 | 3,307.08 | 3,307.08 | | | 2017 |
| Mitch Powlowski | 300.00 | | | 300.00 | 2017 |
| Mitch Powlowski | 400.00 | | | 400.00 | 2017 |
| Dawn Ciardi | 50.00 | | | 50.00 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| Local 427 | 2,392.00 | 2,392.00 | | | 2017 |
| Local 427 | 2,392.00 | 2,392.00 | | | 2017 |
| Robert Barnhart | 350.00 | | | 350.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| NJ Natural Gas | 43.56 | 43.56 | | | 2017 |
| Mitch Powlowski | 375.00 | | | 375.00 | 2017 |
| Robert Barnhart | 350.00 | | | 350.00 | 2017 |
| Local 427 | 3,281.04 | 3,281.04 | | | 2017 |

93

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Ivan cedano | 250.00 | | | 250.00 | 2017 |
| Frank Belo | 50.00 | | | 50.00 | 2017 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2017 |
| First Energy | 139.21 | 139.21 | | | 2017 |
| P.B.G.C. | 15,820.00 | 15,820.00 | | | 2017 |
| Wagner & Zwerman | 8,000.00 | 8,000.00 | | | 2017 |
| Wagner & Zwerman | 6,800.00 | 6,800.00 | | | 2017 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2017 |
| ATM Withdrawal | 880.00 | | | 880.00 | 2017 |
| ExxonMobil | 65.14 | | | 65.14 | 2017 |
| H. Vargas | 481.50 | | | 481.50 | 2017 |
| H. Vargas | 481.50 | | | 481.50 | 2017 |
| Dorothy McBride | 3,405.00 | | | 3,405.00 | 2017 |
| ATM Withdrawal | 880.00 | | | 880.00 | 2017 |
| John Kulish | 1,986.32 | | | 1,986.32 | 2017 |
| John Kulish | 1,986.32 | | | 1,986.32 | 2017 |
| John Kulish | 3,405.00 | | | 3,405.00 | 2017 |
| B. Allison | 650.00 | | | 650.00 | 2017 |
| First Energy | 113.48 | 113.48 | | | 2017 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2017 |
| MSA Group | 340.00 | 340.00 | | | 2017 |
| MSA Group | 340.00 | 340.00 | | | 2017 |
| NJ Natural Gas | 67.72 | 67.72 | | | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2017 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2017 |
| Liberty Mutual Insurance | 3,545.15 | 3,545.15 | | | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| Allied Industries Welfare Fund | 152,000.00 | 152,000.00 | | | 2017 |
| ATM Withdrawal | 880.00 | | | 880.00 | 2017 |
| Local 427 | 4,010.16 | 4,010.16 | | | 2017 |
| First Energy | 84.41 | 84.41 | | | 2017 |
| NJ Natural Gas | 56.60 | 56.60 | | | 2017 |
| Dickinson Group | 6,000.00 | 6,000.00 | | | 2017 |
| Reinaldo Pagano | 50.00 | | | 50.00 | 2017 |
| Frank Belo | 100.00 | | | 100.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| ATM Withdrawal | 880.00 | | | 880.00 | 2017 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2017 |
| Local 427 | 2,933.84 | 2,933.84 | | | 2017 |
| Wagner & Zwerman | 3,400.00 | 3,400.00 | | | 2017 |
| Montville P.B.A. | 350.00 | | | 350.00 | 2017 |
| Montville Police | 300.00 | | | 300.00 | 2017 |
| Robert Barnhart | 350.00 | | | 350.00 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| ATM Withdrawal | 880.00 | | | 880.00 | 2017 |
| John Kulish | 654.66 | | | 654.66 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2017 |
| Pinebrook Fire | 200.00 | | | 200.00 | 2017 |
| First Energy | 94.45 | 94.45 | | | 2017 |
| NJ Natural Gas | 225.75 | 225.75 | | | 2017 |
| Montville Fire Dept | 200.00 | | | 200.00 | 2017 |
| B. Allison | 600.00 | | | 600.00 | 2017 |
| B. Allison | 625.00 | | | 625.00 | 2017 |
| ATM Withdrawal | 880.00 | | | 880.00 | 2017 |
| Local 427 | 2,803.64 | 2,803.64 | | | 2017 |
| B. Allison | 600.00 | | | 600.00 | 2017 |
| Frank Belo | 100.00 | | | 100.00 | 2017 |
| Duce | 150.00 | | | 150.00 | 2017 |
| Robert Barnhart | 250.00 | | | 250.00 | 2017 |
| Craig's | 210.00 | | | 210.00 | 2017 |
| Duce | 750.00 | | | 750.00 | 2017 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2017 |
| ATM Withdrawal | 980.00 | | | 980.00 | 2017 |
| The Hartford | 1,048.00 | 1,048.00 | | | 2017 |
| Montville Township First Aid | 300.00 | | | 300.00 | 2017 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2018 |
| ATM Withdrawal | 220.00 | | | 220.00 | 2018 |
| ATM withdrawal | 220.00 | | | 220.00 | 2018 |
| Montville Township | 11,101.23 | 11,101.23 | | | 2018 |
| First Energy | 72.75 | 72.75 | | | 2018 |
| Craig's | 300.00 | | | 300.00 | 2018 |
| Cash Withdrawal | 600.00 | | | 600.00 | 2018 |
| Reinaldo Pagano | 50.00 | | | 50.00 | 2018 |
| NJ Natural Gas | 381.36 | 381.36 | | | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |

95

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| ATM Withdrawal | 600.00 | | | 600.00 | 2018 |
| Barnes, Iaccarino & Shepherd | 18,000.00 | 18,000.00 | | | 2018 |
| Barnes, Iaccarino & Shepherd | 18,000.00 | 18,000.00 | | | 2018 |
| DaHab | 12,500.00 | 12,500.00 | | | 2018 |
| DaHab | 12,500.00 | 12,500.00 | | | 2018 |
| Local 427 | 3,655.16 | 3,655.16 | | | 2018 |
| Local 427 | 3,402.56 | 3,402.56 | | | 2018 |
| Wagner & Zwerman | 6,000.00 | 6,000.00 | | | 2018 |
| Duce | 750.00 | | | 750.00 | 2018 |
| Dickinson Group | 6,000.00 | 6,000.00 | | | 2018 |
| Optimum | 360.00 | 360.00 | | | 2018 |
| Optimum | 360.00 | 360.00 | | | 2018 |
| ATM Withdrawal | 860.00 | | | 860.00 | 2018 |
| B. Allison | 625.00 | | | 625.00 | 2018 |
| First Energy | 102.76 | 102.76 | | | 2018 |
| NJ Natural Gas | 644.80 | 644.80 | | | 2018 |
| ATM Withdrawal | 480.00 | | | 480.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| Pine Brook Fire Prevention | 290.00 | | | 290.00 | 2018 |
| Local 427 | 2,708.16 | 2,708.16 | | | 2018 |
| B. Allison | 600.00 | | | 600.00 | 2018 |
| B. Allison | 600.00 | | | 600.00 | 2018 |
| ATM Withdrawal | 800.00 | | | 800.00 | 2018 |
| Barnes, Iaccarino & Shepherd | 8,000.00 | 8,000.00 | | | 2018 |
| H. Vargas | 1,343.25 | | | 1,343.25 | 2018 |
| Allied Industries Welfare Fund | 66,235.00 | 66,235.00 | | | 2018 |
| Petty Cash | 877.50 | | | 877.50 | 2018 |
| Duce | 750.00 | | | 750.00 | 2018 |
| First Energy | 98.65 | 98.65 | | | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| NJ Natural Gas | 501.04 | 501.04 | | | 2018 |
| Wagner & Zwerman | 12,000.00 | 12,000.00 | | | 2018 |
| H. Vargas | 428.00 | | | 428.00 | 2018 |
| ATM Withdrawal | 680.00 | | | 680.00 | 2018 |
| Wagner & Zwerman | 12,200.00 | 12,200.00 | | | 2018 |
| Frank Belo | 100.00 | | | 100.00 | 2018 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Duce | 750.00 | | | 750.00 | 2018 |
| ATM Withdrawal | 800.00 | | | 800.00 | 2018 |
| B. Allison | 700.00 | | | 700.00 | 2018 |
| Reinaldo Pagano | 50.00 | | | 50.00 | 2018 |
| Mitch Powlowski | 300.00 | | | 300.00 | 2018 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2018 |
| Cash Withdrawal | 92.69 | | | 92.69 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| ATM Withdrawal | 660.00 | | | 660.00 | 2018 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2018 |
| First Energy | 77.87 | 77.87 | | | 2018 |
| Duce | 750.00 | | | 750.00 | 2018 |
| NJ Natural Gas | 486.14 | 486.14 | | | 2018 |
| Reinaldo Pagano | 50.00 | | | 50.00 | 2018 |
| Mitch Powlowski | 250.00 | | | 250.00 | 2018 |
| American Alliance Conference | 4,448.00 | | | 4,448.00 | 2018 |
| Wagner & Zwerman | 4,000.00 | 4,000.00 | | | 2018 |
| John Kulish | 625.00 | | | 625.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| First Energy | 87.31 | 87.31 | | | 2018 |
| Louise Gentile | 300.00 | | | 300.00 | 2018 |
| John Kulish | 3,405.00 | | | 3,405.00 | 2018 |
| Ivan cedano | 100.00 | | | 100.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| ATM Withdrawal | 700.00 | | | 700.00 | 2018 |
| Local 427 | 6,319.04 | 6,319.04 | | | 2018 |
| Frank Belo | 100.00 | | | 100.00 | 2018 |
| Reinaldo Pagano | 100.00 | | | 100.00 | 2018 |
| John Kulish | 3,980.74 | | | 3,980.74 | 2018 |
| NJ Natural Gas | 338.77 | 338.77 | | | 2018 |
| Duce | 750.00 | | | 750.00 | 2018 |
| Cash Withdrawal | 594.85 | | | 594.85 | 2018 |
| Louise Gentile | 450.00 | | | 450.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| Barnes, Iaccarino & Shepherd | 9,000.00 | 9,000.00 | | | 2018 |
| Barnes, Iaccarino & Shepherd | 18,000.00 | 18,000.00 | | | 2018 |
| Wagner & Zwerman | 6,000.00 | 6,000.00 | | | 2018 |
| Dorothy McBride | 3,405.00 | | | 3,405.00 | 2018 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Pedro Donoso | 296.45 | | | 296.45 | 2018 |
| Louise Gentile | 350.00 | | | 350.00 | 2018 |
| Pedro Donoso | 480.00 | | | 480.00 | 2018 |
| Montville Electric | 583.45 | | | 583.45 | 2018 |
| First Energy | 44.48 | 44.48 | | | 2018 |
| Duce | 750.00 | | | 750.00 | 2018 |
| H. Vargas | 765.00 | | | 765.00 | 2018 |
| Chase Bank | 237.83 | 237.83 | | | 2018 |
| Risk Strategies | 16,261.99 | 16,261.99 | | | 2018 |
| A.C. Daughtry | 154.89 | | | 154.89 | 2018 |
| Pedro Donoso | 680.00 | | | 680.00 | 2018 |
| local 81427 | 2,708.16 | 2,708.16 | | | 2018 |
| Chase Bank | 237.83 | 237.83 | | | 2018 |
| Louise Gentile | 250.00 | | | 250.00 | 2018 |
| Pedro Donoso | 880.00 | | | 880.00 | 2018 |
| Risk Strategies | 15,701.65 | 15,701.65 | | | 2018 |
| NJ Natural Gas | 172.24 | 172.24 | | | 2018 |
| Pedro Donoso | 480.00 | | | 480.00 | 2018 |
| ATM Withdrawal | 600.00 | | | 600.00 | 2018 |
| Pedro Donoso | 653.65 | | | 653.65 | 2018 |
| Pedro Donoso | 720.00 | | | 720.00 | 2018 |
| Louise Gentile | 450.00 | | | 450.00 | 2018 |
| Steves Tree Service | 1,279.50 | | | 1,279.50 | 2018 |
| local 81427 | 2,690.80 | 2,690.80 | | | 2018 |
| Frank Belo | 100.00 | | | 100.00 | 2018 |
| Reinaldo Pagano | 100.00 | | | 100.00 | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| L'Oreal Cr. Un. | 1,500.00 | | | 1,500.00 | 2018 |
| First Energy | 73.41 | 73.41 | | | 2018 |
| KCSA Properties LLC | 700.00 | | | 700.00 | 2018 |
| ATM Withdrawal | 600.00 | | | 600.00 | 2018 |
| ATM withdrawal | 680.00 | | | 680.00 | 2018 |
| Louise Gentile | 137.50 | | | 137.50 | 2018 |
| Mitch Powlowski | 200.00 | | | 200.00 | 2018 |
| Pedro Donoso | 400.31 | | | 400.31 | 2018 |
| Louise Gentile | 500.00 | | | 500.00 | 2018 |
| Duce | 750.00 | | | 750.00 | 2018 |
| Pedro Donoso | 880.00 | | | 880.00 | 2018 |
| First Energy | 79.24 | 79.24 | | | 2018 |
| First Energy | 159.94 | 159.94 | | | 2018 |

| Name | Amount | Reasonable | Questionable | Unreasonable | Year1 |
|---|---|---|---|---|---|
| Bank of America | 4.57 | 4.57 | | | 2018 |
| First Energy | 120.82 | 120.82 | | | 2018 |
| NJ Natural Gas | 31.27 | 31.27 | | | 2018 |
| P.B.G.C. | 15,484.00 | 15,484.00 | | | 2018 |
| The Hartford | 209.00 | 209.00 | | | 2018 |
| A.C. Daughtry | 181.53 | | | 181.53 | 2018 |
| Blue Jay Landscaping | 431.83 | | | 431.83 | 2018 |
| Cohen, Weiss & Simon LLP | 5,500.00 | 5,500.00 | | | 2018 |
| Cohen, Weiss & Simon LLP | 5,500.00 | 5,500.00 | | | 2018 |
| Montville Township | 3,990.27 | 3,990.27 | | | 2018 |
| First Energy | 88.97 | 88.97 | | | 2018 |
| NJ Natural Gas | 31.74 | 31.74 | | | 2018 |
| A.C. Daughtry | 5.33 | | | 5.33 | 2018 |
| Cohen, Weiss & Simon LLP | 5,500.00 | 5,500.00 | | | 2018 |
| Gitomer & Berenholz, P.C. | 25,634.84 | 25,634.84 | | | 2018 |
| Liberty Mutual Insurance | 3,591.42 | 3,591.42 | | | 2018 |
| First Energy | 83.01 | 83.01 | | | 2018 |
| Cohen, Weiss & Simon LLP | 5,500.00 | 5,500.00 | | | 2018 |
| Daniel H. Cook Associates, Inc. | 3,500.00 | 3,500.00 | | | 2018 |
| Daniel H. Cook Associates, Inc. | 3,500.00 | 3,500.00 | | | 2018 |
| Dickinson Group | 0.00 | 0.00 | | | 2018 |

NGM Ex. 22, Ex. H.

Counterclaim

205. The minutes from a May 20, 2014 meeting in South Hampton reflect that it was attended only by John Kulish, Robert McBride (Bob Michaels) and Dorothy McBride. The minutes state:

(5) ADMINISTATOR (sic) DISCUSSED RE-INSTATING ALLIED INDUSTRIES HEALTH AND PENSION FUNDS SUPPLEMENTARY RETIREMENT AND SEVERANCE PLAN AT 20% OF GROSS W-2 INCOME. AFTER A THOROUGH DISCUSSION, MOTION MADE BY TRUSTEE KULISH, SECONDED BY TRUSTEE MICHAELS TO REINSTATE SUPPLEMENTARY RETIREMENT & SEVERANCE PLAN AT 20% OF GROSS W-2 INCOME, FOR ADMINISTRATOR/ EMPLOYEES/STAFF OF THE H & P FUNDS, EFFECTIVE JANUARY 1, 2015, SECONDED BY TRUSTEE MICHAELS. PASSED UNANIMOUSLY.

NGM Ex. 19.

99

206.   The discussion at the May 20, 2014 meeting is not referenced in minutes of formal meetings, attended by Fund counsel and providers. Pls' Ex. 9.

207.   Dorothy McBride has produced extremely limited documents regarding her counterclaim. Pls' Ex. 71.

Expert Opinion

208.   William Kropkof is the Funds' retained expert. *Generally*, W. Kropkof Tr.; NGM Ex. 81.

209.   The documents Mr. Kropkof reviewed before issuing his report are listed in the report. W. Kropkof Tr. 27:8-23; NGM Ex. 81.

210.   Mr. Kropkof agreed with S&P's auditor deposition testimony. W. Kropkof Tr. 31:13-20.

211.   Mr. Kropkof relied on the S&P data detailed in the audit report. W. Kropkof Tr. 33:8-24.

212.   Mr. Kropkof came in with an open mind, did not assume truth of the amended complaint allegations. W. Kropkof Tr. 34:11-16.

213.   The scope of Mr. Kropkof's engagement is to determine whether certain transactions are consistent with ERISA. W. Kropkof Tr. 37:11-15.

214.   Mr. Kropkof reviewed the facts in determining whether ERISA was violated. W. Kropkof Tr. 40:2-14.

215.   Mr. Kropkof is not affiliated with any party to the litigation, looked at it from independent perspective. W. Kropkof Tr. 41:14-20.

216.   Mr. Kropkof stated that an ERISA fiduciary has discretionary authority over plan assets or plan administration. W. Kropkof Tr. 45:6-11.

217.   Mr. Kropkof stated that a party in interest is a person or entity related to the plan, which amongst others could be a fiduciary, administrator, trustee, or service provider. W. Kropkof Tr. 45:12-21.

218.   Mr. Kropkof stated that in applying the facts, he determined that Dorothy McBride is a fiduciary and a party in interest W. Kropkof Tr. 45:22-46;14.

219.   Mr. Kropkof analyzed administrator salary based on the size of plan and duties provided, but typically not based on hours worked because that could be resulting from inefficiency. W. Kropkof Tr. 17:4-18:15.

220.   Mr. Kropkof believes that the Funds are a "small" plan. W. Kropkof Tr. 18:22-24.

100

221. Mr. Kropkof stated that generally speaking, especially for a small plan, an administrator working seven days a week is because of inefficiency. W. Kropkof Tr. 18:16-21.

222. Mr. Kropkof stated that nothing in the reviewed documents show that trustees did an ERISA reasonableness evaluation regarding Dorothy McBride's salary. W. Kropkof Tr. 47:25-48:10.

223. Mr. Kropkof noted that there was no discussion regarding the merits of Dorothy McBride's salary requests. W. Kropkof Tr. 49:24-55:16.

224. Mr. Kropkof's financial analysis shows Dorothy McBride never reduced her salary, given all the bonuses and extra pay. W. Kropkof Tr. 55:17-56:18.

225. Mr. Kropkof believes that Dorothy McBride had total control over plans. W. Kropkof Tr. 57:10-13.

226. Mr. Kropkof believes that Dorothy McBride violated ERISA § 404(a) when she took increased pay and also because of how she charged American Express. W. Kropkof Tr. 58:3-59:16.

227. Mr. Kropkof noted that the pay discussions took place at informal meetings with Dorothy McBride in the room, without legal counsel present. W. Kropkof Tr. 61:4-62.3.

228. Mr. Kropkof believes that Dorothy McBride instructing PayPro about increases in pay goes to her total control over the Funds. W. Kropkof Tr. 73:3-24.

229. Mr. Kropkof believes that Dorothy McBride did not adhere to the required ERISA multiple processes before approval. W. Kropkof Tr. 73:25-74:5.

230. Mr. Kropkof believes that receiving a lump sum pension is action taken to principally benefit Dorothy McBride. W. Kropkof Tr. 75:3-22.

231. Mr. Kropkof believed that the fact that very few participants asked for a lump-sum payout while still employed evidence that Dorothy McBride arranged for this option to be available for her personal benefit. W. Kropkof Tr. 75:13-22.

232. Mr. Kropkof noted that before Alison Marie was hired, there was no post regarding hiring nor was there proper documentation, with the lack of discussion, contract, and documentation making it a prohibited transaction. W. Kropkof Tr. 78:9-79:24.

233. Mr. Kropkof believes that the welfare payments to people not eligible to receive them are prohibited transactions. W. Kropkof Tr. 80:10-15.

234.    Mr. Kropkof noted that intent does not factor in to prohibited transactions. W. Kropkof Tr. 84:5-9.

235.    Mr. Kropkof believes that Dorothy McBride did not follow claim appeals procedures. W. Kropkof Tr. 81:3-25.

236.    Mr. Kropkof believes that there is no reason for an individual check to be directly sent from the Fund office. W. Kropkof Tr. 82:6-18.

237.    Mr. Kropkof noted that social security rules state that if incarcerated you are not eligible for disability benefits. W. Kropkof Tr. 84:21-85:15.

238.    Mr. Kropkof believes that social security payments going to Dorothy McBride after Alexander Antoniades' incarceration are a violation of plan documents. W. Kropkof Tr. 88:6-12.

239.    Mr. Kropkof noted that little documentation was available with respect to American Express charges, making it difficult to tell which were legitimate business charges, with department and grocery store charges in particular standing out. W. Kropkof Tr. 90:11-91:18.

B.    Damages – Plaintiffs intend to prove the following contested facts with regard to damages: (This must include each item of damages, the amount of each item, the factual basis for each item and, if punitive damages are claimed, the facts upon which plaintiff will rely to establish punitive damages).

1.    Payments totaling $262,531 were made to Ms. McBride in excess of routine bi-weekly payroll.

2.    Alison Marie received six weeks payroll during 2016, having been "hired" without compliance with fiduciary requirements.

3.    Payments to American Express totaling $321,327 for which no supporting documentation could be obtained.

4.    Medical and prescription drug benefits in the amount of $76,971 paid on behalf of four ineligible individuals.

5.    Claims totaling $1,393 were paid on behalf of Justine Annucci and her family members, for which they were not entitled.

6.    Claims totaling $131 were paid on behalf of Sebastian Bonomolo, for which he was not entitled.

7.    Claims totaling $65,367 were paid on behalf of Robert Michaels, despite not being employed by a contributing employer during the coverage period.

8.  Claims totaling $10,080 were paid for Ruby Winston, despite not being employed by a contributing employer during the coverage period.

9.  Claims totaling $158,750 that were not processed by third-party administrators but were processed manually by the Fund Office, without adherence to fiduciary guidelines.

10. Three death benefits paid from the Welfare Fund totaling $105,000. In March 2016, a $5,000 benefit was paid to the beneficiary of Ruby Winston and in February 2018, two $50,000 benefit checks each paid to Justine Annucci and Michael McBride as beneficiaries of Robert Michaels.

11. In June 2015, Dorothy McBride converted the value of her remaining pension to a lump sum payout totaling $641,501. Based on a review of Plan provisions the lump sum option is only available if the participant has retired. Furthermore, in connection with her continued employment, Ms. McBride received annual payments totaling $26,945 associated with the actuarial increase in her lump sum payment. Accordingly, the total inappropriate pension benefits equal $668,446 paid to Ms. McBride.

12. A determination as to whether Dorothy McBride's pay was proper and recoupment of any amounts due and owing resulting from said determination.

13. In addition, Plaintiffs seek interest, liquidated damages, and attorney's fees and costs pursuant to 29 U.S.C. §§ 1132, 1145, Sections 502 and 515 of ERISA.

14. As noted in the Amended Complaint, additional amounts may become due and owing during the course of this litigation.

**8.    DEFENDANTS' CONTESTED FACTS**

A.    <u>Liability</u> - Defendants intend to prove the following contested facts with regard to liability.

None provided.

B.    <u>Damages</u> - Defendants intend to prove the following contested facts with regard to damages. (This statement must include the factual basis for each defense against plaintiffs' claims for damages).

1.    ERISA's purpose is to protect employee benefit plan participants and beneficiaries by providing responsible management.  ERISA ensures that employees receive promised benefits.

2.    Fiduciary responsibilities require that plan assets be managed solely in the participants best interest.

3.    Long time plan Administrator Dorothy McBride managed plan assets with prudence and loyalty.

4.    Allied Industries Local 427 Health plan suffer no shortfalls, bounced checks, illegitimate denial of benefits or other indication of a poorly run Health Plan.

5.    Allied Industries Local 427 Pension Plan was fully funded at 114.02% for the year 2017, and fully funded for the years 2016 and 2015.

6.    Dorothy McBride and Pension and Health Fund Trustees used an accountable reimbursement plan that allowed reimbursement for business expenses.

7.    Business expenses were incurred on Dorothy McBride=s American Express account.  Business expenses were directly related to the Administrator=s job function.

8.    Business expenses were substantiated by review of the American Express account on a monthly basis.  Business expenses are clearly identifiable on the American Express statement because they are recurring and or reasonably related to the administration of the plans.  The business expenses are usual and customary and what would be anticipated in the administering a union run pension and health plan.

9.    The Health Plan and Pension Plan would then reimburse Dorothy McBride by paying their portion of the American Express bill.

10.    The Fund Trustees approved merit bonuses and payment for vacation days and compensated absences for Dorothy McBride.

104

11. Justine Annucci was employed as a clerical employee and rendered office help and translation services. Justine Annucci worked without salary on a volunteer basis. Justine Annucci was given health and pharmacy benefits. Justine Annucci is Dorothy McBride=s daughter.

12. Allison McBride was employed as a clerical employee and received a salary. Allison McBride worked in the Funds for six months. Allison McBride is Dorothy McBride=s niece.

13. Sebastian Bonomolo is at all times relevant herein an infant and the son of Justine Annucci. As such Sebastian Bonomolo was entitled to Rx benefits.

14. Bob Michaels was Trustee and Business Manager for Local 427 and was entitled to Rx benefits paid to him.

15. Ruby Winston was a Fund participant and was entitled to health benefits, Rx benefits and death benefits.

16. The Welfare Fund as a matter of policy paid separately for dental and vision benefits for participants. These payments were separate from third party payers.

17. Dorothy McBride was entitled to a lump sum payment as a pension distribution because she had over forty (40) years of pension contributions. The lump sum payment was calculated by the Fund actuary.

18. Alexander Antoniades was the step-brother of Dorothy McBride. Alexander Antoniades was a participant of the Funds and entitled to a disability pension. Although Antoniades SSI disability was suspended while he was incarcerated, he did not regain his health and fitness therefore his disability pension continued.

19. Dorothy McBride is entitled to the retirement/severance benefits under the Supplementary Plan and compensation for salary up until the date of termination.

20. Alison McBride was employed by the funds in 2016 for six weeks. During this time Alison McBride provided clerical services to the Funds and was reasonable and properly paid $759 per week.

21. Between 2015 and 2019 Defendant Justine Annucci Bonomolo provided translation services to the Funds. These translation services from English to Spanish and Spanish to English greatly benefitted Fund participants and made Hispanic Fund participants feel informed and respected. Justine Annucci Bonomolo rendered these services without salary on a volunteer basis, same the prescription benefit, which was secondary to Justine Annucci Bonomolo primary coverage. Justine Annucci Bonomolo then served the Funds the expense of hiring other translation services.

105

22.    Sebastian Bonomolo at all relevant times herein was an infant and entitled to pharmacy services through his mother Justine Annucci Bonomolo's plan.

**9.    PLAINTIFFS' FACT WITNESSES**

A.    <u>Liability</u> - On liability, plaintiffs intend to call the following witnesses who will testify in accordance with the following summaries:[3]

1.    Peter Mitchell c/o counsel for Funds

2.    Daniel Silverman c/o counsel for Funds

3.    James Winship

4.    Dorothy McBride

5.    Alison Marie

6.    Justine Bonomolo

7.    Peter Murray c/o S&P

8.    Nicole Fields c/o St. James Hospital

9.    Lucille Hart, 471 Bay Shore Road, Nokomis, FL, 34274

10.    Kenneth Porcelli c/o PayPro

B.    <u>Damages</u> - On damages, plaintiff intends to call the following witnesses who will testify in accordance with the following summaries:  *See* <u>above.</u>

C.    <u>Objections</u> – Individual Defendants object to the following witnesses for the reasons stated:

None provided.

---

[3] Plaintiffs will likely not call all of these witnesses.

10.    **INDIVIDUAL DEFENDANTS' FACT WITNESSES**

    A.    <u>Liability</u> - On liability, Individual Defendants intend to call the following witnesses who will testify in accordance with the following summaries:

        1.    Dorothy McBride

        2.    Alison McBride

        3.    Justine Annucci

    B.    <u>Damages</u> - On damages, Individual Defendants intend to call the following witnesses who will testify in accordance with the following summaries:

        1.    Dorothy McBride

    C.    <u>Objections</u> - Plaintiffs object to the following witnesses for the reasons stated:

11.    **EXPERT WITNESSES**

    A.    <u>Plaintiffs' expert witnesses</u>:

        William J. Kropkof
        President of the ERISA Advisory Group
        9560 Winding Ridge Dr.
        Dallas, TX 75238

    B.    <u>Defendant's objections to the qualifications of plaintiffs' experts (by witness)</u>:

    C.    <u>Defendant's expert witnesses</u>:

    D.    <u>Plaintiffs' objections to the qualifications of defendant's experts (by witness)</u>:

12.    **DEPOSITION TESTIMONY** [List, by page and line, all deposition testimony to be offered into evidence. All irrelevant and redundant matters and all colloquy among counsels must be eliminated, unless ruled relevant.  Deposition testimony to be used solely for impeachment purposes need not be listed]

    A.    <u>Plaintiff</u> – Plaintiffs reserve the right to read into evidence the following:

        1.    **Dorothy McBride Transcript:** 17:22-25, 25:1-5, 13:22-25, 14:2-12, 14:13-14, 9:5-10, 10:15-16, 11:6-11, 17:17-16, 12:3-5, 156:7-21, 156:24-157:4, 11:12-18, 7:12-15, 7:16-23, 22:15-23, 150:2-9, 147:20-148:7, 149:5-16, 190:18-21, 32:6-9, 76:7-18, 76:13-18, 32:10-33:3, 25:6-30:15, 140:2-6, 146:6-13, 146:17-20, 147:2-19, 243:4-13, 126:13-127:18, 126:13-20, 130:4-6, 130:7-20, 134:8-11, 151:15-20, 245:15-18, 11:19-20, 11:21-12:2, 17:10-16, 17:7-9, 17:4-6, 17:19-22, 25:10-20, 210:2-8, 18:14-25, 19:5-7, 19:8, 19:9-20:13, 176:6-12, 176:18-177:25, 32:10-33:3, 21:9-22:2, 24:9-11,

24:21-25, 24:9-25, 42:3-43:4, 42:16-43:4, 43:5-16, 45:21-46:8, 47:4-17, 47:17-25, 48:13-18, 48:5-10, 59:10-21, 62:18-20, 74:2-4, 200:22-201:2, 202:2-7, 56:3-6, 209:9-17, 222:13-223:3, 186:2-13, 186:19-25, 78:23-25, 78:6-10, 142:14-25, 158:2-24, 89:5-8, 89:9-18, 90:15-16, 90:11-15, 89:19-23, 90:18-19, 89:24-90:3, 93:2-10, 94:11-95:17, 98:15-20, 179:15-17, 181:18-23, 260:6-19, 182:6-184:6, 184:13-20.

2. **Peter Mitchell Transcript:** 6:1-3, 7:20-22, 7:5-19, 7:23-8:1, 13:10-15, , , 14:1-4, 35:18-21, 98:1-3, 98:4-8, 98:23-99:2, 6:9-12, 8:2-14, , 15:19-24, 36:22-25, 34:10-21, 32:1-25, 34:10-35:3, 38:8-18, 73:7-23, 76:16-77:17.

3. **Justine Annucci (Bonomolo) Transcript:** 7:15-19, 22:5-7, 10:13-17, 34:20-21, 11:6-8, 11:12-18, 11:9-11, 17:11-14, 17:15-18, 10:21-11:3, 12:3-6, 12:7-14, 13:19-24, 8:16-19, 16:7-12, 16:4-12, 22:12-17, 23:4-6, 27:21-25, 28:2-9, 28:10-17, 38:3-7.

4. **Alison Marie Transcript:** 6:2-7, 5:6-9, 12:11-20, 4:15-20, 4:20-21, 4:22-24, 4:24-5:2, 6:19-23, 9:3-6, 9:10-23, 10:10-13.

5. **Peter Murray Transcript:** 89:3-7, 13:13-15, 14:2-9, 19:8-12, 19:18-20:7, 20:5-7, 20:19-21:5, 26:2-7, 44:3-9, 44:10-17, 67:10-15, 86:4-87:6, 91:16-25, 97:4-16, 115:15-117:2, 117:15-118:8, 121:13-122:15, 169:2-170:5, 120:11-120:17, 159:8-23, 158:15-23, 90:11-91:6, 96:20-22, 96:13-19, 99:4-6, 99:11-21, 160:8-24, 110:5-10, 76:6-25, 77:9-20.

6. **Lucille Hart Transcript:** 11:19-24, 11:25-12:2.

7. **Nicole Fields Transcript:** 19:20-20:3, 25:17-21, 30:10-17, 31:4-9, 31:10-17.

8. **William Kropkof Transcript:** 94:6-21, 101:2-11, 27:8-23, 31:13-20, 33:8-24, 34:11-16, 37:11-15, 40:2-14, 41:14-20, 45:6-11, 45:12-21, 45:22-46:14, 17:4-18:15, 18:22-24, 18:16-21, 47:25-48:10, 49:24-55:16, 55:17-56:18, 57:10-13, 58:3-59:16, 61:4-62.3, 73:3-24, 73:25-74:5, 75:3-22, 75:13-22, 78:9-79:24, 80:10-15, 84:5-9, 81:3-25, 82:6-18, 84:21-85:15, 88:6-12, 90:11-91:18.

B. <u>Individual Defendants</u> – Individual Defendants reserve the right to read into evidence the following:

1. **Peter Mitchell Transcript:** 37:5-38:18, 38:19-39:20, 40:1-48:3, 43:8-43:14, 48:16-24, 64:4-10, 69:6-14, 119:9-16.

## 13. PLAINTIFFS' EXHIBITS

(Except for exhibits the need for which could not reasonably have been foreseen or which are used solely for impeachment purposes, only the exhibits set forth on the exhibit list attached hereto may be introduced at trial. Any objection to an exhibit, and the reason for

said objection, must be set forth below or it shall be deemed waived. All parties hereby agree that it will not be necessary to bring in the custodian of any exhibit as to which no such objection is made).

A.    Plaintiffs intend to introduce into evidence the exhibits listed on the attached exhibit list (list by number with a description of each):

### Plaintiffs' Exhibits[4]

Deposition Transcripts

1.    Dorothy McBride March 14, 2024 Deposition Transcript

2.    Peter Mitchell March 26, 2024 Deposition Transcript

3.    Dorothy McBride March 28, 2024 Deposition Transcript

4.    Julie Fox-Jones April 4, 2024 Deposition Transcript

5.    Wendy Swenson April 10, 2024 Deposition Transcript

6.    Peter Murray, May 9, 2024 Deposition Transcript

7.    Allison Marie June 3, 2024 Deposition Transcript

8.    Kenneth Porcelli June 4, 2024 Deposition Transcript

9.    Lucille Hart June 5, 2024 Deposition Transcript

10.    Justine Annucci June 14, 2024 Deposition Transcript

11.    Nicole Fields July 11, 2024 Deposition Transcript

Plaintiffs' Deposition Exhibits

1.    Pls' Ex. 3: A. Antoniades disability

2.    Pls' Ex. 4: A. Marie payroll

3.    Pls' Ex. 5: criminal case file

4.    Pls' Ex. 6: cancelled checks

5.    Pls' Ex. 8: 2017 D. McBride Payroll Register

---

[4] Plaintiffs use the exhibit numbers as designated in discovery, some of which were originally introduced by NGM Insurance Company prior to Plaintiffs' settlement with NGM.

6.  Pls' Ex. 9: Trustees meeting minutes

7.  Pls' Ex. 11: R. Winston file

8.  Pls' Ex. 12: American Express bills

9.  Pls' Ex. 13: 2017 General Ledger

10. Pls' Ex. 14: 2016 General Ledger

11. Pls' Ex. 15: death benefit payments

12. Pls' Ex. 16: lump sum payments

13. Pls' Ex. 17: 2015 Cash Receipts Journal

14. Pls' Ex. 18: 2015 Payroll Register

15. Pls' Ex. 19: 2018 Payroll Register

16. Pls' Ex. 22: 2015 General Ledger

17. Pls' Ex. 26: A. Antoniades payments

18. Pls' Ex. 27: A. Antoniades payments 2

19. Pls' Ex. 32: October 2017-October 2020 Fidelity Bond

20. Pls' Ex. 34: 2016 Cash Receipts Journal

21. Pls' Ex. 35: Document Retention Policy

22. Pls' Ex. 36: 2014 Pension Fund Trust Agreement

23. Pls' Ex. 37: 2019 Payroll Register

24. Pls' Ex. 39: 2016 Payroll Register

25. Pls' Ex. 42: 2015 Cash Disbursements Journal

26. Pls' Ex. 43: administrative expenses data

27. Pls' Ex. 44: Payroll Register, D. McBride

28. Pls' Ex. 45: Payroll Register, A. Marie

29. Pls' Ex. 49: 2017 Cash Disbursements Journal

30. Pls' Ex. 50: 2018 Cash Receipts Journal

110

31.    Pls' Ex. 55: American Express Payments

32.    Pls' Ex. 56: 2016 Cash Disbursements Journal

33.    Pls' Ex. 57: 2016 A. Marie W-2 and Payroll Register

34.    Pls' Ex. 61: 2017 Payroll Register

35.    Pls' Ex. 63: 2018 Cash Disbursements Journal

36.    Pls' Ex. 64: 2018 General Ledger

37.    Pls' Ex. 67: Expense Reimbursement Policy

38.    Pls' Ex. 68: American Express Documentation Policy

39.    Pls' Ex. 69: J. Annucci Payments

40.    Pls' Ex. 70: J. Annucci Pension

41.    Pls' Ex. 71: Supplementary Plan documents

42.    Pls' Ex. 72: 6/8/20 Letter to McBride from Cohen, Weiss and Simon LLP
       with Audit Attached

43.    Pls' Ex. 74: J. Annucci 1099

44.    Pls' Ex. 75: Pension Fund ERISA Dishonesty Bond

45.    Pls' Ex. 77: 10/2/14 Welfare Fund ERISA Blanket Bond Application

46.    Pls' Ex. 81: A. Marie Expenses

47.    Pls' Ex. 82: A. Antoniades file

48.    Pls' Ex. 83: American Express Subpoena Response

49.    Pls' Ex. 85: Welfare Fund Trust Agreement

50.    Pls' Ex. 86: 2015-2018 J. Annucci 1099-R

51.    Pls' Ex. 87: 2016 A. McBride and D. McBride W-2s

52.    Pls' Ex. 88: 10/14 Pension Fund ERISA Blanket Bond Application

53.    Pls' Ex. 91: American Express receipts

54.    Pls' Ex. 92: D. McBride and J. Kulish hotel stay invoices

55.    Pls' Ex. 111: Welfare Fund ERISA Dishonesty Bond

111

56.    Cited Exhibits

57.    Welfare Fund SPD

58.    Pension Fund SPD

59.    Expert Report

60.    Plaintiffs' Amended Complaint

61.    Individual Defendants' Answer with Counterclaim

62.    Plaintiffs' Answer to the Counterclaim

### NGM's Deposition Exhibits

1.    NGM Ex. 8: 2/12/20 Letter from Cohen, Weiss and Simon LLP to J. Annucci

2.    NGM Ex. 9: 6/28/18 Email from J. Clark to IUE-CWA Presidents re: *Janus*

3.    NGM Ex. 12: 10/19/14 Final Pension Fund Bond

4.    NGM Ex. 13: 10/19/17 Final Welfare Fund Bond

5.    NGM Ex. 14: 2010 D. McBride Payroll Register

6.    NGM Ex. 16: 2012 D. McBride Payroll Register

7.    NGM Ex. 17: 2013 D. McBride Payroll Register

8.    NGM Ex. 18: 2014 D. McBride Payroll Register

9.    NGM Ex. 19: 2013-2017 Trustees Meeting Minutes

10.    NGM Ex. 20: Welfare Items #2

11.    NGM Ex. 22: Schultheis & Panettieri LLP Audit Report re: 2015-2019

12.    NGM Ex. 23: 4/17/15 Letter from Dickinson Group, LLC to D. McBride

13.    NGM Ex. 24: 2/14/17 Letter from Dickinson Group, LLC to D. McBride

14.    NGM Ex. 25: March 2013 Pension Fund Vouchers

15.    NGM Ex. 26: 11/16/20 National Grange Mutual Insurance Summary of Loss

16.    NGM Ex. 27: January 2014 Pension Fund Bank of America Statement

112

17. NGM Ex. 34: 2022 Emails between Cohen, Weiss and Simon LLP and Assistant U.S. Attorney

18. NGM Ex. 35: 2/27/23 Letter from Cohen, Weiss and Simon LLP to Assistant U.S. Attorneys

19. NGM Ex. 36: 5/1/23: Letter from Cohen, Weiss and Simon LLP to U.S. Attorney's Office

20. NGM Ex. 37: First Amended Complaint

21. NGM Ex. 38: Welfare Fund Claims

22. NGM Ex. 43: Medical Claims

23. NGM Ex. 44: 2013 Pension Fund Invoices

24. NGM Ex. 45: 2019 Benefit Funds Document Index

25. NGM Ex. 46: File Index

26. NGM Ex. 49: 4/16/98 Minutes re: D. McBride salary

27. NGM Ex. 50: 7/12/18 Agreement between D. McBride and Funds

28. NGM Ex. 51: LinkedIn Profile for P. Murray

29. NGM Ex. 52: 1/13/20 Letter from Schultheis & Panettieri LLP to Board of Trustees

30. NGM Ex. 53: 6/25/20 P. Murray Memorandum

31. NGM Ex. 53a: 6/25/20 P. Murray Memorandum (Word Document)

32. NGM Ex. 54: 11/27/19 Email from Cohen, Weiss and Simon LLP to Schultheis & Panettieri LLP

33. NGM Ex. 55: 2015 Welfare Fund W-2s

34. NGM Ex. 57: Claims Data

35. NGM Ex. 58: Claims Data

36. NGM Ex. 59: Claims Data

37. NGM Ex. 60: Daniel H. Cook Associates Claims Data

38. NGM Ex. 61: Claims Data

113

39.    NGM Ex. 62: January 2013 Bank of America Checking Records

40.    NGM Ex. 63: 2013-2014 Check Summary

41.    NGM Ex. 64: Bank Accounts Summary

42.    NGM Ex. 65: Pension and Welfare Funds Meeting Minutes

43.    NGM Ex. 67: 12/31/13 Pension Fund Financials

44.    NGM Ex. 69: 9/30/13 Welfare Fund Financials

45.    NGM Ex. 70: 8/14/20 Schultheis & Panettieri LLP Draft Findings

46.    NGM Ex. 71: Handwritten Notes

47.    NGM Ex. 72: Handwritten Notes

48.    NGM Ex. 74: 8/14/20 Schultheis & Panettieri LLP Draft Findings

49.    NGM Ex. 75: 8/14/20 Schultheis & Panettieri LLP Draft Findings

50.    NGM Ex. 76: PayPro Emails

Deposition of Kenneth Porcelli, PayPro (non-party)

1.    Pls' Ex. A: D. McBride and PayPro Emails

2.    Pls' Ex. B: D. McBride and PayPro Emails

3.    Pls' Ex. C: PayPro Emails

4.    Pls' Ex. E: 7/16/18 Letter from J. Winship (IUE-CWA Local 427) to PayPro

5.    Pls' Ex. F: 2018 Laser Check Signature Forms

Deposition of Nicole Fields, Saint James Health (non-party)

1.    Ex. 1: 12/23/15 Board of Directors Meeting Minutes

2.    Ex. 2: 2/24/16 Board of Directors Meeting Minutes

3.    Ex. 3: 5/18/16 Board of Directors Meeting Minutes

4.    Ex. 4: 9/21/16 Correspondence from R. DeGroot

5.    Ex. 5: 10/26/16 Board of Directors Meeting Minutes

6.    Ex. 6: August 2016 Correspondence from R. DeGroot

114

B.      Defendants object to the introduction of plaintiffs' exhibits (set forth number of an exhibit and grounds for objection):

None provided.

14.    **DEFENDANTS' EXHIBITS**

(See instructions above).

A.      Individual Defendants intend to introduce into evidence the exhibits listed on the attached exhibit list (list by number with a description of each):

1.      Ex. 1: American Express Reimbursement Schedule January - June 2016

2.      Ex. 2: American Express Reimbursement Schedule July - December 2016

3.      Ex. 3: American Express Reimbursement Schedule January - May 2017

4.      Ex: 4: American Express Reimbursement Schedule June - September 2017

5.      Ex. 5: American Express Reimbursement Schedule October 2017 - December 2017

6.      Ex. 6: American Express Reimbursement Schedule January 2018 - March 2018

7.      Ex. 7: Letter from Cohen, Weiss and Simon LLP to Dorothy McBride 2/28/19 regarding severance/salary

8.      Ex. 8: Letter from Dickinson Group, LLC to Dorothy McBride 2/25/16 regarding pension

9.      Ex. 9: Deferred compensation benefit due Dorothy McBride

10.     Ex. 10: Employees entitled to lump sum 5/30/14

11.     Ex. 11: Trustee Minutes 6/19/15

12.     Ex. 12: Trustee Minutes 9/22/16

13.     Ex. 13: Trustee Minutes 5/22/17

14.     Ex. 14: Trustee Minutes 12/20/17

15.     Ex. 15: Trustee Minutes 4/16/98

16.     Ex. 16: Letter 7/11/18 to Trustees from IUE-CWA

17.     Ex. 17: Envelope Letter 7/11/18

115

18.     Ex. 18: Mr. Cintron Letter 2/7/18

19.     Ex. 19: Letter 1/12/18 Artisan Controls/Local 81427

20.     Ex. 20: Email 5/22/17

21.     Ex. 21: Agreement Whippany Actuation Systems/Local 81427

22.     Ex. 22: MOU between Pail/Local 81427 4/7/17

23.     Ex. 23: MOU between Pail/Local 81427 3/13/17

24.     Ex. 24: MOU between Pail/Local 81427 3/6/17

25.     Ex. 25: Minutes 8/6/05

26.     Ex. 26: Minutes 6/19/2015

27.     Ex. 27: Minutes 4/16/1998

28.     Ex. 28: Minutes 12/26/2017

29.     Ex. 29: Minutes May 22, 2017

30.     Ex. 30: Minutes Sept 2016

31.     Ex. 31: Letter 7/11/18

32.     Ex. 32: Envelope 7/13/18

33.     Ex. 33: Bill 4/25/18

34.     Ex. 34: Letter 2/28/19 Denying severance

35.     Ex. 35: Documents from Actuary Lump Sum payment

B.     Plaintiffs object to the introduction of defendant's exhibits (set forth number of exhibit and grounds for objection):

Plaintiffs reserve rights to object to any exhibits Defendants intend to introduce that were not produced in discovery. Without waiving these rights, Plaintiffs object to the following exhibits as not produced in discovery:

1.     Ex. 1: American Express Reimbursement Schedule January - June 2016

2.     Ex. 2: American Express Reimbursement Schedule July - December 2016

3.     Ex. 3: American Express Reimbursement Schedule January - May 2017

116

4.      Ex: 4: American Express Reimbursement Schedule June - September 2017

5.      Ex. 5: American Express Reimbursement Schedule October 2017 - December 2017

6.      Ex. 6: American Express Reimbursement Schedule January 2018 - March 2018

7.      Ex. 8: Letter from Dickinson Group, LLC to Dorothy McBride 2/25/16 regarding pension

8.      Ex. 9: Deferred compensation benefit due Dorothy McBride

9.      Ex. 10: Employees entitled to lump sum 5/30/14

10.     Ex. 14: Trustee Minutes 12/20/17

11.     Ex. 18: Mr. Cintron Letter 2/7/18

12.     Ex. 19: Letter 1/12/18 Artisan Controls/Local 81427

13.     Ex. 20: Email 5/22/17

14.     Ex. 22: MOU between Pail/Local 81427 4/7/17

15.     Ex. 23: MOU between Pail/Local 81427 3/13/17

16.     Ex. 24: MOU between Pail/Local 81427 3/6/17

17.     Ex. 28: Minutes 12/26/2017

18.     Ex. 35: Documents from Actuary Lump Sum payment

(Copies of exhibits are to be made for opposing counsel, and a bench book of exhibits is to be delivered to the Judge at the start of trial. If counsel desires to display exhibits to the jury, sufficient copies should be available to provide each juror with a copy; alternatively, enlarged photographic or projected copies may be used).

## 15.    PLAINTIFFS' LEGAL ISSUES

Issue One: Plan Assets Not Used for Exclusive Benefit of Participants

Plaintiffs will prove that Dorothy McBride breached her fiduciary duties to the Funds in violation of ERISA.

ERISA requires that benefit fund fiduciaries discharge their duties with "prudence," "solely in the interest of the participants and beneficiaries" and "for the exclusive purpose of . . . providing benefits to participants and their beneficiaries" and "defraying reasonable expenses of administering the plan." 29 U.S.C. § 1104(a) ("Section 404"). Any fiduciary

117

who breaches this duty shall be personally liable for the plan's losses. 29 U.S.C. § 1109(a) ("Section 409"). To succeed on an ERISA breach of fiduciary duty claim, a plaintiff must show that (1) a plan fiduciary (2) breached an ERISA-imposed duty, which (3) caused a loss to the plan. *Mator v. Wesco Distribution, Inc.*, 102 F.4th 172, 184 (3d Cir. 2024).

Dorothy McBride is an ERISA fiduciary because, as the Funds' Administrator, she exercised discretionary authority or control over management of the plan and/or the plan assets, and/or had discretionary authority or responsibility in the administration of the plan. 29 U.S.C. § 1002(21)(A); *see also Santomenno ex rel. John Hancock Tr. v. John Hancock Life Ins. Co. (U.S.A.)*, 768 F.3d 284, 291 (3d Cir. 2014) (noting that an individual who acts in an "administrative" or "managerial" capacity to an employee benefits fund is a fiduciary under ERISA).

By failing to follow proper Funds' procedure for authorization and payment of financial expenditures, and instead taking advantage of her position for personal profit and gain, Dorothy McBride failed to discharge her duties with respect to the Funds with "prudence," "solely in the interest of the participants and beneficiaries," and for the exclusive purposes of providing benefits to participants and defraying reasonable expenses, thereby breaching her ERISA-imposed fiduciary duties under Section 404. 29 U.S.C. § 1104(a); *see LaScala v. Scrufari*, 479 F.3d 213, 221–22 (2d Cir. 2007) (fund manager breached his fiduciary duties when he gave himself and his son salary raises without trustee approval); *Spear v. Fenkell*, No. CV 13-2391, 2016 WL 5661720, at *15 (E.D. Pa. Sept. 30, 2016) (fiduciary did not act in the exclusive interest of plan participants after negotiating a deal for the plan that resulted in him being paid millions of dollars in consulting fees), *clarified on denial of reconsideration*, No. CV 13-2391, 2016 WL 7475814 (E.D. Pa. Dec. 29, 2016).

As a result of Dorothy McBride's actions, the Funds suffered financial losses for which Ms. McBride is personally liable, and Ms. McBride received unjust profits for which she must disgorge. 29 U.S.C. § 1109(a); *Sec'y U.S. Dep't of Lab. v. Koresko*, 646 F. App'x 230, 245–46 (3d Cir. 2016) (affirming district court's order that fiduciary must disgorge the profits he gained through improper means).

<u>Issue Two: Prohibited Transactions</u>

Plaintiffs will prove that Dorothy McBride, acting in her fiduciary capacity, engaged in prohibited transactions in violation of ERISA.

ERISA prohibits benefit fund fiduciaries from engaging in certain transactions between the plan and a party in interest or the plan and the fiduciaries themselves. 29 U.S.C. § 1106 ("Section 406"). Prohibited transactions include transactions that constitute "direct or indirect" transactions between the plan and a party in interest, *id.* § 1106(a)(1), and transactions between a plan and a fiduciary where, *inter alia*, the fiduciary "deal[s] with the assets of the plan in his own interest or for his own account," *id.* § 1106(b)(1). Any fiduciary who breaches this duty shall be personally liable for the plan's losses. 29 U.S.C. § 1109(a).

118

By wrongfully taking the Funds' assets in the form of salary, benefits, and other compensation, Dorothy McBride engaged in prohibited transactions in violation of Section 406 of ERISA, and thus failed to discharge her duties with "prudence," "solely in the interest of the participants and beneficiaries," and for the exclusive purposes of providing benefits to participants and defraying reasonable expenses. 29 U.S.C. § 1104(a); *Nat'l Sec. Systems, Inc. v. Iola*, 700 F.3d 65, 90–91 (3d Cir. 2012) (fiduciary that received compensation related to a transaction involving plan assets violated Section 406(b)).

Courts are clear that the type of "self-dealing" in which Ms. McBride engaged creates a per se violation of ERISA, regardless of whether Ms. McBride acted in bad faith or whether the transaction was fair to the plan. *See, e.g.*, *Gilliam v. Edwards*, 492 F. Supp. 1255, 1263–64 (D.N.J. 1980) (finding, following a bench trial, that trustee engaged in self-dealing prohibited by Section 406(b) where he participated in discussions that led to his installation as fund administrator); *Perez v. Koresko*, 86 F. Supp. 3d 293, 386–87 (E.D. Pa. 2015) (fiduciaries violated Section 406(b)(1) where they purchased real estate with plan assets and set their own fees) (subsequent history omitted); *Delta Star, Inc. v. Patton*, 76 F. Supp. 2d 617, 638 (W.D. Pa. 1999) (board of trustees member who also served as corporate executive engaged in self-dealing and violated 406(b) where he used plan assets to pay himself excessive and unreasonable compensation and retirement benefits).

Accordingly, through her violations of Sections 404 and 406, Dorothy McBride caused the Funds to suffer financial losses for which she personally is liable and received unjust profits which she is liable to disgorge, pursuant to ERISA Section 409(a). *See Perez v. Koresko*, No. CIV.A. 09-988, 2015 WL 1182846, at *1 (E.D. Pa. Mar. 13, 2015) (ordering more than $38 million in restitution and disgorgement to benefit funds), *amended*, No. CIV.A. 09-988, 2015 WL 2236692 (E.D. Pa. May 13, 2015) (subsequent history omitted); *Gilliam*, 492 F. Supp. at 1267 (fiduciary ordered to repay to the fund the salary, with interest, he received pursuant to a prohibited transaction).

Issue Three: Improper Possession of Fund Assets

Plaintiffs will prove that the Funds are entitled to equitable restitution in the form of a constructive trust or equitable lien with respect to the disputed funds held in the Individual Defendants' possession.

ERISA provides that a benefit fund fiduciary may bring a civil action "to enjoin any act or practice which violates" the ERISA subchapter and further allows a fiduciary "to obtain other appropriate equitable relief . . . to redress such violations or . . . enforce any provisions" of the ERISA subchapter. 29 U.S.C. § 1132(a)(3) ("Section 502").

Through their violations of ERISA, the Individual Defendants knowingly participated in actions that resulted in their receipt of ill-gotten gains from the Funds. The Individuals Defendants remain in actual or constructive possession of the Funds' proceeds. As such, the Funds are entitled to equitable restitution with respect to the ill-gotten gains, and the Individual Defendants should be jointly and severally ordered to turn over to the Funds any money or assets in their possession to enforce ERISA and the written terms of the Funds. *See Iola*, 700 F.3d at 91, 100–103 (holding that a nonfiduciary who knowingly participated

119

in a transaction prohibited by Section 406(b)(3) was amenable to suit under Section 502(a)(3), and affirming restitution order of ill-gotten commissions with interest); *Killian v. Johnson & Johnson*, No. CIV.A.07-4902 GEB, 2010 WL 2521778, at *3 (D.N.J. June 15, 2010) (holding that defendants were entitled to a constructive trust or equitable lien pursuant to Section 502(a)(3) on  wrongly received benefits).

Issue Four: Faithless Servant

Plaintiffs will prove that Dorothy McBride was a faithless servant under New Jersey law and therefore liable to turn over the money she gained as a result of her violation of duty and care to the Funds.

New Jersey common law provides that an employee is required to be loyal to his or her employer and exercise the utmost good faith and loyalty in the performance of his or her duties.   *See Lamorte Burns & Co. v. Walters*, 770 A.2d 1158, 1168 (N.J. 2001) ("An employee must not while employed act contrary to the employer's interest.").   Under the "faithless servant doctrine," an employee who is faithless in the performance of his or her duties can be required to forfeit their compensation back to the employer. *See Kaye v. Rosefielde*, 121 A.3d 862, 870–71 & n.5 (N.J. 2015).   In assessing a claim under the faithless servant doctrine, New Jersey courts look to "the parties' expectations of the services that the employee will perform in return for his or her compensation" along with the "egregiousness" of the employee's misconduct. *Id.* at 870.

Here, Dorothy McBride was a faithless servant under New Jersey common law.  As an ERISA fiduciary, the Funds expected Ms. McBride to discharge her duties in accordance with her fiduciary responsibilities.  Instead of fulfilling this expectation, Ms. McBride engaged in egregious acts of disloyalty when she siphoned off Funds' assets to herself and her relatives.  Ms. McBride should be required to turn over to the Funds the wrongfully gained money and assets, including all unauthorized salary, payment, and benefits. *See Sevenson Env't Servs., Inc. v. Diversified Royalty Corp.*, No. CV 08-1386, 2018 WL 5033750, at *4 (D.N.J. Oct. 16, 2018) (finding that employee entrusted with "great responsibility" breached duty of loyalty by stealing thousands of dollars from employer and granting employer's claim of equitable disgorgement of compensation).

In addition to the actual damages sustained by the Funds as a result of Dorothy McBride's unfaithful conduct, Ms. McBride is also liable to disgorge her salary earned during the periods in which she engaged in misconduct. *Kaye*, 121 A.3d 873–75 (holding that an employer may seek disgorgement of a disloyal employee's compensation for pay periods in which the employee committed acts of disloyalty); *Vcom Int'l Multi-Media Corp. v. Gluck*, No. CV 14-3398, 2017 WL 1137442, at *5 (D.N.J. Mar. 27, 2017) (employer may seek disgorgement of faithless employee's salary in addition to actual damages).

Issue Five: Unjust Enrichment

Plaintiffs will prove that the Individual Defendants were unjustly enriched through Dorothy McBride taking advantage of her position for personal profit and gain, and that the Individual Defendants are liable to turn over the money unlawfully obtained.

120

New Jersey common law allows plaintiffs to seek reimbursement for wrongly received benefits under a theory of unjust enrichment. To prove a claim of unjust enrichment, a plaintiff must show that the defendant (1) "received a benefit" and (2) "that retention of that benefit without payment would be unjust." *Thieme v. Aucoin-Thieme*, 151 A.3d 545, 557 (N.J. 2016) (internal quotations and citation omitted).

By taking advantage of Dorothy McBride's position as Funds' Administrator and for personal profit and gain, the Individual Defendants received a benefit to the financial detriment of the Funds. Under these circumstances, allowing the Individual Defendants to retain the financial proceeds of their unlawful acts would be unjust. *See Demaria v. Horizon Healthcare Servs., Inc.*, No. 2:11-CV-7298 WJM, 2013 WL 3938973, at *6 (D.N.J. July 31, 2013) (plaintiff-physicians stated claim for unjust enrichment where defendant-insurers wrongly retained funds owed to plaintiffs); *Compton Press, Inc. Employees' Profit Sharing Ret. Plan v. Granada Invs., Inc.*, No. CIV.A. 91-1256, 1992 WL 566329, at *6–9 (D.N.J. Nov. 23, 1992) (granting partial summary judgment on unjust enrichment claim where defendants transferred $1,150,000 of benefit fund assets to themselves, and ordering reimbursement of illicitly transferred assets to the fund), *aff'd in part, appeal dismissed in part sub nom. Gerardi v. Pelullo*, 16 F.3d 1363 (3d Cir. 1994).

Issue Six: Fraudulent Conveyance

Plaintiffs will prove that the Individual Defendants knowingly participated in a fraudulent conveyance of pension and welfare benefits, salary, and additional moneys in violation of the New Jersey Uniform Voidable Transactions Act ("UVTA") and are personally liable to the Funds for the amounts wrongfully paid.

The UVTA governs claims for fraudulent conveyance. N.J. Stat. Ann. § 25:2-20 *et seq.* The UVTA provides, in relevant part, that "[a] transfer made or obligation incurred by a debtor is voidable as to a creditor . . . if the debtor made the transfer or incurred the obligation . . . [w]ith actual intent to hinder, delay, or defraud any creditor of the debtor." *Id.* § 25:2-25(a) ("Section 25:2-25"). To prove fraudulent conveyance under Section 25:2-25, a plaintiff must show that the debtor (1) "put some asset beyond the reach of creditors which would have been available to them at some point in time but for the conveyance," and (2) did so "with the intent to defraud, delay, or hinder the creditor." *Delzotti v. Morris*, No. CIV. 14-7223 JBS/AMD, 2015 WL 5306215, at *3 (D.N.J. Sept. 10, 2015) (internal citation and quotations omitted). In determining whether a debtor made a transfer with "actual intent" to defraud, New Jersey courts look to the "badges of fraud" enumerated in N.J. Stat. Ann. § 25:2-26. *See MSKP Oak Grove, LLC v. Venuto*, 839 F. App'x 708, 712 (3d Cir. 2020).

Here, the Individual Defendants used familial control over the Funds' assets to transfer money belonging to the Funds to themselves, thus knowingly participating in a fraudulent conveyance of pension and welfare benefits, salary, and additional moneys. Therefore, by transferring Fund assets to herself and her relatives, the Individual Defendants put the Funds' assets beyond the reach of the Funds with the intent to defraud, delay, or hinder the Funds. *See Delzotti*, 2015 WL 5306215, at *4–5 (allegations that defendants fraudulently conveyed $1.5 million to defendant, defendant's mother, and other business entities in

121

order to shield the money from creditors established a claim under UVTA); *Cafaro v. HMC*, No. CIV. A. 07-2793 JLL, 2008 WL 4224805, at *8 (D.N.J. Sept. 8, 2008) (plaintiff set forth claim for fraudulent conveyance where debtor transferred various portions of his estate to his current wife in order to insulate his assets from creditors).

The transfers from Dorothy McBride to the other Individual Defendants – her family members and close relatives – were transfers to "insiders," thus bearing one of the hallmark "badges of fraud" listed in the UVTA. N.J. Stat. Ann. § 25:2-26(a) (in determining "actual intent" courts consider whether the transfer was made "to an insider"); *United Jersey Bank v. Vajda*, 690 A.2d 693, 694–95 (N.J. Sup. Ct. App. Div. 1997) (finding that asset transfers from defendant to his sister were "patently fraudulent," and noting that "[t]ransfers made to close relatives are especially suspect"). The fraudulent conveyances should therefore be voided and Individual Defendants should be required to disgorge the amounts paid to them because of the fraudulent transactions. *See id.* at 695 (affirming lower court order that fraudulent transfers be turned over to the plaintiff).

Issue Seven: Remedies

ERISA Section 409(a) provides:

> Any person who is a fiduciary with respect to a plan who breaches any of the responsibilities, obligations, or duties imposed upon fiduciaries by this subchapter shall be personally liable to make good to such plan any losses to the plan resulting from each such breach, and to restore to such plan any profits of such fiduciary which have been made through use of assets of the plan by the fiduciary, and shall be subject to such other equitable or remedial relief as the court may deem appropriate, including removal of such fiduciary. A fiduciary may also be removed for a violation of section 1111 of this title.

29 U.S.C. § 1109(a).

Plaintiffs will show that as a direct and proximate result of her actions, Dorothy McBride caused the Funds to suffer financial losses for which she personally is liable, and received unjust profits through prohibited transactions, which she is liable to disgorge, pursuant to Section 409(a).

Section 502(a)(3) of ERISA mandates that a civil action may be brought:

> by a participant, beneficiary, or fiduciary (A) to enjoin any act or practice which violates any provision of this subchapter or the terms of the plan, or (B) to obtain other appropriate equitable relief (i) to redress such violations or (ii) to enforce any provisions of this subchapter or the terms of the plan . . . .

29 U.S.C. § 1132(a)(3).

122

Plaintiffs will show that the Individual Defendants knowingly participated in actions that resulted in the Individual Defendants obtaining ill-gotten gains from the Funds in violation of ERISA. The Funds are therefore entitled to equitable restitution in the form of a constructive trust or equitable lien with respect to the disputed funds in the Individual Defendants' possession, pursuant to Section 502(a)(3).

Finally, Plaintiffs will show that Ms. McBride and the Individual Defendants' actions in violation of New Jersey common law and the UVTA entitle Plaintiffs to damages sustained by the Funds and disgorgement of wrongfully obtained moneys. *See, e.g.*, *Vcom Int'l Multi-Media Corp.*, 2017 WL 1137442, at *5 (employer may seek disgorgement of faithless employee's salary in addition to actual damages); *Compton Press, Inc.*, 1992 WL 566329, at *6–9 (ordering reimbursement of illicitly transferred assets to the fund under an unjust enrichment theory); *see also* N.J. Stat. Ann. § 25:2-29(a) (in a claim brought under the UVTA, a wronged creditor may obtain "[a]voidance of the transfer or obligation to the extent necessary to satisfy the creditor's claim" or "[a]n attachment or other provisional remedy against the asset transferred or other property of the transferee if available under applicable law").

Interest

Plaintiffs seek pre- and post-judgment interest on the moneys attributable to Ms. McBride's violations of her fiduciary duties. *See, e.g.*, *Gilliam*, 492 F. Supp. at 1267 (fiduciary ordered to repay to the fund the salary, with interest, he received pursuant to a prohibited transaction); *State ex rel. Matthews v. Nat'l Sur. Corp.*, 85 A.2d 534, 536 (N.J. Sup. Ct. App. Div. 1952) ("When a trustee commits a breach of trust and becomes liable for a sum of money, he is ordinarily liable for interest thereon."). Further, Plaintiffs seek pre- and post-judgment interest on the New Jersey common law and UVTA claims. *See* N.J. Ct. R. R. 4:42-11 (setting pre- and post-judgment interest rates for tort claims); N.J. Stat. Ann. § 25:2-29(a)(3)(c) (providing that under the UVTA, a creditor may obtain "[a]ny other relief the circumstances may require").

Attorney's Fees and Costs

ERISA Section 502(g)(1) provides: "[T]he court in its discretion may allow a reasonable attorney's fee and costs of action to either party." 29 U.S.C. § 1132(g)(1). When considering reasonableness, the Third Circuit directs courts to "begin their analysis with the lodestar calculation, in which a court 'determines the reasonable number of hours expended on the litigation multiplied by a reasonable hourly rate.'" *Trustees of Nat. Elevator v. Imperial Elevator Serv., Inc.*, No. 10-CV-02592, 2013 WL 3914779, at *4 (E.D. Pa. July 29, 2013) (quoting *United Auto. Workers Loc. 259 Soc. Sec. Dep't v. Metro Auto Ctr.*, 501 F.3d 283, 290 (3d Cir. 2007)). The party that seeks attorney's fees bears the burden of proving the reasonableness of the rates requested. *Einhorn v. Dimedio Lime Co.*, No. CV 13-3634 (RBK/JS), 2015 WL 5920911, at *1 (D.N.J. Oct. 9, 2015) (internal citation omitted). Reasonableness of rates is "calculated according to the prevailing market rates in the relevant community." *Id.* at *2 (internal citation and quotations omitted).

16.    **DEFENDANTS' LEGAL ISSUES**

        None provided.

17.    **CHOICE OF LAW:** (If there is any issue as to what state's law is applicable to any count of the complaint, set forth the choice of law question. This issue shall be separately briefed in accordance with an order to be entered herewith).

        N/A

18.    **MISCELLANEOUS** (Set forth any other matters which require action by, or should be brought to the attention of, the court).

        **N/A**

19.    **JURY TRIALS –** not later than **30 days prior to the trial date:**

    A.    Each side shall submit to the Judge and to opposing counsel a trial brief or memorandum in accordance with Local Civil Rule 7.2B, with citations to authorities and arguments in support of its position on all disputed issues of law. In the event a brief shall not be filed, the delinquent party's complaint or defense may be stricken.

    B.    Counsel for each party shall submit to the Judge, with a copy to opposing counsel, written requests for instructions to the jury. Supplemental requests for instructions may be submitted at any time prior to argument to the jury. All requests for instructions shall be plainly marked with the name and number of the case, shall contain citations of supporting authorities, if any, and shall designate the party submitting same. In the case of multiple requests by a party, these shall be numbered in sequence and each request shall be on a separate sheet of paper.

    C.    Joint proposed verdict form/special interrogatories are to be submitted to the trial judge.

    D.    Proposed voir dire are to be submitted to the trial judge.

20.    **NON-JURY TRIALS –** not later than **30 days prior to the trial date:**

    A.    Each side shall submit to the Judge and opposing counsel a trial brief or memorandum in accordance with Local Civil Rule 7.2B with citation to authorities and arguments in support of its position on all disputed issues of law. In the event a brief shall not be filed, the delinquent party's complaint or defense may be stricken.

    B.    Each side shall submit to the Judge and other counsel proposed written findings of fact and conclusions of law. There is reserved to counsel the right to submit additional proposed findings of fact and conclusions of law during the course of the trial on those matters that cannot reasonably be anticipated.

124

**21.    TRIAL COUNSEL** (List the names of trial counsel for all parties).

<u>Plaintiffs</u>

Michael S. Adler (*pro hac vice admitted*)
Bruce S. Levine (*pro hac vice admitted*)
Kelly Malloy *(pro hac vice admitted)*
Kayla Morin *(pro hac vice admitted)*
Cohen, Weiss and Simon LLP
909 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 356-0251
Email: madler@cwsny.com
Email: blevine@cwsny.com
Email: kmalloy@cwsny.com
Email: kmorin@cwsny.com

<u>Defendants</u>: Dorothy McBride, Alison McBride, Justine Annucci

Jay W. McCann, Esq.
Wronko & Loewen
69 Grove St
Somerville, NJ 08876
Telephone: (908) 704-9200

**22.    ESTIMATED LENGTH OF TRIAL:** 7 DAYS

AMENDMENTS TO THIS PRETRIAL ORDER WILL NOT BE PERMITTED UNLESS THE COURT DETERMINES THAT MANIFEST JUSTICE WOULD RESULT IF THE AMENDMENT IS DISALLOWED.

<u>Respectfully Submitted:</u>

Attorneys for Plaintiffs

/s/ Michael S. Adler

Attorneys for Defendants

/s/ Jay W. McCann

Dated:  February 11, 2026

*s/ Stacey D. Adams*
Hon. Stacey D. Adams
United States Magistrate Judge

125